AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>YES COMMUNITIES, LLC<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-692-NRN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COGENCY GLOBAL, INC.
850 New Burton Road, Ste. 201
Dover, Delaware 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, SUite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com; 501-221-0088

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/4/2025

s/ E. Cha
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:25-CV-692-NRN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Cogency Global Inc**
was recieved by me on  **3/05/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Teresa Grandison**, a person of suitable age and discretion who resides at **850 New Burton Rd Ste 201, Dover, DE 19904**, on **03/06/2025 at 11:43 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:   03/06/2025

*Server's signature*

**Earline Cobbs**
*Printed name and title*

**1148 Pulaski Highway
131
Bear, DE 19701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Teresa Grandison who identified themselves as the person authorized to accept service on behalf of company, co-resident with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with glasses.**



Tracking #: **0160929202**

