## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

     Plaintiff,

       v.

YES COMMUNITIES, LLC,

     Defendant.

Case No. 1:25-cv-692

## JOINT STIPULATION EXTENDING TIME FOR DEFENDANT YES COMMUNITIES, LLC TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Plaintiff Michelle O'Leary on behalf of herself and all others similarly situated ("Plaintiff"), and Defendant Yes Communities, LLC ("Defendant"), hereby stipulate and agree to extend the time in which Defendant is required to respond to Plaintiff's Class Action Complaint ("Complaint") in this matter, pursuant to D.C.COLO.LCivR. 6.1(a).

Defendant was served with the Complaint on March 6, 2025. Pursuant to Fed. R. Civ. P. 12, its response to the Complaint is currently due on or before March 27, 2025. Plaintiff and Defendant hereby stipulate and agree to extend the time in which Defendant may file a response to Plaintiff's Complaint by twenty-one (21) days. Accordingly, Defendant shall file its response to Plaintiff's Complaint on or before April 17, 2025.

1

Dated: March 18, 2025                    Respectfully submitted,

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
Carolyn Purwin Ryan*
Meghan J. Wood*
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-1529
jsodonnell@mullen.law
cpurwinryan@mullen.law
mwood@mullen.law

*\*Pro hac forthcoming*

*Attorneys for Defendant*

*/s/ Josh Sanford*
Josh Sanford
**SANFORD LAW FIRM, PLLC**
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
(510) 221-0088
josh@sanfordlawfirm.com

*Jarrett Ellzey*
Jarrett Ellzey
Leigh Montgomery
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
(888) 350-3931
jellzy@eksm.com
lmongomery@eksm.com

*Attorneys for Plaintiff and the Putative Class*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2025, a true and correct copy of the foregoing document

has been served upon all counsel of record via CM/ECF.


_/s/ Jordan S. O'Donnell_____
Jordan S. O'Donnell