# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | **PROPOSED ORDER CONSOLIDATING CASES**<br><br><br>Civil Action No.: 1:25-cv-692 |
| TERRY WILKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-698 |
| TERESA STARKS on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-728 |

| | |
|---|---|
| BRENTON KAY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>　　　　　　　Defendant. | Civil Action No.: 1:25-cv-819 |

### [PROPOSED] ORDER CONSOLIDATING CASES

The Court has reviewed the Motion to Consolidate Cases submitted by Plaintiffs Teresa Starks, Terry Wilkins, Michelle O'Leary, and Brenton Kay on behalf of themselves and all others similarly situated, and has determined that consolidation of the Related Actions will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *O'Leary v. Yes Communities, LLC*, Case No. 1:25-cv-692, *Wilkins v. Yes Communities, LLC*, Case No. 1:25-cv-698, *Starks v. Yes Communities, LLC*, Case No. 1:25-cv-728, and *Kay v. Yes Communities, LLC*, Case No. 1:25-cv-819 (the "Related Actions") into the lowest docketed case *O'Leary v. Yes Communities, LLC*, Case No. 1:25-cv-692 (the "Consolidated Action").

2. No further filings shall be made in Case Nos. 1:25-cv-698, 1:25-cv-728, and 1:25-cv-819, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within the next 45 days, as further set forth below. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4. Plaintiffs shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate docket for such action;

    b. Serve on Plaintiff's counsel in the new case a copy of this Order;

    c. Direct this Order to be served upon Defendant(s) in the new case; and

    d. Make the appropriate entry on the Master Docket.

5. The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable.

6. Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within 45 days of the date of this Order. Defendant shall have 45 days from the date on which Plaintiffs file the Consolidated Complaint to file a response thereto. In the event that Defendant's response is a motion to dismiss or a motion to compel arbitration, Plaintiffs shall have 30 days to file their opposition brief, and Defendant shall have 21 days to file a reply brief.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

IT IS SO ORDERED.

Dated: _____, 2025

_____
United States District Judge