### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-692 |
| v. | |
| YES COMMUNITIES, LLC, | |
| Defendant. | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Yes Communities, LLC ("Yes Communities") respectfully submits this unopposed motion for thirty (30) day extension of time to respond to Plaintiff's Complaint (the "Complaint"), and in support thereof states as follows:

1. On March 4, 2025, Plaintiff filed a Complaint against Yes Communities for: (1) Negligence; (2) Negligence *Per Se*; (3) Breach of Contract; (4) Breach of Implied Contract; (5) Unjust Enrichment; and (6) Declaratory Judgement.

2. This is one of five class action complaints recently filed in this Court against Yes Communities relating to the same data security incident (the "Incident").

3. On March 18, 2025, the Stipulation Extending Time for Yes Communities to Respond to Plaintiff's Class Action Complaint was filed. The current deadline for Yes Communities to file a response to the Complaint is April 17, 2025.

4. On March 20, 2025, counsel for Plaintiffs in the five pending class action matters arising out of the Incident filed an unopposed motion for consolidation pursuant to Federal Rule of Civil Procedure 42(a).

1

5. In light of all parties consenting to consolidation of the complaints, and in anticipation of Plaintiffs' filing of a consolidated complaint, Yes Communities respectfully requests a thirty (30) day continuation of the deadline to respond to the Complaint.

6. Plaintiff does not oppose Yes Communities' request for an extension of time to answer, move, or otherwise respond to the currently pending Complaint.

7. All parties to this action believe that a short extension of the current deadline for Yes Communities to respond to the Complaint will promote judicial efficiency as well as the efficient use of the parties' time and resources. Yes Communities is unaware of any additional parties and/or non-parties whose interests are directly affected by this Motion for Extension of Time ("Motion").

8. By filing this Motion, Yes Communities does not waive any of its respective defenses, nor does it submit to jurisdiction or venue.

9. This Motion is not submitted for the purpose of unnecessary delay. Rather it is submitted to allow the consolidation process to unfold. Granting the instant motion will not cause prejudice to any party.

10. Counsel for all parties have conferred on this matter and Plaintiff does not object to Yes Communities' request for a thirty (30) day enlargement time.

WHEREFORE, Defendant Yes Communities, LLC respectfully requests this Court enter an Order granting all appropriate relief, including providing Yes Communities an additional thirty (30) days, until May 19, 2025,[1] to file a responsive pleading and/or motion directed to the Complaint, and for any further relief this Court deems just and proper.

---

[1] Thirty (30) days lands on May 17, 2025, which is a Saturday.

Dated: April 17, 2025                    Respectfully submitted,

                                         */s/ Meghan J. Wood*
                                         Meghan J. Wood
                                         Carolyn Purwin Ryan*
                                         **MULLEN COUGHLIN LLC**
                                         426 W. Lancaster Avenue, Suite 200
                                         Devon, PA 19333
                                         (267) 930-1529
                                         mwood@mullen.law
                                         cpurwinryan@mullen.law

                                         *Pro hac forthcoming*

                                         *Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

                                        */s/ Meghan J. Wood*
                                        Meghan J. Wood