**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-692 |
| v. | |
| YES COMMUNITIES, LLC, | |
| Defendant. | |

## **PROPOSED ORDER**

This cause coming on to be heard on the unopposed motion of Defendant Yes Communities, LLC ("Yes Communities"), for an extension of time for Yes Communities to respond to Plaintiff's Class Action Complaint, due notice having been given, and the Court being fully advised on the premises;

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, for an additional thirty (30) days, up to and including May 19, 2025, is hereby GRANTED.

SO ORDERED. This \_\_\_\_ day of April 2025

---

HON. PHILIP A. BRIMMER