IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 25-cv-00692-PAB-NRN

    (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, and 25-cv-00819-PAB-NRN)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC.

    Defendant.

---

Civil Case No. 25-cv-007258-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNIITES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNIITES, LLC,

    Defendant.

---

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yes Communities, LLC hereby submits the following disclosure statement:

Yes Communities, LLC is not a publicly traded company. Yes Communities, LLC has no parent corporation. No publicly held corporation owns 10% or more of stock for Yes Communities, LLC.

Dated: May 1, 2025              Respectfully submitted,

*/s/ Meghan Wood*
Meghan Wood
Carolyn Purwin Ryan*
Bianca A. Valcarce*
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-1529
mwood@mullen.law
cpurwinryan@mullen.law
bvalcarce@mullen.law

*\*Pro hac forthcoming*

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

*/s/ Meghan Wood*
Meghan Wood