# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Case No. 25-cv-00692-PAB-NRN

    (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, and 25-cv-00819-PAB-NRN)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC.

    Defendant.

---

Civil Case No. 25-cv-007258-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNIITES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

**SUPPLEMENTAL DISCLOSURE STATEMENT**
**PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in response to the Court's Order dated May 8, 2025, Defendant Yes Communities, LLC hereby submits the following supplemental disclosure statement:

Yes Communities, LLC is a limited liability company with numerous members with substantial interests in privacy. For the purposes of confirming diversity jurisdiction, one such member is Stockbridge Yes Partners LLC, which is a Delaware corporation with a principal place of business in California.

Dated: May 15, 2025

Respectfully submitted,

*/s/ Meghan Wood*
Meghan Wood
Carolyn Purwin Ryan*
Bianca A. Valcarce*
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-1529
mwood@mullen.law
cpurwinryan@mullen.law
bvalcarce@mullen.law

*Pro hac forthcoming*

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

*/s/ Meghan Wood*
Meghan Wood