— **EXHIBIT A** —

Yes Communities, LLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PLFG0600104269
TERESA STARKS





February 24, 2025

Dear TERESA STARKS:

Yes Communities, LLC ("Yes Communities" or "we") is writing to inform you of an event which may involve some of your information. This letter provides an overview of the event, our response to the event, and steps you may take to protect your information, should you feel it is appropriate to do so.

**What Happened?** We became aware of suspicious activity within our network and immediately took steps to investigate the activity and verify the security of our network. The investigation determined there was unauthorized access to our network between December 9, 2024, and December 11, 2024, and during this time files were copied. We reviewed the files to determine the types of information present and to whom it relates, and on January 9, 2025, we completed the review.

**What Information Was Involved?** Our review of the involved files identified your name, and Social Security number and driver's license number.

**What We Are Doing.** We take this event and the security of personal information in our care seriously. Upon learning of the suspicious activity, we moved quickly to investigate and respond. The investigation included steps to assess and secure our network, review the involved files to determine what types of information may have been impacted, and notify potentially impacted individuals. As part of our ongoing commitment to the privacy of information, we are implementing additional security measures within our network and are completing a review of our policies and procedures to further secure the information in our systems. As an added precaution, we are offering you access to 12 months of complimentary credit monitoring and identity protection services. If you wish to activate these services, you may follow the instructions included in the *Steps You Can Take to Protect Personal Information* section on the next page of this letter. Please note you must enroll in these services directly, as we are unable to do so on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may review the *Steps You Can Take to Protect Personal Information* section of this letter for useful information on what you can do to better protect against possible misuse of information.

**For More Information.** If you have questions, you may contact us at 1-833-799-3904 from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday, excluding US holidays.

Sincerely,

Yes Communities