— **EXHIBIT B** —



Sian M. Schafle
Office: (267) 930-4799
Fax: (267) 930-4771
Email: sschafle@mullen.law

426 W. Lancaster Avenue, Suite 200
Devon, PA 19333

February 24, 2025

**VIA E-MAIL**

Office of the Attorney General of Iowa
Consumer Protection Division
Security Breach Notifications
1305 E. Walnut Street
Des Moines, IA 50319-0106
E-mail: consumer@ag.iowa.gov

      **Re:**    **Notice of Data Event**

To Whom It May Concern:

We represent Yes Communities, LLC ("Yes Communities") located at 5050 South Syracuse Street, Suite 1200, Denver, Colorado 80237, and are writing to notify your office of an event that may affect the security of personal information relating to six hundred forty-eight (648) Iowa residents (the "Event"). This notice will be supplemented with any new significant facts learned subsequent to its submission. By providing this notice, Yes Communities does not waive any rights or defenses regarding the applicability of Iowa law, the applicability of the Iowa data event notification statute, or personal jurisdiction.

**Nature of the Data Event**

Yes Communities became aware of suspicious activity within its network and promptly took steps to investigate the activity and verify the security of the network. The investigation determined there was unauthorized access to its network between December 9, 2024, and December 11, 2024, and during this time files were copied. The investigation also identified ransomware on certain Yes Communities systems. Yes Communities reviewed the files to determine the types of information present and to whom it relates. This effort recently concluded on January 9, 2025, and identified information relating to Iowa residents including name, Social Security number, drivers' license number, and financial account information.

Office of the Attorney General
February 24, 2025
Page 2

### Notice to Iowa Residents

On February 24, 2025, Yes Communities provided written notice of the Event to six hundred forty-eight (648) Iowa residents. Written notice is being provided in substantially the same form as the letter attached here as *Exhibit A*.

### Other Steps Taken and To Be Taken

Upon discovering the suspicious activity, Yes Communities moved quickly to investigate and respond. The investigation included steps to assess and secure the Yes Communities network, review the involved files, and identify potentially impacted individuals. Yes Communities notified federal law enforcement and is notifying relevant regulatory authorities. Yes Communities is implementing additional security measures within its network and is completing a review of its policies and procedures to further secure the information in its systems.

As noted above, Yes Communities is notifying individuals whose personal information may have been impacted by the Event. The notice letter includes access to complimentary credit monitoring services for twelve (12) months, through TransUnion and guidance on how to better protect against identity theft and fraud. Yes Communities is also providing individuals with information on how to place a fraud alert and security freeze on one's credit file, the contact details for the national consumer reporting agencies, information on how to obtain a free credit report, a reminder to remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring free credit reports, and encouragement to contact the Federal Trade Commission, their state Attorney General, and law enforcement to report identity theft and fraud.

### Contact Information

Should you have any questions regarding this notification or other aspects of the Event, please contact us at (267) 930-4799.

Very truly yours,

Sian M. Schafle of
MULLEN COUGHLIN LLC

SMS/ogf
Enclosure

# EXHIBIT A

Yes Communities, LLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998



February 24, 2025

Dear

Yes Communities, LLC ("Yes Communities" or "we") is writing to inform you of an event which may involve some of your information. This letter provides an overview of the event, our response to the event, and steps you may take to protect your information, should you feel it is appropriate to do so.

**What Happened?** We became aware of suspicious activity within our network and immediately took steps to investigate the activity and verify the security of our network. The investigation determined there was unauthorized access to our network between December 9, 2024, and December 11, 2024, and during this time files were copied. We reviewed the files to determine the types of information present and to whom it relates, and on January 9, 2025, we completed the review.

**What Information Was Involved?** Our review of the involved files identified your name, and Social Security number.

**What We Are Doing**. We take this event and the security of personal information in our care seriously. Upon learning of the suspicious activity, we moved quickly to investigate and respond. The investigation included steps to assess and secure our network, review the involved files to determine what types of information may have been impacted, and notify potentially impacted individuals. As part of our ongoing commitment to the privacy of information, we are implementing additional security measures within our network and are completing a review of our policies and procedures to further secure the information in our systems. As an added precaution, we are offering you access to 12 months of complimentary credit monitoring and identity protection services. If you wish to activate these services, you may follow the instructions included in the *Steps You Can Take to Protect Personal Information* section on the next page of this letter. Please note you must enroll in these services directly, as we are unable to do so on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may review the *Steps You Can Take to Protect Personal Information* section of this letter for useful information on what you can do to better protect against possible misuse of information.

**For More Information.** If you have questions, you may contact us at 1-833-799-3904 from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday, excluding US holidays.

Sincerely,

Yes Communities

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

**Enroll in Monitoring Services**

To enroll in Credit Monitoring services at no charge, please log on to https://bfs.cyberscout.com/activate and follow the instructions provided. When prompted please provide the following unique code to receive services: _____. In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. Consumers may also directly contact the three major credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should consumers wish to place a fraud alert, please contact any of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in a consumer's name without consent. However, consumers should be aware that using a credit freeze to take control over who gets access to the personal and financial information in their credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report.

Should consumers wish to place a credit freeze or fraud alert, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/data-breach-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-799-5355 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion, P.O. Box 160, Woodlyn, PA 19094 |

To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

**Additional Information**

As a best practice, consumers should change all passwords to their personal accounts on a regular basis, use strong passwords, and refrain from using the same password for multiple accounts. Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect their personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. Consumers can obtain further information on how to file such a complaint by way of the contact information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state Attorney General. This notice has not been delayed by law enforcement.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.