IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

Civil Case No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

YES COMMUNITIES, LLC,

        Defendant.

---

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

YES COMMUNITIES, LLC,

        Defendant.

---

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

YES COMMUNITIES, LLC,

        Defendant.

1

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

YES COMMUNITIES, LLC,

       Defendant.

Civil Case No. 25-cv-00937-KAS

JASMIN BURNS, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

YES COMMUNITIES, LLC.

       Defendant.

## NOTICE OF FILING CONSOLIDATED CLASS ACTION COMPLAINT AND JURY DEMAND

Plaintiffs Michelle O'Leary, Terry Wilkins, Teresa Starks, Brenton Kay, and Jasmin Burns, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, respectfully submit their Notice of Filing Consolidated Class Action Complaint and Jury Demand. The Consolidated Class Action Complaint is filed pursuant to Fed. R. Civ. P. 15(a) and agreement of the parties, along with the red-lined version filed in accordance with the Court's Order (ECF 22) and D.C.COLO.LCivR 15, as Exhibit A.

1.     This case arises from a data breach of Defendant's systems, which compromised the personally identifiable information of Defendant's former and current clients and employees

("Private Information"), including their names, Social Security numbers, driver's license or state-issued ID numbers, and financial account information.

2. Plaintiff Michelle O'Leary filed her Class Action Complaint against Yes Communities, LLC, on March 4, 2025 (referred to as "*O'Leary*"). Four Class Action Complaints alleging substantially similar facts followed: *Wilkins v. Yes Communities, LLC*, Case No. 1:25-cv-698, filed on March 4, 2025 ("*Wilkins*"); *Starks v. Yes Communities, LLC*, Case No. 1:25-cv-728, filed on March 6, 2025 ("*Starks*"); *Kay v. Yes Communities, LLC*, Case No. 1:25-cv-819, filed on March 13, 2025 ("*Kay*"); and *Burns v. Yes Communities, LLC,* Case No. 1:25-cv-937, filed on March 24, 2025 ("*Burns*").

3. Plaintiff O'Leary filed a motion to consolidate on March 20, 2025, which requested consolidation of *Wilkins, Starks,* and *Kay,* into *O'Leary,* as *Burns* had not yet been filed. ECF 9. It was granted on April 22, 2025. ECF 13. The Consolidated Class Action Complaint reflects the combined allegations raised in *O'Leary, Wilkins, Starks, Kay,* and *Burns*.

4. In drafting the consolidated complaint, Plaintiffs' counsel did not work from a single template but rather drew from the allegations raised in the *O'Leary, Wilkins, Starks, Kay,* and *Burns* complaints*,* such that the consolidated complaint reflects the content contained in all five complaints.

5. The red-lined version of the complaint attached to this notice is Plaintiff O'Leary's complaint, the first-filed complaint. The redlined version of Plaintiff O'Leary's complaint was generated by the "Compare" feature in the Review tab in Word, with changes shown in the "Original document." This computer process identifies the changes between two versions of documents, and was also set to exclude formatting changes. The formatting changes were then made manually, after running the compare.

Date: May 19, 2025				Respectfully submitted,

					By:	*/s/ Raina C. Borrelli*
						Raina C. Borrelli
						**STRAUSS BORRELLI PLLC**
						One Magnificent Mile
						980 N Michigan Avenue, Suite 1610
						Chicago IL, 60611
						Telephone: (872) 263-1100
						Facsimile: (872) 263-1109
						raina@straussborrelli.com

						*/s/Josh Sanford*
						Josh Sanford (Col. Bar No. 44358)
						**SANFORD LAW FIRM, PLLC**
						10800 Financial Center Pkwy, Suite 510
						Little Rock, Arkansas 72211
						Telephone: (501) 221-0088
						josh@sanfordlawfirm.com

						*/s/Jarrett Ellzey*
						Jarrett Ellzey*
						Leigh S. Montgomery*
						**EKSM, LLP**
						4200 Montrose Blvd., Suite 200
						Houston, Texas 77006
						Telephone: (888) 350-3931
						jellzey@eksm.com
						lmontgomery@eksm.com
						service only: service@eksm.com

						*/s/ Jeff Ostrow*
						Jeff Ostrow, Esq.
						**KOPELOWITZ OSTROW P.A.**
						One West Las Olas Blvd., Suite 500
						Fort Lauderdale, FL 33301
						Telephone: 954-525-4100
						ostrow@kolawyers.com

						*/s/ Gary E. Mason*
						Gary E. Mason
						Danielle L. Perry
						Lisa A. White
						**MASON LLP**
						5335 Wisconsin Avenue, NW, Suite 640
						Washington, DC 20015

4

Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

\**Pro Hac Vice forthcoming*

*Attorneys for Plaintiffs and Proposed Class*

5

## CERTIFICATE OF SERVICE

      I, Raina C. Borrelli, hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 19th day of May, 2025.

                        STRAUSS BORRELLI PLLC

                    By: */s/ Raina C. Borrelli*
                          Raina C. Borrelli
                          STRAUSS BORRELLI PLLC
                          One Magnificent Mile
                          980 N Michigan Avenue, Suite 1610
                          Chicago IL, 60611
                          Telephone: (872) 263-1100
                          Facsimile: (872) 263-1109
                          raina@straussborrelli.com