IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Case No. 25-cv-00692-PAB-NRN

    (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, and 25-cv-00819-PAB-NRN)

_____

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

_____

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

# ORDER
_____

The matter before the Court is the Consolidated Class Action Complaint [Docket No. 21].

On March 20, 2025, the plaintiff in this case, Michelle O'Leary, filed a motion to consolidate[1] the following cases with this case: *Wilkins v. Yes Communities, LLC*, 25-cv-00698-JLK, *Starks v. Yes Communities, LLC,* 25-cv-00728-PAB, and *Kay v. Yes Communities, LLC*, 25-cv-00819-NYW-CYC. Docket No. 9 at 2. On April 22, 2025, the Court granted the motion. Docket No. 13. On May 15, 2025, plaintiffs in the consolidated cases filed an amended consolidated complaint. Docket No. 21. However, the amended complaint adds *Burns v. YES Communities, LLC*, 25-cv-00937-

---

[1] On March 17, 2025, plaintiff Terry Wilkins filed a motion to consolidate in *Wilkins*. *Wilkins*, 25-cv-00698, Docket No. 11. On March 19, 2025, Judge John L. Kane denied the motion to consolidate without prejudice because, pursuant to D.C.COLO.LCivR 42.1, "[a] motion to consolidate shall be filed in the lowest numbered case included in the proposed consolidation and shall be decided by the district judge to whom the lowest numbered case is assigned." Docket No. 14. Judge Kane noted that *O'Leary* was the lowest numbered case. *Id.*

2

KAS, to the caption. *See id.* at 2. The complaint in *Burns* was filed on March 24, 2025. *Burns*, 25-cv-00937-KAS, Docket No. 1.

Plaintiffs in this case did not file a motion to consolidate *Burns*, 25-cv-00937-KAS, with *O'Leary*, 25-cv-00692-PAB-NRN. Obviously, plaintiffs have no unilateral ability to consolidate *Burns* by amending the caption without authorization.

Nevertheless, the Court finds that *Burns* and this action "involve a common question of law or fact." Fed. R. Civ. P. 42(a); *Shump v. Balka*, 574 F.2d 1341, 1344 (10th Cir. 1978) (the decision whether to consolidate actions involving common questions of law or fact is committed to the sound discretion of the district court). Furthermore, the parties in *Burns* notified Magistrate Judge Kathryn Starnella that *Burns* "likely will be consolidated with the lead case 25-cv-00692-PAB-NRN," indicating that the *Burns* parties do not object to consolidation. *Burns*, 25-cv-00937-KAS, Docket No. 8.

Pursuant to its discretion under Rule 42(a), and pursuant to Local Rule 40.1(d)(4), the Court will order that *Burns* be consolidated with this action.

For the foregoing reasons, it is

**ORDERED** that, pursuant to Fed. R. Civ. P. 42(a), Civil Action Nos. 25-cv-00937-KAS and 25-cv-00692-PAB-NRN shall be consolidated. It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 42.1, Civil Action No. 25-cv-00937-KAS shall be assigned to Chief Judge Philip A. Brimmer with Magistrate Judge N. Reid Neureiter as the assigned magistrate judge. It is further

**ORDERED** that, as of the date of this order, all future pleadings and other filings in Case No. 25-cv-00937-PAB-NRN shall be filed in this case only and shall be captioned as follows:

_____

Civil Case No. 25-cv-00692-PAB-NRN

    (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAB-NRN)
_____
Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____
Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

4

_____

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

Civil Case No. 25-cv-00937-PAB-NRN

JASMIN BURNS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.
_____

DATED June 2, 2025.

BY THE COURT:

s/ Philip A. Brimmer

PHILIP A. BRIMMER
Chief United States District Judge