# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

---

Civil Action No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAM-NRN)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

Civil Case No. 25-cv-00937-PAB-NRN

JASMIN BURNS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

## **<u>ENTRY OF APPEARANCE</u>**

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff, Jasmin Burns.

     DATED this  2<u>nd</u> day of June, 2025.

                     Respectfully submitted,

                     */s/ Gary M. Klinger*
                     Gary M. Klinger
                     **MILBERG COLEMAN BRYSON
                     PHILLIPS GROSSMAN, PLLC**
                     227 W. Monroe Street, Suite 2100
                     Chicago, IL 60606
                     Phone: 866.252.0878
                     Email: gklinger@milberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com