IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-00692-PAB-NRN                    Date:  June 4, 2025
(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN,
25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAB-NRN)
Courtroom Deputy:  Román Villa                    FTR:  Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated, _et al_ | Raina Borrelli Leigh Montgomery |
| Plaintiff, | |
| v. | |
| YES COMMUNITIES, LLC, | Carolyn Ryan Bianca Valcarce |
| Defendant. | |

---

## COURTROOM MINUTES

---

**TELEPHONIC SCHEDULING CONFERENCE**

**10:29 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before June 16, 2025

Joinder of Parties/Amendment to Pleadings: June 20, 2025

Discovery Cut-off: May 29, 2026

Plaintiff's Class Certification Motion: February 20, 2026

Plaintiffs shall be limited to the depositions of the parties, plus 6 additional depositions.

Defendant shall be limited to the depositions to the parties, plus 3 additional depositions.

Depositions shall not exceed 7 hours.  For retained experts, depositions shall not exceed 7 hours.

Plaintiffs shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Defendant shall be limited to **7** interrogatories, **7** requests for production, and **7** requests for admission to each Plaintiff.

Interrogatories, Requests for Production, and Requests for Admissions shall be served **45** days prior to the close of discovery.

Each side shall be limited to 4 expert witnesses, absent leave of court.
Plaintiff's disclosure of Affirmative Experts: **February 20, 2026**
Defendant's disclosure of all Affirmative and Rebuttal Experts: **March 30, 2026**
Plaintiff's rebuttal reports: **April 20, 2026**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Telephonic **Status Conference** is set for **December 10, 2025 at 10:00 a.m**. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. The Court will set a Final Pretrial Conference at that time. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**11:02 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:33

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.