IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

### JOINT STIPULATION TO EXTEND

Pursuant to Local Rule 6.1, Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), hereby stipulate to extend the time for Defendant to answer or respond to the Consolidated Class Action Complaint, and state as follows:

1. Plaintiffs' Consolidated Class Action Complaint was filed on May 15, 2025. ECF No. 21.

2. Pursuant to the Scheduling Order, Defendant's responsive deadline is July 11, 2025. ECF No. 28.

3. The Parties have conferred regarding a 21 day extension to advance discussions regarding potential resolution, and Plaintiffs have assented to this extension.

4. Accordingly, Defendant shall respond to the Consolidated Class Action Complaint on or before August 1, 2025.

Dated: July 7, 2025:

| | |
|---|---|
| **STRAUSS BORRELLI PLLC** | **MULLEN COUGHLIN LLC** |
| */s/ Raina C. Borrelli* | */s/ Meghan Wood* |
| Raina C. Borrelli | Meghan Wood |
| One Magnificent Mile | Carolyn Purwin Ryan* |
| 980 N Michigan Avenue, Suite 1610 | Bianca A. Valcarce* |
| Chicago IL, 60611 | 426 W. Lancaster Avenue, Suite 200 |
| Telephone: (872) 263-1100 | Devon, PA 19333 |
| Facsimile: (872) 263-1109 | (267) 930-1529 |
| raina@straussborrelli.com | mwood@mullen.law |
| | cpurwinryan@mullen.law |
| **SANFORD LAW FIRM, PLLC** | bvalcarce@mullen.law |
| Josh Sanford (Col. Bar No. 44358) | |
| 10800 Financial Center Pkwy, Suite 510 | *Pro hac forthcoming |
| Little Rock, Arkansas 72211 | |
| Telephone: (501) 221-0088 | *Attorneys for Defendant* |
| josh@sanfordlawfirm.com | |

**EKSM, LLP**
Jarrett Ellzey
Leigh S. Montgomery
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com
lmontgomery@eksm.com

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

*/s/ Meghan Wood*
Meghan Wood