IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

### NOTICE OF ERRATA

Defendant YES Communities, LLC ("Defendant") respectfully submits this errata for document number 29 (Joint Stipulation to Extend), incorrectly filed as a Motion on July 7, 2025. Defendant requests that document number 29 be withdrawn from the record. Defendant has correctly filed the Joint Stipulation to Extend at document number 30.

Dated: July 7, 2025:

                                                **MULLEN COUGHLIN LLC**

                                                */s/ Meghan Wood*
                                                Meghan Wood
                                                Carolyn Purwin Ryan*
                                                Bianca A. Valcarce*
                                                426 W. Lancaster Avenue, Suite 200
                                                Devon, PA 19333
                                                (267) 930-1529
                                                mwood@mullen.law
                                                cpurwinryan@mullen.law
                                                bvalcarce@mullen.law

                                                *Pro hac forthcoming

                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

*/s/ Meghan Wood*
Meghan Wood