IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

Case No. 25-cv-00692-PAB-NRN

(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

## JOINT MOTION TO STAY CASE PENDING MEDIATION

NOW COME Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), by and through counsel, and hereby move this Court to stay all deadlines in this case pending mediation, and in support state as follows:

1. Plaintiffs' Consolidated Class Action Complaint was filed on May 15, 2025. ECF No. 21.

2. Defendant's responsive deadline is August 1, 2025. ECF No. 34.

3. The Parties have recently agreed to mediate this matter and have scheduled a mediation for October 23, 2025.

4. Accordingly, the Parties request a stay of all deadlines in this case, including discovery deadlines, for 120 days, through and including November 25, 2025.

5. A stay of all deadlines will conserve judicial and party resources while the Parties attempt an amicable resolution of this matter.

6. With Court approval, the Parties will file a joint status report on the outcome of the mediation by October 30, 2025.

7. Should the case not resolve at mediation, Defendant will file a response to the Consolidated Class Action Complaint no later than November 24, 2025.

WHEREFORE, the Parties respectfully request that this Honorable Court stay all deadlines in this case, including discovery deadlines, up to and including November 25, 2025 so that the Parties may pursue an amicable resolution of this litigation.

Dated: July 28, 2025:

| | |
|---|---|
| **STRAUSS BORRELLI PLLC** | **MULLEN COUGHLIN LLC** |
| /s/ Raina C. Borrelli | /s/ Meghan Wood |
| Raina C. Borrelli | Meghan Wood |
| One Magnificent Mile | Carolyn Purwin Ryan* |
| 980 N Michigan Avenue, Suite 1610 | Bianca A. Valcarce* |
| Chicago IL, 60611 | 426 W. Lancaster Avenue, Suite 200 |
| Telephone: (872) 263-1100 | Devon, PA 19333 |
| Facsimile: (872) 263-1109 | (267) 930-1529 |
| raina@straussborrelli.com | mwood@mullen.law |
| | cpurwinryan@mullen.law |
| **SANFORD LAW FIRM, PLLC** | bvalcarce@mullen.law |
| Josh Sanford (Col. Bar No. 44358) | |
| 10800 Financial Center Pkwy, Suite 510 | *Pro hac forthcoming |
| Little Rock, Arkansas 72211 | |
| Telephone: (501) 221-0088 | *Attorneys for Defendant* |
| josh@sanfordlawfirm.com | |

**EKSM, LLP**
Jarrett Ellzey
Leigh S. Montgomery
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com
lmontgomery@eksm.com

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

*/s/ Meghan Wood*
Meghan Wood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

### [PROPOSED] ORDER

Having reviewed the Joint Motion to Stay Case Pending Mediation, filed by Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), and finding good cause for the same, the Joint Motion is **GRANTED**. The Court hereby stays all deadlines in this case, including discovery deadlines, through November 25, 2025. The Parties shall file a joint status report on the outcome of mediation by October 30, 2025. Should the case not resolve at mediation, Defendant's response to the Consolidated Class Action Complaint is due no later than November 24, 2024.

**SO ORDERED.**

Dated: _____, 2025

_____
Philip A. Brimmer
United States District Judge