IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAB-NRN)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,
v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

---

Civil Case No. 25-cv-00937-PAB-NRN

JASMIN BURNS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Joint Motion to Stay Case Pending Mediation (ECF No. 35) is GRANTED. On or before October 30, 2025, the parties shall file a joint status report regarding the outcome of the October 23, 2025 mediation. If the case does not resolve at mediation, Defendant shall answer or otherwise respond to the Consolidated Class Action Complaint on or before November 24, 2025. All other deadlines in this case are stayed up to and including November 25, 2025.

Date: July 30, 2025