IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS |

### JOINT STATUS REPORT AND REQUEST TO EXTEND STAY

Pursuant to this Court's July 30, 2025 Minute Order, Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), by and through counsel, file this joint status report regarding the outcome of the October 23, 2025 mediation. Plaintiff further move this Court to continue the stay for an additional two weeks.

1. On July 28, 2025, the Parties jointly requested a stay in the matter, so that they could pursue private mediation on October 23, 2025. Dkt. 35.

2. On July 30, 2025, the Court ordered the Parties to file a status report by October 30, 2025, and Defendant to respond to the consolidated complaint on or before November 24, 2025, and stayed all other deadlines up to and including November 25, 2025. Dkt. 37.

3. The Parties mediated this case on October 23, 2025. During which time, the Parties fell short of agreeing on all essential terms.

4. However, the Parties have continued settlement negotiations, and are optimistic a resolution will be reached within the next 30 days.

5. Wherefore, the Parties request that the Court extend the stay by an additional

1

fourteen days, such that Defendant must file a response on or before December 8, 2025, and all other deadlines are stayed up to and including December 9, 2025.

6. The Parties' request is sought in good faith while they continue to try to resolve this case, and not for the purpose of delay. Continuing the stay of all deadlines for an additional two weeks will conserve judicial and party resources while the Parties continue to resolve this matter.

WHEREFORE, the Parties respectfully request that this Honorable Court continue the stay by an additional fourteen days, such that Defendant must file a response on or before December 8, 2025, and all other deadlines are stayed up to and including December 9, 2025, so that the Parties may continue to pursue an amicable resolution of this litigation.

Dated: October 30, 2025

| **STRAUSS BORRELLI PLLC** | **MULLEN COUGHLIN LLC** |
|---|---|
| */s/ Raina C. Borrelli* | */s/ Meghan Wood* |
| Raina C. Borrelli | Meghan Wood |
| One Magnificent Mile | Carolyn Purwin Ryan* |
| 980 N. Michigan Avenue, Suite 1610 | Bianca A. Valcarce* |
| Chicago, IL 60611 | 426 W. Lancaster Avenue, Suite 200 |
| Telephone: (872) 263-1100 | Devon, PA 19333 |
| Facsimile: (872) 263-1109 | (267) 930-1529 |
| raina@straussborrelli.com | mwood@mullen.law |
| | cpurwinryan@mullen.law |
| **SANFORD LAW FIRM, PLLC** | bvalcarce@mullen.law |
| Josh Sanford (Col. Bar No. 44358) | |
| 10800 Financial Center Pkwy, Suite 510 | *Pro Hac Vice forthcoming* |
| Little Rock, Arkansas 72211 | |
| Telephone: (501) 221-0088 | *Attorneys for Defendant* |
| josh@sanfordlawfirm.com | |
| | |
| **EKSM, LLP** | |
| Jarrett Ellzey | |
| Leigh S. Montgomery | |
| 4200 Montrose Blvd., Suite 200 | |
| Houston, Texas 77006 | |
| Telephone: (888) 350-3931 | |

jellzey@eksm.com
lmontgomery@eksm.com


**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 30th day of October, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N. Michigan Ave., Suite 1610
            Chicago, IL 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            raina@straussborrelli.com