IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>　　　　Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

**JOINT MOTION TO EXTEND STAY**

　　　　NOW COME Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), by and through counsel, and hereby move this Court to stay all deadlines in this case pending mediation, and in support state as follows:

　　　　1.　　　Plaintiffs' Consolidated Class Action Complaint was filed on May 15, 2025. ECF No. 21.

　　　　2.　　　The Parties recently mediated this matter on October 23, 2025.

　　　　3.　　　The Parties had requested a stay of all deadlines in this case, including discovery deadlines, for 120 days, through and including November 25, 2025.

　　　　4.　　　A stay of all deadlines will conserve judicial and party resources while the Parties attempt an amicable resolution of this matter.

　　　　5.　　　Defendant's response to the Consolidated Class Action Complaint is due November 24, 2025.

6. The Parties have reached a resolution and are in the process of finalizing a settlement agreement to file with the Court.

7. Accordingly, the Parties request that the Court extend the stay in this matter through December 23, 2025 while the Parties finalize the settlement agreement.

8. This request is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that this Honorable Court stay all deadlines in this case, including discovery deadlines, up to and including December 23, 2025 so that the Parties may finalize an amicable resolution of this litigation.

Dated: November 21, 2025:

| | |
|---|---|
| **STRAUSS BORRELLI PLLC** | **MULLEN COUGHLIN LLC** |
| /s/ Raina C. Borrelli | /s/ Meghan Wood |
| Raina C. Borrelli | Meghan Wood |
| One Magnificent Mile | Carolyn Purwin Ryan* |
| 980 N Michigan Avenue, Suite 1610 | Bianca A. Valcarce* |
| Chicago IL, 60611 | 426 W. Lancaster Avenue, Suite 200 |
| Telephone: (872) 263-1100 | Devon, PA 19333 |
| Facsimile: (872) 263-1109 | (267) 930-1529 |
| raina@straussborrelli.com | mwood@mullen.law |
| | cpurwinryan@mullen.law |
| **SANFORD LAW FIRM, PLLC** | bvalcarce@mullen.law |
| Josh Sanford (Col. Bar No. 44358) | |
| 10800 Financial Center Pkwy, Suite 510 | *Pro hac forthcoming |
| Little Rock, Arkansas 72211 | |
| Telephone: (501) 221-0088 | *Attorneys for Defendant* |
| josh@sanfordlawfirm.com | |
| | |
| **EKSM, LLP** | |
| Jarrett Ellzey | |
| Leigh S. Montgomery | |
| 4200 Montrose Blvd., Suite 200 | |
| Houston, Texas 77006 | |
| Telephone: (888) 350-3931 | |
| jellzey@eksm.com | |
| lmontgomery@eksm.com | |

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

/s/ *Meghan Wood*
Meghan Wood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

**[PROPOSED] ORDER]**

Having reviewed the Joint Motion to Stay Case Pending Mediation, filed by Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), and finding good cause for the same, the Joint Motion is **GRANTED**. The Court hereby stays all deadlines in this case, including discovery deadlines, through December 23, 2025. The Parties shall file a joint status report or settlement agreement at that time.

**SO ORDERED.**

Dated: _____, 2025

_____
Philip A. Brimmer
United States District Judge