IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAB-NRN)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,
v.

YES COMMUNITIES, LLC,

    Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

>Plaintiff,

v.

YES COMMUNITIES, LLC,

>Defendant.

---

Civil Case No. 25-cv-00937-PAB-NRN

JASMIN BURNS, individually and on behalf of all others similarly situated,

>Plaintiff,

v.

YES COMMUNITIES, LLC,

>Defendant.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Motion to Stay Case Pending Mediation (ECF No. 42), filed by Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties") is GRANTED.

It is further ORDERED that all deadlines in this case, including discovery deadlines, shall be stayed through December 23, 2025. On or before December 23, 2025, the Parties shall file their settlement papers or a joint status report explaining the delay.

It is further ORDERED that the Status Conference currently scheduled for December 10, 2025 at 10:00 a.m. shall **proceed as planned**. The Status Conference will be conducted via telephone. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: November 21, 2025