IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 25-cv-00692-PAB-NRN | Date:  December 8, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated, | Joshua Sanford <br> Jeff Ostrow <br> Raina Borrelli <br> Gary Mason <br> Gary Klinger |
| Plaintiffs, | |
| v. | |
| YES COMMUNITIES, LLC, | Meghan Wood <br> Jordan O'Donnell |
| Defendants. | |

### COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**10:00 p.m.    Court in session.**

Court calls case. Appearances of Counsel.

Parties update the court on the settlement discussions. The Minute Order filed at Dkt. #44 is MODIFIED as follows: On or before **January 9, 2026**, the Parties shall file their settlement papers or a joint status report explaining the delay.

**10:03 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.