IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

1

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

Civil Case No. 25-cv-00937-KAS

JASMIN BURNS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

2

Plaintiffs Michelle O'Leary, Terry Wilkins, Teresa Starks, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), hereby move this Court to:

1. Grant preliminary approval of the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Yes Communities, LLC ("Defendant" or "Yes Communities");

2. Preliminarily certify the Settlement Class for purposes of Settlement;

3. Appoint Plaintiffs Michelle O'Leary, Terry Wilkins, Teresa Starks, Brenton Kay, and Jasmin Burns as Class Representatives;

4. Appoint Jeff Ostrow of Kopelowitz Ostrow P.A, Raina Borrelli of Strauss Borrelli PLLC, Leigh S. Montgomery of EKSM, LLP, Gary E. Mason of Mason LLP, and Gary M. Klinger of Milberg, PLLC as Settlement Class Counsel;

5. Approve the notice plan set forth in the Settlement Agreement;

6. Appoint Analytics Consulting LLC as Claims Administrator;

7. Approve the form and content of the Postcard Notice (Ex. 1), Long Form Notice (Ex. 2), and Claim Form (Ex. 3);

8. Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in support; (3) the Settlement Agreement; (4) the Declaration of Raina C. Borrelli filed in support and exhibits thereto;  (5) the [Proposed] Preliminary Approval Order; (6) the [Proposed] Final

1

Approval Order; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: January 9, 2026                Respectfully Submitted,

                                      By: *Raina C. Borrelli*
                                          Raina C. Borrelli
                                          **STRAUSS BORRELLI PLLC**
                                          One Magnificent Mile
                                          980 N Michigan Avenue, Suite 1610
                                          Chicago IL, 60611
                                          Telephone: (872) 263-1100
                                          Facsimile: (872) 263-1109

                                          **SANFORD LAW FIRM, PLLC**
                                          Josh Sanford (Col. Bar No. 44358)
                                          10800 Financial Center Pkwy, Suite 510
                                          Little Rock, Arkansas 72211
                                          Telephone: (501) 221-0088
                                          josh@sanfordlawfirm.com

                                          **EKSM, LLP**
                                          Jarrett Ellzey
                                          Leigh S. Montgomery
                                          4200 Montrose Blvd., Suite 200
                                          Houston, Texas 77006
                                          Telephone: (888) 350-3931
                                          jellzey@eksm.com
                                          lmontgomery@eksm.com

                                          **KOPELOWITZ OSTROW P.A.**
                                          Jeff Ostrow
                                          One West Las Olas Blvd., Suite 500
                                          Fort Lauderdale, FL 33301
                                          Telephone: 954-525-4100
                                          ostrow@kolawyers.com

                                          **MASON LLP**
                                          Gary E. Mason
                                          Danielle L. Perry

2

Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

3

**CERTIFICATE OF SERVICE**

  I, Raina C. Borrelli, hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of January, 2026.

            STRAUSS BORRELLI PLLC

            By: */s/ Raina C. Borrelli*
                Raina C. Borrelli
                raina@straussborrelli.com
                STRAUSS BORRELLI PLLC
                One Magnificent Mile
                980 N Michigan Avenue, Suite 1610
                Chicago IL, 60611
                Telephone: (872) 263-1100
                Facsimile: (872) 263-1109