IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 25-cv-00692-PAB-NRN

(Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

Plaintiff,

v.

YES COMMUNITIES, LLC,

Defendant.

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YES COMMUNITIES, LLC,

Defendant.

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

YES COMMUNITIES, LLC,

Defendant.

1

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

Civil Case No. 25-cv-00937-KAS

JASMIN BURNS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND <u>MEMORANDUM IN SUPPORT</u>**

Plaintiffs Michelle O'Leary, Terry Wilkins, Teresa Starks, Brenton Kay, and Jasmin Burns ("Plaintiffs"), by and through undersigned counsel, respectfully move for leave to exceed the fifteen (15) page limit applicable to motions and briefs in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. This motion is made pursuant to the Court's Practice Standards governing page limitations, which provide that motions to exceed these page limitations "will be granted only upon a showing of good cause," and any such motion must "indicate the number of pages of the proposed document and the reason why the additional pages are necessary."

2

Good cause exists here. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support must address numerous subjects, including the procedural posture and history of the litigation, settlement valuation and terms of relief, notice and claims administration procedures, attorney fees and costs, releases, and the basis for class certification. The breadth and complexity of these subjects cannot reasonably be addressed within the standard fifteen-page limit while providing the Court with the detail necessary to evaluate the proposed Settlement. Plaintiffs request only those additional pages necessary to ensure the Court has a complete and accurate record on which to evaluate preliminary approval.

Plaintiffs have conferred with counsel for Defendant, who does not oppose this request. Plaintiffs therefore request leave to file a Memorandum of Points and Authorities not to exceed thirty (30) pages.

DATE: January 12, 2026                                  Respectfully submitted,

                                                        By: /s/ Raina C. Borrelli
                                                            Raina C. Borrelli
                                                            **STRAUSS BORRELLI PLLC**
                                                            One Magnificent Mile
                                                            980 N. Michigan Ave., Suite 1610
                                                            Chicago, IL 60611
                                                            Telephone: (872) 263-1100
                                                            Facsimile: (872) 263-1109
                                                            raina@straussborrelli.com

                                                            **SANFORD LAW FIRM, PLLC**
                                                            Josh Sanford (Col. Bar No. 44358)
                                                            10800 Financial Center Pkwy, Suite 510
                                                            Little Rock, Arkansas 72211
                                                            Telephone: (501) 221-0088
                                                            josh@sanfordlawfirm.com

                                                            **EKSM, LLP**
                                                            Jarrett Ellzey

Leigh S. Montgomery
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com
lmontgomery@eksm.com

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

4

**CERTIFICATE OF SERVICE**

  I, Raina C. Borrelli, hereby certify that on January 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 12th day of January, 2026.

           STRAUSS BORRELLI PLLC

           By: */s/ Raina C. Borrelli*
              Raina C. Borrelli
              STRAUSS BORRELLI PLLC
              One Magnificent Mile
              980 N. Michigan Ave., Suite 1610
              Chicago, IL 60611
              Telephone: (872) 263-1100
              Facsimile: (872) 263-1109
              raina@straussborrelli.com