# — EXHIBIT  B —

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

---

Civil Case No. 25-cv-00692-PAB-NRN

   (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

---

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

   Plaintiff,

v.

YES COMMUNITIES, LLC,

   Defendant.

---

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

YES COMMUNITIES, LLC,

   Defendant.

---

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

   Plaintiff,

v.

YES COMMUNITIES, LLC,

   Defendant.

---

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

Civil Case No. 25-cv-00937-KAS

JASMIN BURNS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

**DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF PLAINTIFF'S MOTION
<u>FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1.      I am the original counsel for Plaintiff Teresa Starks and proposed Settlement Class Counsel for all Plaintiffs in the above-captioned case. This declaration supports Plaintiffs' motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

## LITIGATION BACKGROUND

2.      Plaintiffs are victims of the Data Incident experienced by Yes Communities, LLC ("Defendant" or "Yes Communities").

3.      Beginning on March 4, 2025, five lawsuits relating to the Data Incident were filed against Defendant in the United States District Court for the District of Colorado: *O'Leary v. YES Communities, LLC*, Case No. 1:25-cv-692 (represented by Leigh Montgomery of EKSM, LLP); *Wilkins v. YES Communities, LLC*, Case No. 1:25-cv-698 (represented by Jeff Ostrow of Kopelowitz Ostrow P.A.); *Starks v. YES Communities, LLC*, Case No. 1:25-cv-728 (represented by myself); *Kay v. YES Communities, LLC*, Case No. 1:25-cv-819 (represented by Gary E. Mason of Mason LLP); and *Burns v. YES Communities, LLC*, Case No. 25-cv-00937 (represented by Gary M. Klinger of Milberg, PLLC).

4.      Before filing Plaintiff Starks' individual case, I conducted extensive pre-suit discovery to determine: all publicly available details about the cause, scope, and result of the Data Incident, and the damages suffered by the Plaintiff Starks and the Class.

5.      Later, Plaintiffs' counsel in each of the related actions conferred and collectively decided to work together to pursue the claims of their respective plaintiffs and the putative class of individuals impacted in the Data Incident.

Case No. 1:25-cv-00692-PAB-NRN    Document 51-2    filed 01/12/26    USDC Colorado
pg 5 of 100

6.      I then aided in the preparation of the motion to consolidate and the drafting of the consolidated complaint.

7.      Plaintiffs were impacted the same as all Settlement Class Members; and thus, they all share the same interests.

8.      Moreover, all representative Plaintiffs have assisted in the investigation of this case, reviewed and approved pleadings, stayed in contact with Class Counsel, and answered Class Counsels' many questions. Plaintiffs are informed of the risks of continued litigation and the benefits of early resolution.

## **MEDIATION**

9.      Recognizing the benefits of early resolution, the Parties discussed the potential for early resolution of this matter, and agreed to mediate with the Honorable David E. Jones (ret.) on October 23, 2025, a skilled mediator specializing in a variety of complex matters, including Data Breach Class Actions.

10.      Prior to mediation, Settlement Class Counsel carried out a thorough investigation of the claims. The settlement negotiations also included a significant informal exchange of information in advance of mediation, allowing both Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses.

11.      Additionally, both Parties prepared detailed mediation statements outlining their positions on the legal and factual claims at issue and their positions on the framework for resolution.

12.     At the October 23, 2025 mediation, the Parties negotiated at "arm's length" under the guidance of Judge Jones, communicating their positions through him while evaluating the strengths and weaknesses of the relevant claims and defenses.

13.     From the start, the Parties agreed that they would not negotiate attorneys' fees or service awards until after they reached an agreement on the core terms of the Settlement. As such, Plaintiffs avoided conflict between themselves and the Settlement Class Members.

14.     The Parties were unable to reach an agreement on the material terms of the Settlement on October 23, 2025. However, through continued negotiations and with the continued assistance of Judge Jones, the Parties successfully reached an agreement on the material terms of the settlement on or around November 10, 2025.

15.     Throughout this process, the Parties advocated vigorously for the interests of their respective clients. While the negotiations were always collegial, cordial, and professional, there is no doubt that they were adversarial in nature, with both Parties forcefully advocating the position of their respective clients.

16.     In the weeks that followed agreement on the key terms of the Settlement, the Parties diligently negotiated and circulated drafts of the Settlement Agreement, along with accompanying notices, a Claim Form, and other exhibits, and agreed upon a Settlement Administrator.

17.     Thereafter, the Parties agreed that Analytics Consulting LLC would serve as the Claims Administrator. The Parties chose Analytics Consulting LLC because it has a long and proven track record of successfully administrating complex class action settlements.

## <u>COUNSELS' RECOMMENDATION</u>

18.     Proposed Settlement Class Counsel have years of experience representing individuals in complex class actions (including data breach class actions). As such, Counsels' depth of experience informed both Plaintiffs' settlement position, and the needs of Plaintiffs and the proposed Settlement Class. While Plaintiffs believe in the merits of their claims, Plaintiffs are also aware that a successful outcome is uncertain—and would be achieved (if at all) only after prolonged, arduous litigation with the attendant risk of drawn-out appeals and the potential for no recovery at all. Based upon Counsels 'substantial experience, it is our opinion that the proposed settlement warrants the Court's preliminary approval.

19.     After all, this Settlement provides timely and significant relief to Class Members. And the terms of the Settlement are well within the range of those accepted by courts in similar data breach class action settlements.

20.     The Parties tailored the terms of the Settlement to address the specific potential harms (including out-of-pocket expenses, lost time, and the future risk of identity theft) caused by the Data Incident—thereby reimbursing both economic and non-economic losses.

21.     This result is particularly favorable given the risks of protracted litigation. Plaintiffs face serious risks of: prevailing on the merits, proving causation, achieving class certification, maintaining class certification, and surviving appeal.

22.     Not only does this Settlement avoid the risks of protracted litigation, but it also provides benefits to the Class Members *today*—as opposed to the mere possibility of future relief.

23.     The Settlement's benefits unquestionably provide a favorable result to Class Members. As such, the Settlement is well within the range of acceptable outcomes that satisfy the requirements for Preliminary approval.

24.     Additionally, the Notice program contemplated by the Settlement provides the best practicable method to reach Class Members. Moreover, this particular Notice program is consistent with the notice programs approved by other courts in similar class actions.

25.     Thus, Class Counsel asks the Court to grant preliminary approval of the Settlement Agreement and enter the proposed final/preliminary approval order.

## COUNSELS' QUALIFICATIONS

**Raina C. Borrelli, Strauss Borrelli PLLC**

26.     Strauss Borrelli PLLC is a law firm headquartered in Chicago, Illinois. It focuses on complex class actions with an emphasis on data security, privacy, and consumer protection.

27.     Raina C. Borrelli is a partner in Strauss Borrelli PLLC's nationwide class action practice. As such, she focuses on litigating complex class actions in state and federal courts—including disputes involving data breaches, the Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection issues.

28.     Prior to joining Strauss Borrelli PLLC, she was a partner at Turke & Strauss LLP where she also litigated complex class actions in state and federal courts. Before joining Turke & Strauss, Ms. Borrelli was a partner at Gustafson Gluek, where she litigated similar matters.

29.     Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. She is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the Pro Se

Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

30.    In recent years, Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including: *Hudock v. LG Electronics USA, Inc.*, 16-cv-1220 (JRT/KMM) (D. Minn.); *Baldwin v. Miracle-Ear, Inc.*, 20-cv-01502 (JRT/HB) (D. Minn.); *In re FCA Monostable Gearshifts Litig.*, 16-md-02744 (E.D. Mich.); *Zeiger v. WellPet LLC*, 17-cv-04056 (N.D. Cal.); *Wyoming v. Procter & Gamble*, 15-cv-2101 (D. Minn.); *In re Big Heart Pet Brands Litig.*, 18-cv-00861 (N.D. Cal.); *Sullivan v. Fluidmaster*, 14-cv-05696 (N.D. Ill.); *Rice v. Electrolux Home Prod., Inc.*, 15-cv-00371 (M.D. Pa.); *Gorczynski v. Electrolux Home Products, Inc.*, 18-cv-10661 (D.N.J.); *Reitman v. Champion Petfoods*, 18-cv-1736 (C.D. Cal.); *Reynolds, et al., v. FCA US, LLC*, 19-cv-11745 (E.D. Mich.).

31.    Ms. Borrelli has significant experience in data privacy litigation and is currently litigating more than one-hundred data breach cases in courts around the country as lead counsel or co-counsel on behalf of millions of data breach victims—including *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *Medina et al. v. PracticeMax Inc.*, 22-cv-01261-DLR (D. Ariz.) (appointed to Executive Leadership Committee); *Forslund et al. v. R.R. Donnelley & Sons Co.*, 1:22-cv-04260 (N.D. Ill.) (appointed as interim co-lead class counsel); *In re Lincare Holdings, Inc. Data Breach Litig.*, 8:22-cv-01472 (M.D. Fla.) (appointed to Interim

Executive Leadership Committee); *McLaughlin v. Flagstar*, 22-cv-11470 (E.D. Mich.); *Corra et al. v. Acts Retirement Services, Inc.*, 2:22-cv-02917 (E.D. Pa.); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Goetz v. Benefit Recovery Specialists, Inc.*, Case No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.) (data breach settlement on behalf of 500,000 breach victims); *Kunkelman v. Curators of the University of Missouri, d/b/a MU Health Care*, Case No. 21BA-CV00182 (Mo. Cir. Ct., Boone Cty.); *Baldwin v. Nat'l Western Life Ins. Co.*, 21-cv-04066-WJE (W.D. Mo.) (settlement on behalf of 800,000 data breach victims).

32.    The Strauss Borrelli PLLC Firm Resume is attached herein as **Exhibit 1**.

33.    Additionally, the resumes of Jeff Ostrow of Kopelowitz Ostrow P.A., Leigh S. Montgomery of EKSM, LLP, Gary E. Mason of Mason LLP, and Gary M. Klinger of Milberg, PLLC, who are also requesting to be appointed as Settlement Class Counsel along with Ms. Borrelli, are attached herein as **Exhibit 2** through **Exhibit 5** respectively.

Pursuant to 28 U.S.C. § 1746, I declare and sign under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2026 in Eagan, Minnesota.

Dated: January 12, 2026          Respectfully Submitted,

By: *Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

7

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on January 12, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 12th day of January, 2026.

> STRAUSS BORRELLI PLLC
>
> By: */s/ Raina C. Borrelli*
> Raina C. Borrelli
> raina@straussborrelli.com
> STRAUSS BORRELLI PLLC
> One Magnificent Mile
> 980 N Michigan Avenue, Suite 1610
> Chicago IL, 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109

— **EXHIBIT  1** —



One Magnificent Mile
980 N Michigan Avenue
Suite 1610
Chicago, Illinois 60611
P: 872.263.1100
F: 872.263.1109
straussborrelli.com

# Our Firm

Strauss Borrelli PLLC is a premier civil litigation team focused on representing groups of individuals who have been harmed by corporate misconduct. We regularly represent clients in cases involving data misuse, illegal telemarketing, privacy intrusion, unfair employment practices, and defective products. Our efforts have earned us a reputation for achieving success in high-stakes and complex cases across the country.

At every step, we put the interests of our clients first.

## We make the courtroom accessible to all.
At Strauss Borrelli, we understand that our legal system is out of reach for most individuals who have suffered at the hands of corporate wrongdoing. Time, money, and expertise act as barriers to judicial action. We confront these obstacles by empowering those affected to take collective action to seek relief.

## We innovate and adapt.
As new technologies become available, our team learns and grows to make our processes faster, more effective, and less expensive. We challenge each other to continually evolve to meet the needs of our clients in an ever-changing world.

## We know that people are our greatest resource.
Whether it be within our own team or with experts, co-counsel, or clients, we foster collaborative spaces. We know that good ideas can come from anyone, and the best ideas are forged when we work together. Our experiences have shown us that fresh perspectives coupled with legal expertise create smart strategies.

## We understand the strength in numbers.
Too often, corporate transgressions go unchallenged. Together, we create a check against large companies' misconduct. By combining individual claims, we hold those who put profit over people accountable and achieve relief for all those injured by wrongdoings ranging from the annoyance of daily telemarketing calls to the devastation of a sudden mass layoff.

## We commit to personal connections.
At every stage, we help clients understand the complex issues at hand and empower them to take an active role in their cases. We will always take the time to build relationships with our clients in order to understand what success means to them. In defining and reaching our goals, we advise with compassion and understanding.

# Our Cases

## COMMERCIAL ELECTRONIC MAIL ACT

### *Ma v. Nike, Inc.* (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Nike violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Agnew, et al. v. Macy's Retail Holdings, LLC* (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Macy's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Jackson v. Hanesbrands, Inc.* (E.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Hanes violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Eastern District of Washington.

### *Liss, et al. v. Lenovo (United States) Inc.* (W.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Lenovo violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance Inc.* (E.D. Wash.)

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Ulta violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is

currently pending in the United States District Court for the Eastern District of Washington.

### *Hutton v. Papa John's USA, Inc., et al.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Papa John's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Liss, et al. v. Skechers U.S.A. Inc.* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Skechers violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Bajwa v. National Automotive Parts Association, LLC* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges NAPA Auto Parts violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

### *Hutton v. The Reinalt-Thomas Corporation* **(W.D. Wash.)**

Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges The Reinalt-Thomas Corporation d/b/a Discount Tire violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

## CONSUMER PROTECTION

### *Fowler, et al. v. Wells Fargo Bank, N.A.* **(N.D. Cal.)**

Filed on behalf of consumers who were overcharged fees on FHA mortgages. The case settled on a class-wide basis for $30,000,000 in 2018, and final approval was granted in January 2019.

**Jones, et al. v. Monsanto Company (W.D. Mo.)**
Filed on behalf of individuals who purchased mislabeled RoundUp® products. The case settled on a class-wide basis in 2020 for $39,550,000. Final approval was granted in May 2021.

**Crawford, et al. v. FCA US LLC (E.D. Mich.)**
Filed on behalf of consumers who purchased or leased Dodge Ram 1500 and 1500 Classic vehicles equipped with 3.0L EcoDiesel engines between 2013 and 2019. Plaintiffs allege unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of vehicles with allegedly defective EGR coolers. This case is currently pending in the United States District Court for the Eastern District of Michigan.

**In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation (N.D. Cal.)**
Filed on behalf of consumers against Fiat Chrysler and Bosch alleging unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of certain EcoDiesel vehicles. The class contained over 100,000 vehicles, including 2014-2016 model-year Jeep Grand Cherokees and Dodge Ram 1500 trucks that were allegedly outfitted with devices that masked actual emission levels. The case settled on a class-wide basis for $307,500,000, and final approval was granted in May 2019.

**Rolland, et al. v. Spark Energy, LLC (D.N.J.)**
Filed on behalf of consumers who were forced to pay considerably more for their electricity than they should otherwise have paid due to Spark Energy's deceptive pricing practices. Plaintiff alleges that Spark Energy engages in a bait-and-switch deceptive marketing scheme luring consumers to switch utility companies by offering lower than local utility rates. These lower rates are fixed for only a limited number of months and then switch to a variable market rate that is significantly higher than the rates local utilities charge. The case settled on a class-wide basis for $11,000,000 in 2022, and final approval was granted in December 2022.

**Haines v. Washington Trust Bank (Wash. Sup. Ct., King Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Washington Trust Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Washington Trust Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in November 2021.

***Pryor v. Eastern Bank*** **(Mass. Sup. Ct., Suffolk Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Eastern Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Eastern Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in March 2021.

## DATA BREACH

***Walters v. Kimpton Hotel & Restaurant Group, LLP*** **(N.D. Cal.)**
Filed on behalf of consumers whose private information and personal identifiable information, including credit and debit card numbers, names, mailing addresses, and other personal information, was compromised and stolen from Kimpton Hotel & Restaurant Group by hackers. The case settled on a class-wide basis in 2018, and final approval was granted in July 2019.

***Reetz v. Advocate Aurora Health, Inc.*** **(Wis. Cir. Ct., Milwaukee Cty.)**
Filed on behalf of employees of Aurora Advocate Health, the 10th largest not-for-profit integrated health care system in the United States, whose personally identifiable information was breached and stolen through an email phishing campaign beginning in January 2020. Many of these individuals have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled in 2023.

***Goetz v. Benefit Recovery Specialists, Inc.*** **(Wis. Cir. Ct., Walworth Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from Benefit Recovery Specialists, Inc., a Houston-based billing and collections services firm that provides billing and collection services to healthcare providers across the country. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2022, and final approval was granted in July 2022.

***In re BJC Healthcare Data Breach Litigation*** **(Mo. Cir. Ct., St. Louis Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from BJC Healthcare, a major regional health system. Many of these consumers lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2021 and final approval was granted in September 2022.

**Daum, et al. v. K & B Surgical Center, LLC (Cal. Sup. Ct., Los Angeles Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information and protected health information was compromised and stolen from K & B Surgical Center. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled in 2023.

**In re: Netgain Technology, LLC, Consumer Data Breach Litigation (D. Minn.)**
Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Netgain Technology, LLC beginning in September 2020. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Interim Executive Committee in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2025, and preliminary approval was granted in The United States District Court for the District of Minnesota in May 2025.

**Dusterhoff, et al. v. OneTouchPoint Corp. (E.D. Wisc.)**
Filed on behalf of 2.6 million consumers whose personal identifiable information and protected health information was breached and stolen from OneTouchPoint Corp., a mailing and printing services vendor, beginning in April 2022. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Steering Committee in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case is currently pending in The United States District Court for the Eastern District of Wisconsin.

**In re Lincare Holdings Inc. Data Breach Litigation (M.D. Fla.)**
Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Lincare Holdings Inc., a medical products and services provider, beginning in September 2021. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Interim Executive Leadership Committee for plaintiffs and the class in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled on a class-wide basis in 2023, and final approval was granted in June 2024.

***Forslund, et al. v. R.R. Donnelley & Sons Company*** **(N.D. Ill.)**

Filed on behalf of consumers whose personal identifiable information was breached and stolen from R.R. Donnelley & Sons Company, a Fortune 500 marketing, packaging, and printing company, beginning in November 2021. Strauss Borrelli partner, Raina Borrelli, serves as interim co-lead counsel for plaintiffs and the class in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2023, and final approval was granted in March 2024.

## DATA PRIVACY

***Doe, et al. v. HSCGP, LLC*** **(Tenn. Cir. Ct., Davidson Cty.)**

Litigated on behalf of all patients of healthcare companies serviced by HSCGP, LLC whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that the healthcare companies serviced by HSCGP, LLC disclosed such sensitive personal information by using various tools on its website. The case settled on a class-wide basis in 2024. Final approval was granted in March 2025.

***Doe v. Lima Memorial Hospital, et al.*** **(C.C.P. Allen)**

Filed on behalf of all patients of Lima Memorial Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Lima Memorial Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Allen County, Ohio and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

***Rogers v. Rogers Behavioral Health System, Inc.*** **(Wis. Cir. Ct., Dane Cty.)**

Filed on behalf of all patients of Rogers Behavioral Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Rogers Behavioral Health System disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Circuit Court for Dane County, Wisconsin, and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

**Doe, et al. v. The Wood County Hospital, et al. (C.C.P. Sandusky)**
Filed on behalf of all patients of The Wood County Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs alleged that The Wood County Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Sandusky County, Ohio, and settled on a class-wide basis in 2024.

**Moser, et al. v. Redeemer Health, et al. (C.C.P. Phila.)**
Filed on behalf of all patients of Redeemer Health and Holy Redeemer Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Redeemer Health and Holy Redeemer Health System disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval is pending in the Court of Common Pleas in Philadelphia, Pennsylvania.

**Mrozinski, et al. v. Aspirus, Inc. (Wis. Cir. Ct., Marathon Cty.)**
Filed on behalf of all patients of Aspirus whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Aspirus disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval was granted in the Circuit Court for Marathon Conty, Wisconsin in August 2025.

**Patterson v. Respondus, Inc., et al. (N.D. Ill.)**
Filed on behalf of all persons who took an exam using Respondus' online exam proctoring software, Respondus Monitor, in the state of Illinois. Plaintiffs allege that Respondus collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. This case settled in 2023.

**Powell v. DePaul University (N.D. Ill.)**
Strauss Borrelli attorneys represented a class of DePaul University students located in the state of Illinois who were required to take exams using Respondus Monitor, which collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. Plaintiff alleged that DePaul University collects students' biometric identifiers and biometric information without written consent and without legally compliant written public policies. This case settled in 2023.

# RIGHT OF PUBLICITY

### *Nolen v. PeopleConnect, Inc., et al.* (N.D. California)

Filed on behalf of California residents against PeopleConnect alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that PeopleConnect violates these legal rights by using California residents' names and childhood photographs in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

### *Boshears, et al. v. PeopleConnect, Inc., et al.* (W.D. Wash.)

Filed on behalf of Indiana residents against PeopleConnect alleging violations of Indiana's Right of Publicity Statute and Indiana's common law prohibiting misappropriation of a name or likeness. Plaintiffs allege that PeopleConnect violates these legal rights by using Indiana residents' personalities, including their names and childhood photographs, in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit.

### *Sessa, et al. v. Ancestry.com Operations Inc., et al.* (D. Nev.)

Filed on behalf of Nevada residents against Ancestry.com alleging violations of Nevada's right to publicity statute, Nevada law prohibiting deceptive trade practice, Nevada common law protection against Intrusion upon Seclusion, and Nevada Unjust Enrichment law. Plaintiffs allege that Ancestry.com violates these legal rights by knowingly misappropriating the photographs, likenesses, names, and identities of Nevada residents for the commercial purpose of selling access to and advertising them in Ancestry.com products and services without their prior consent. The case is pending in the United States District Court for the District of Nevada.

### *Martinez v. ZoomInfo Technologies Inc.* (W.D. Wash.)

Filed on behalf of California residents against ZoomInfo Technologies Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that ZoomInfo Technologies violates these legal rights by using California residents' names and person information in advertisements promoting paid subscriptions to its website, zoominfo.com, as well as selling access to their names and personal information as part of its products. This case settled in 2024.

***Gbeintor v. DemandBase, Inc., et al.*** **(N.D. Cal.)**
Filed on behalf of California residents against DemandBase, Inc. and InsideView Technologies, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that DemandBase and InsideView Technologies violate these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website, insideview.com, without their consent. This case settled on a class-wide basis in 2024, and preliminary approval was granted in June 2025.

***Kellman, et al. v. Spokeo, Inc.*** **(N.D. Cal.)**
Filed on behalf of California residents against Spokeo, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that Spokeo violates these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website without their consent. The case is pending in the United States District Court for the Northern District of California.

## TELEPHONE CONSUMER PROTECTION ACT

***Evans v. American Power & Gas, LLC, et al.*** **(S.D. Ohio)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The case settled on a class-wide basis for $6,000,000, and final approval was granted in May 2019.

***Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*** **(D. Mass.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The case settled on a class-wide basis for $14,000,000 in 2020. Final approval was granted in October 2021.

***Goodell, et al. v. Van Tuyl Group, LLC*** **(D. Az.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Doup v. Van Tuyl Group***, LLC **(N.D. Tex.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Dickson v. Direct Energy, LP, et al.*** **(N.D. Ohio)**
Filed on behalf of consumers who received automated or prerecorded telemarketing telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case is currently pending in the United States District Court for the Northern District of Ohio.

***Learned, et al. v. McClatchy Company, LLC*** **(E.D. Cal.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry and/or who requested Defendant stop calling them, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Rogers, et al. v. Assurance IQ, LLC, et al.*** **(W.D. Wash.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones, some that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled on a class-wide basis in 2024 for $21,875,000, and final approval was granted in September 2024.

# Our Professionals

## SAMUEL J. STRAUSS

Samuel J. Strauss is a founding member of Strauss Borrelli PLLC. Mr. Strauss concentrates his practice in class action litigation with an emphasis on consumer protection and privacy issues. Mr. Strauss has a national practice and appears in federal courts across the country. Over the course of his career, Mr. Strauss has represented plaintiffs in cases which have resulted in the recovery of hundreds of millions of dollars for consumers.

Mr. Strauss received his J.D. with honors from the University of Washington School of Law in 2013. Prior to forming Strauss Borrelli in 2024, Mr. Strauss was a founding member of Turke & Strauss in 2016, in Madison, Wisconsin, where he successfully prosecuted complex class actions in federal and state courts.

Mr. Strauss is a member of bars of the states of Washington, Wisconsin, and Illinois and has been admitted to practice in the United States District Court for the Western District of Washington, United States District Court for the Eastern District of Washington, United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Ninth Circuit.

In recent years, Mr. Strauss has been actively involved in a number of complex class action matters in state and federal courts including:

- *Doe, et al. v. HSCGP, LLC,* No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Ma v. Nike, Inc.*, No. 25-cv-01235 (W.D. Wash.)
- *Agnew, et al. v. Macy's Retail Holdings, LLC,* No. 25-cv-02006 (W.D. Wash.)
- *Liss, et al. v. Skechers U.S.A. Inc.*, No. 25-cv-05861 (W.D. Wash.)
- *Hutton v. Papa John's USA, Inc., et al.*, 25-cv-01922 (W.D. Wash.)
- *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 25-cv-00284 (E.D. Wash.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct.,

Walworth Cty.)

- *Joyner v. Behavioral Health Network, Inc.*, No. 2079CV00629 (Mass. Sup. Ct., Hampden Cty.)
- *In re BJC Healthcare Data Breach Litigation*, No. 2022-CC09492 (Mo. Cir. Ct., St. Louis City)
- *Baldwin, et al. v. National Western Life Insurance Company,* No. 2:21-cv-04066 (W.D. Mo.)
- *Pryor v. Eastern Bank*, No. 1984CV03467-BLS1 (Mass. Sup. Ct., Suffolk Cty.)
- *Murray v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 19-cv-12608 (D. Mass.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Weister v. Vantage Point AI, LLC*, No. 21-cv-01250 (M.D. Fla.).
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Patterson v. Respondus, Inc.*, No. 20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus, Inc.*, No. 21-cv-01785 (N.D. Ill.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Crawford v. FCA US LLC,* No. 20-cv-12341 (E.D. Mich.)
- *Klaehn, et al. v. Cali Bamboo, LLC*, No. 19-cv-01498 (S.D. Cal.)
- *Jones v. Monsanto Company*, No. 19-cv-00102 (W.D. Mo.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Rolland v. Spark Energy, LLC*, Case. No. 17-cv-02680 (D.N.J.)
- *Evans v. American Power & Gas, LLC*, No. 17-cv-00515 (S.D. Ohio)
- *Fowler v. Wells Fargo Bank, N.A.*, No. 17-cv-02092 (N.D. Cal.)

# RAINA C. BORRELLI

Raina C. Borrelli is a founding member of Strauss Borrelli PLLC. Ms. Borrelli's practice focuses on complex class action litigation, including data privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Ms. Borrelli has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation. Additionally, Ms. Borrelli has substantial experience leading discovery teams in these complex class action matters, as well as in working with class damages experts and class damages models in consumer protection cases.

Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. Prior to founding Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek, where she successfully prosecuted complex class actions in federal and state courts. Ms. Borrelli is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the *Pro Se* Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Tenth Circuit.

In recent years, Ms. Borrelli has been appointed to leadership positions in a number of data privacy cases, including *In re Netgain Technology, LLC Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) (Interim Executive Committee); *Dusterhoff, et al. v. OneTouchPoint Corp.*, No. 2:22-cv-00882 (E.D. Wisc.) (Plaintiffs' Steering Committee); *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.) (Interim Executive Leadership Committee); *Forslund v. R.R. Donnelley & Sons Company*, No. 1:22-cv-04260 (N.D. Ill.) (interim co-lead counsel); *Medina v. PracticeMax Incorporated*, No. 2:22-cv-0126 (D. Az.) (Executive Leadership Committee); *In re C.R. England, Inc. Data Breach Litig.*, No. 2:22-cv-00374 (interim co-lead counsel); *Doe, et al. v. Knox College, Inc.*, No. 4:23-cv-04012 (C.D. Ill.) (co-lead counsel); and *In re OakBend Medical Center Data*

*Breach Litigation*, No. 4:22-cv-03740 (S.D. Tex.) (interim co-lead counsel). Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Liss, et al. v. Lenovo (United States) Inc.*, No. 25-cv-01663 (W.D. Wash.)
- *Jackson v. Hanesbrands, Inc.*, No. 25-cv-00440 (E.D. Wash.)
- *Hutton, et al. v. PODS Enterprises, LLC*, No. 25-cv-02025 (W.D. Wash.)
- *Haley v. Tommy Bahama Group, Inc.*, No. 25-cv-01969 (W.D. Wash.)
- *Bajwa v. National Automotive Parts Association, LLC*, No. 25-cv-02280 (W.D. Wash)
- *Doe, et al. v. HSCGP, LLC*, No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Benedetto, et al. v Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Reese v. Teen Challenge Training Center, Inc.*, No. 00093 (C.C.P. Phila.)
- *Lhota v. Michigan Avenue Immediate Care, S.C.*, No. 2022CH06616 (Ill. Cir. Ct., Cook Cty.)
- *Johnson, et al. v. Yuma Regional Medical Center*, No. 2:22-cv-01061 (D. Az.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Learned, et al. v. McClatchy Company LLC*, No. 2:21-cv-01960 (E.D. Cal.)
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)

- *Spindler, et al. v. General Motors LLC*, No. 3:21-cv-09311 (N.D. Cal.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Fee v. Illinois Institute of Technology*, No. 1:21-cv-02512 (N.D. Ill.)
- *Harvey v. Resurrection University*, No. 1:21-cv-03203 (N.D. Ill.)
- *In re FCA Monostable Gearshifts Litig.*, No. 16-md-02744 (E.D. Mich.)
- *Zeiger v. WellPet LLC*, No. 17-cv-04056 (N.D. Cal.)
- *Wyoming v. Procter & Gamble*, No. 15-cv-2101 (D. Minn.)
- *In re Big Heart Pet Brands Litig.*, No. 18-cv-00861 (N.D. Cal.)
- *Sullivan v. Fluidmaster*, No. 14-cv-05696 (N.D. Ill.)
- *Rice v. Electrolux Home Prod., Inc.*, No. 15-cv-00371 (M.D. Pa.)
- *Gorczynski v. Electrolux Home Products, Inc.*, No. 18-cv-10661 (D.N.J.)
- *Reitman v. Champion Petfoods*, No. 18-cv-1736 (C.D. Cal.)
- *Reynolds, et al., v. FCA US, LLC*, No. 19-cv-11745 (E.D. Mich.).

# CASSANDRA MILLER

Cassandra Miller is a partner at Strauss Borrelli PLLC whose practice focuses on complex class action litigation, including consumer protection, privacy, data breaches, and product liability. Ms. Miller is adept at navigating the intricate legal landscapes of both state and federal courts across the nation. Additionally, Ms. Miller has substantial experience leading teams in these complex class action matters.

Ms. Miller received her J.D. *magna cum laude* from the University of Illinois Chicago School of Law in 2006. Prior to joining Strauss Borrelli, Ms. Miller was a managing partner at Edelman Combs Latturner & Goodwin, LLC. There, Ms. Miller handled a wide range of consumer protection claims under key statutes such as the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Uniform Commercial Code (UCC), Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA), alongside related state and federal consumer statutes.

Ms. Miller is a member of the Illinois State Bar Association and has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

Ms. Miller has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Pietras v. Sentry, 513 F. Supp. 2d 983 (N.D. Ill. 2007)*
- *Hernandez v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007)*
- *Balogun v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 74845 (S.D. Ind. 2007)*
- *Miller v. Midland Credit Mgmt., 2009 U.S. Dist. LEXIS 18518 (N.D. Ill. 2009)*
- *American Family Mutual Ins. Co. V. CMA Mortgage, Inc., 2008 U.S. Dist. LEXIS 30233 (S.D. Ind. 2008)*
- *Herkert v. MRC Receivables Corp., 254 F.R.D. 344 (N.D. Ill. 2008)*
- *Walker v. Calusa Investments, LLC, 244 F.R.D. 502 (S.D. Ind. 2007)*
- *Frydman v. Portfolio Recovery Associates, LLC, 2011 U.S. Dist. LEXIS 69502 (N.D. Ill. 2011)*
- *Webb v. Midland Credit Mgmt., 2012 U.S. Dist. LEXIS 80006 (N.D. Ill. May 31,*

*2012)*

- *Tabiti v. LVNV Funding, LLC, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017), reconsideration denied, 2017 U.S. Dist. LEXIS 238583 (N.D. Ill., May 16, 2017)*
- *Wheeler v. Midland Funding LLC, 2020 U.S. Dist. LEXIS 52409 (N.D. Ill. July 31, 2017),*
- *Magee v. Portfolio Recovery Assocs., 2016 U.S. Dist. LEXIS 61389 (N.D. Ill. May 9, 2016), reconsideration denied, 2016 U.S. Dist. LEXIS 123573 (N.D. Ill. Sept. 13, 2016)*

# BRITTANY RESCH

Brittany Resch is a partner at Strauss Borrelli PLLC. Ms. Resch's practice focuses on complex class action litigation, including data breach, privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Since 2022, Ms. Resch has served as an adjunct professor at the University of Minnesota Law School teaching a seminar on e-Discovery.

Ms. Resch received her J.D. from the University of Minnesota Law School in 2015, after which she clerked for the Honorable Richard H. Kyle, Senior United States District Judge for the District of Minnesota. Prior to joining Strauss Borrelli PLLC, Ms. Resch was an associate at Gustafson Gluek, where she prosecuted complex antitrust, consumer protection, and civil rights class actions in federal and state courts. Ms. Resch was named one of the Attorneys of the Year in 2019 by Minnesota Lawyer for her work representing a pro se litigant in federal court through the *Pro Se* Project. Ms. Resch was also named a Rising Star in 2020 and 2021 and a 2021 Up & Coming Attorney by Minnesota Lawyer.

Ms. Resch has been an active member in the Federal Bar Association for a decade, holding various leadership and committee positions. Ms. Resch also assists in the representation of pro se litigants through the District of Minnesota Federal Bar Association's Pro Se Project. Ms. Resch is also an active member of Minnesota Women Lawyers. Ms. Resch has also been certified as a North Star Lawyer by the Minnesota State Bar Association for providing a minimum of 50 hours of pro bono legal services (2023, 2021, 2020, 2019).

Ms. Resch is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota and the United States District Court for the Northern District of Illinois.

Ms. Resch recently has significant experience in data privacy litigation and is currently litigating more than fifty data breach cases in courts around the country as counsel on behalf of millions of data breach victims, including *McKittrick v. Allwell Behavioral Health Services*, Case No. CH-2022-0174 (Muskingum County, Ohio) (appointed class counsel for settlement purposes); *Hall v. Centerspace, LP*, Case No. 22-cv-2028 (D. Minn.); *Morrison v. Entrust Corp., et al.*, Case No. 23-cv-415 (D. Minn.); *Batchelor v. MacMillan, et al.*, Case No. 157072/2023 (New York County, NY); *Tribbia, et al., v. Hanchett Paper Company*, Case No. 2022 CH 3677 (Cook County, IL); *Benedetto v. Southeastern Pennsylvania Transportation*

*Authority*, No. 210201425 (C.C.P. Phila.); *Corra, et al. v. ACTS Retirement Services, Inc.*, No. 2:22-cv-02917 (E.D. Pa.); *Lamie, et al. v. LendingTree, LLC*, No. 3:22-cv-00307 (W.D.N.C); and *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.). Additionally, in recent years, Ms. Resch has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Emmrich v. General Motors LLC*, No. 21-cv-05990 (N.D. Ill.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Kis v. Cognism Inc.*, No. 4:22-cv-05322 (N.D. Cal.)
- *Benanav, et al. v. Healthy Paws Pet Insurance, LLC*, No. 2:20-cv-00421-RSM (W.D. Wash.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Patterson v. Respondus University, et al.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus University, et al.*, No. 1:21-cv-01785 (N.D. Ill.)
- *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.)
- *In re Pork Antitrust Litigation*, No. 21-md-02998 (D. Minn.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *In re Asacol Antitrust Litigation*, No. 15-cv-12730 (D. Mass.)

# ALEX S. PHILLIPS

Alex Phillips is a partner at Strauss Borrelli PLLC. Mr. Phillips concentrates his practice in complex class action litigation and commercial litigation. He has represented both plaintiffs and defendants in high stakes litigation. Mr. Phillips has successfully obtained trial verdicts on behalf of his clients as well as negotiated numerous high-value settlements.

Mr. Phillips received his J.D. from the University of Wisconsin School of Law in 2017 and has been an active member of the Wisconsin State Bar as well as the Dane, Jefferson, and Dodge County Bar Associations.

In recent years, Mr. Phillips has been involved in a number of complex class action matters in state and federal courts including:

- *Benedetto v. Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Koeller, et al. v. Numrich Gun Parts Corporation*, No. 1:22-cv-00675 (S.D.N.Y.)
- *Mayhood v. Wilkins Recreational Vehicles, Inc.*, No. E2022-0701 (N.Y. Sup. Ct., Steuben Cty.)
- *Perkins v. WelldyneRx, LLC*, No. 8:22-cv-02051 (M.D. Fla.)
- *Batis v. Dun & Bradstreet Holdings, Inc.*, No. 3:22-cv-09124 (N.D. Cal.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Ambramson v. First American Home Warranty Corporation*, No. 2:22-cv-01003 (W.D. Pa.)
- *DeVivo v. Sovereign Lending Group Incorporated*, No. 3:22-cv-05254 (W.D. Wash.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Benanav. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.)
- *Klaehn, et al. v. Cali Bamboo, LLC, et al.*, No. 19-cv-01498 (S.D. Cal.)

# CARLY ROMAN

Carly Roman is an attorney at Strauss Borrelli PLLC. Ms. Roman's practice focuses on complex class action litigation, including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA") cases in state and federal courts. Additionally, Ms. Roman has substantial experience advocating for consumers under California's Unfair Competition Law, the Consumers Legal Remedies Act, and the Song-Beverly Warranty Act.

Ms. Roman received her J.D. from the University of New Hampshire School of Law with High Honors. Prior to joining Strauss Borrelli, Ms. Roman honed her skills at a prominent consumer protection firm in California as well as in Chicago at one of the leading firms specializing in class actions and consumer rights. There, Ms. Roman litigated a variety of state and federal claims, including claims brought under the Fair Credit Reporting Act (FCRA), Magnuson-Moss Warranty Act, Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA).

Ms. Roman is a member of the Illinois State Bar Association and The State Bar of California. Recently, Ms. Roman was appointed interim co-lead class counsel in *Orrantia, et al. v. S.V.D.P. Management, Inc.*, No. 25CU048774C (Cal. Sup. Ct., San Diego Cty.).Her recent experience also involves substantial responsibility in a number of complex class action matters in state and federal courts including:

- *Doe v. SSK Plastic Surgery,* 30-2025-01467755 (Cal. Sup. Ct., Orange Cty.)
- *Doe v. Jaime S. Schwartz MD PC,* 25STCV07155 (Cal. Sup. Ct., Los Angeles Cty.), *removed,* No. 2:25-cv-03393 (C.D. Cal.)
- *Cole v. Solairus Aviation LLC,* No. 3:25-cv-03035 (N.D. Cal.)
- *Dean, et al., v. New York Blood Center, Inc., et al.* No. 25-cv-01051 (S.D.N.Y.)
- *In re: DISA Global Data Breach Litigation,* No. 4:25-cv-00821 (S.D. Tex.)
- *Kelly v. Insomniac Games,* No. 24-CIV-05793 (Cal. Sup. Ct., San Mateo Cty.)
- *Palanti v. Lawble Inc., et al.,* No. 2023CH02120 (Ill. Cir. Ct., Cook Cty.), *removed,* No. 1:23-cv-02365 (N.D. Ill.)
- *Tamburo v. Hyundai Motor America (Corporation), et al.,* No. 1:23-cv-282 (N.D. Ill.)
- *Mirabile v. Bank of America, N.A.,* No. 1:23-cv-01719 (N.D. Ill.)
- *Fleury v. General Motors, LLC,* No. 1:22-cv-03862 (N.D. Ill.)
- *Rocio v. Mod Super Fast Pizza, LLC,* No 1:21-cv-00507 (N.D. Ill.)
- *Abruscato, et al. v. Wells Fargo, et al.,* No. 1:21-cv-00012 (N.D. Ill.)
- *Avery v. Cvi Sgp-Co Acquisition Trust, et al.,* No. 1:20-cv-06965 (N.D. Ill.)

# ANDREW G. GUNEM

Andrew Gunem is an attorney at Strauss Borrelli PLLC. He focuses on complex class action litigation—including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA")—in federal and state courts across the country.

Mr. Gunem graduated *cum laude* from the University of Wisconsin Law School—where he was a Managing Editor of the Wisconsin Law Review, earned a full-tuition "Law-in-Action" scholarship, and was awarded "Best Performance" in Complex Litigation. He received his bachelor's degree from the University of California, Berkeley. Mr. Gunem has written articles about developing areas of law—which have been published by Law360.com (as "Expert Analysis") and by the Litigation Section of the State Bar of Wisconsin.

Mr. Gunem is admitted to practice in California and Wisconsin. He is also admitted to the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, Western District of Wisconsin, and the District of Colorado.

Recently, Mr. Gunem was appointed co-lead class counsel in *Gregerson v. Toshiba America Business Solutions, Inc.*, No. 8:24-cv-01201-FWS-ADS (C.D. Cal. April 17, 2025). His recent experience also includes substantial responsibility in the following cases:

- *Anderson v. STS Aviation Group, LLC*, No. 2:24-cv-14201-SMM (S.D. Fla.)
- *Dribben, et al., v. Homefix Custom Remodeling Corp.*, No. 1:22-cv-01143-SAG (D. Md.)
- *Koeller v. Diamanti, Inc.*, No. 22SL-CC04040 (Mo. Cir. Ct., St. Louis Cty.)
- *Pan v. Atlas Real Estate Group, LLC*, No. 1:23-cv-00910-DDD-KAS  (D. Colo.)
- *Harvey v. National Amusements Inc.*, No. 1:24-cv-10027-GAO (D. Mass.)
- *Stern v. Academy Mortgage Corporation*, No. 2:24-cv-00015-DBB-DAO (D. Utah)
- *Ansar v. The Gill Corporation*, No. 2:24-cv-08875-MEMF-PD (C.D. Cal.)
- *Jimenez v. OE Federal Credit Union*, No. 4:24-cv-02746-JST (N.D. Cal.)
- *Vivaili v. One Point HR Solutions, LLC*, No. 2:24-cv-00185-DCR (E.D. Ky.)
- *Parihar v. MIPS Holding, Inc.*, No. 24CV448267 (Cal. Sup. Ct., Santa Clara Cty.)

- *Davenport v. LA Financial Federal Credit Union*, No. 24STCV24021 (Cal. Sup. Ct., Los Angeles Cty.)
- *Leavitt v. International Brotherhood of Electrical Workers Local No. 1*, No. 4:24-cv-01148-HEA (E.D. Mo.)
- *Hasanat v. Mana Products Inc.*, No. 710156/2024 (Queens County, New York)
- *Bolanos v. Crossroads Equipment Lease & Finance, LLC*, No. 5:24-cv-00552-JGB-SP (C.D. Cal.)
- *Doe v. Conceptions Reproductive Associates, Inc.*, No. 1:25-cv-00009-NYW-CYC (D. Colo.)
- *Hulewat v. Medical Management Resource Group LLC, et al.*, No. 2:24-cv-00377-DJH (D. Ariz.)
- *Currie v. Joy Cone Co.*, No. 2:23-cv-00764-CCW (W.D. Pa.)
- *In re: Mondelēz Data Breach Litigation*, No. 1:23-cv-03999 (N.D. Ill.)
- *Byrd v. True World Holdings, LLC*, No. 2:24-cv-10927-JKA-JSA (D.N.J.)
- *Hollis v. eXp Realty, LLC, et al.*, No. 2:25-cv-00822-JLR (W.D. Wash.)

— **EXHIBIT 2** —



# FIRM RESUME

One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301

**Telephone:** 954.525.4100
**Facsimile:** 954.525.4300
**Website:** www.kolawyers.com

**Miami  –  Fort Lauderdale  –  Boca Raton**

## OUR
## FIRM

For over two decades, Kopelowitz Ostrow Ferguson Weiselberg Gilbert (KO) has provided comprehensive, results-oriented legal representation to individual, business, and government clients throughout Florida and the rest of the country. KO has the experience and capacity to represent its clients effectively and has the legal resources to address almost any legal need.  The firm's 25 attorneys have practiced at several of the nation's largest and most prestigious firms and are skilled in almost all phases of law, including consumer class actions, multidistrict litigation involving mass tort actions, complex commercial litigation, and corporate transactions.  In the class action arena, the firm has experience not only representing individual aggrieved consumers, but also defending large institutional clients, including multiple Fortune 100 companies.

## WHO
## WE ARE

The firm has a roster of  accomplished attorneys. Clients have an opportunity to work with some of the finest lawyers in Florida and the United States, each one committed to upholding KO's principles of professionalism, integrity, and personal service.  Among our roster, you'll find attorneys whose accomplishments include Board Certified in their specialty; serving as in-house counsel for major corporations, as city and county attorneys handling government affairs, and as public defenders and prosecutors; achieving multi-millions of dollars through verdicts and settlements in trials, arbitrations, and alternative dispute resolution procedures; successfully winning appeals at every level in Florida state and federal courts; and serving government in various elected and appointed positions.

KO has the experience and resources necessary to represent large putative classes. The firm's attorneys are not simply litigators, but rather, experienced trial attorneys with the support staff and resources needed to coordinate complex cases.

**CLASS
ACTION
PLAINTIFF**

Since its founding, KO has initiated and served as lead class counsel in dozens of high-profile class actions. Although the actions are diverse by subject area, KO has established itself as one of the leading firms that sue national and regional banks and credit unions related to the unlawful assessment of fees. Their efforts spanning a decade plus have resulted in recoveries in excess of $500 million and monumental practices changes that have changed the industry and saving clients billions of dollars.

Additionally, other past and current cases have been prosecuted for breaches of insurance policies; data breaches; data privacy; wiretapping; biometric privacy; gambling; false advertising; defective consumer products and vehicles; antitrust violations; and suits on behalf of students against colleges and universities arising out of the COVID-19 pandemic.

The firm has in the past litigated certified and proposed class actions against Blue Cross Blue Shield and United Healthcare related to their improper reimbursements of health insurance benefits. Other insurance cases include auto insurers failing to pay benefits owed to insureds with total loss vehicle claims. Other class action cases include cases against Microsoft Corporation related to its Xbox 360 gaming platform, ten of the largest oil companies in the world in connection with the destructive propensities of ethanol and its impact on boats, Nationwide Insurance for improper mortgage fee assessments, and several of the nation's largest retailers for deceptive advertising and marketing at their retail outlets and factory stores.

## CLASS ACTION **DEFENSE**

The firm also brings experience in successfully defended many class actions on behalf of banking institutions, mortgage providers and servicers, advertising conglomerates, aircraft manufacturer and U.S. Dept. of Defense contractor, a manufacturer of breast implants, and a national fitness chain.

## MASS TORT **LITIGATION**

The firm also has extensive experience in mass tort litigation, including serving as Lead Counsel in the Zantac Litigation, one of the largest mass torts in history. The firm also has handled cases against 3M related to defective earplugs, several vaginal mash manufacturers, Bayer in connection with its pesticide Roundup, Bausch & Lomb for its Renu with MoistureLoc product, Wyeth Pharmaceuticals related to Prempro, Bayer Corporation related to its birth control pill YAZ, and Howmedica Osteonics Corporation related to the Stryker Rejuvenate and AGB II hip implants. In connection with the foregoing, some of which has been litigated within the multidistrict arena, the firm has obtained tens of millions in recoveries for its clients.

## OTHER AREAS **OF PRACTICE**

In addition to class action and mass tort litigation, the firm has extensive experience in the following practice areas: commercial and general civil litigation, corporate transactions, health law, insurance law, labor and employment law, marital and family law, real estate litigation and transaction, government affairs, receivership, construction law, appellate practice, estate planning, wealth preservation, healthcare provider reimbursement and contractual disputes, white collar and criminal defense, employment contracts, environmental, and alternative dispute resolution.

## FIND US **ONLINE**

To learn more about KO, or any of the firm's other attorneys, please visit www.kolawyers.com.

# CLASS ACTION AND MASS TORTS

## FINANCIAL INSTITUTIONS

*Aseltine v. Bank of America, N.A.*, 3:23-cv-00235 (W.D.N.C. 2024) – $21 million

*McNeil v. Capital One, N.A.*, 1:19-cv-00473 (E.D.N.Y.) – $16 million

*Devore, et al. v. Dollar Bank,* GD-21-008946 (Ct. Common Pleas Allegheny 2024) - $7 million

*Nimsey v. Tinker Federal Credit Union,* C1-2019-6084 (Dist. Ct. Oklahoma 2024) - $5.475 million

*Precision Roofing of N. Fla. Inc., et al. v. CenterState Bank,* 3:20-cv-352 (S.D. Fla. 2023) - $2.65 million

*Checchia v. Bank of America, N.A.*, 2:21-cv-03585 (E.D. Pa. 2023) - $8 million

*Quirk v. Liberty Bank,* X03-HHD-CV20-6132741-S (Jud. Dist. Ct. Hartford 2023) - $1.4 million

*Meier v. Prosperity Bank,* 109569-CV (Dist. Ct. Brazoria 2023) - $1.6 million

*Abercrombie v. TD Bank, N.A.*, 0:21-cv-61376 (S.D. Fla. 2022) - $4.35 million

*Perks, et al. v. TD Bank, N.A.*, 1:18-cv-11176 (E.D.N.Y. 2022) - $41.5 million

*Fallis v. Gate City Bank,* 09-2019-CV-04007 (Dist. Ct., Cty. of Cass, N.D. 2022) - $1.8 million

*Glass, et al. v. Delta Comm. Cred. Union,* 2019CV317322 (Sup. Ct. Fulton Ga. 2022) - $2.8 million

*Roy v. ESL Fed. Credit Union,* 19-cv-06122 (W.D.N.Y. 2022) - $1.9 million

*Wallace v. Wells Fargo,* 17CV317775 (Sup. Ct. Santa Clara 2021) - $10 million

*Doxey v. Community Bank, N.A.*, 8:19-CV-919 (N.D.N.Y. 2021) - $3 million

*Coleman v. Alaska USA Federal Credit Union,* 3:19-cv-0229-HRH (Dist. of Alaska 2021) - $1 million

*Smith v. Fifth Third Bank,* 1:18-cv-00464-DRC-SKB (W.D. Ohio 2021) - $5.2 million

*Lambert v. Navy Federal Credit Union,* 1:19-cv-00103-LO-MSN (S.D. Va. 2021) - $16 million

*Roberts v. Capital One, N.A.*, 16 Civ. 4841 (LGS) (S.D.N.Y 2021) - $17 million

*Lloyd v. Navy Federal Credit Union,* 17-cv-01280-BAS-RBB (S.D. Ca. 2019) - $24.5million

*Farrell v. Bank of America, N.A.*, 3:16-cv-00492-L-WVG (S.D. Ca. 2018) - $66.6 million

*Bodnar v. Bank of America, N.A.*, 5:14-cv-03224-EGS (E.D. Pa. 2015) - $27.5 million

*Morton v. Green Bank,* 11-135-IV (20th Judicial District Tenn. 2018) - $1.5 million

*Hawkins v. First Tenn. Bank,* CT-004085-11 (13th Jud. Dist. Tenn. 2017) - $16.75 million

*Payne v. Old National Bank,* 82C01-1012 (Cir. Ct. Vanderburgh 2016) - $4.75 million

*Swift. v. Bancorpsouth,* 1:10-CV-00090 (N.D. Fla. 2016) - $24.0 million

*Mello v. Susquehanna Bank,* 1:09-MD-02046 (S.D. Fla. 2014) – $3.68 million

*Johnson v. Community Bank,* 3:11-CV-01405 (M.D. Pa. 2013) - $1.5 million

*McKinley v. Great Western Bank,* 1:09-MD-02036 (S.D. Fla. 2013) - $2.2 million

*Blahut v. Harris Bank,* 1:09-MD-02036 (S.D. Fla. 2013) - $9.4 million

*Wolfgeher v. Commerce Bank,* 1:09-MD-02036 (S.D. Fla. 2013) - $18.3 million

*Case v. Bank of Oklahoma,* 09-MD-02036 (S.D. Fla. 2012) - $19.0 million

*Hawthorne v. Umpqua Bank,* 3:11-CV-06700 (N.D. Cal. 2012) - $2.9 million

*Simpson v. Citizens Bank,* 2:12-CV-10267 (E.D. Mich. 2012) - $2.0 million

*Harris v. Associated Bank,* 1:09-MD-02036 (S.D. Fla. 2012) - $13.0 million

*LaCour v. Whitney Bank,* 8:11-CV-1896 (M.D. Fla. 2012) - $6.8 million

*Orallo v. Bank of the West,* 1:09-MD-202036 (S.D. Fla. 2012) - $18.0 million

*Taulava v. Bank of Hawaii,* 11-1-0337-02 (1st Cir. Hawaii 2011) - $9.0 million

## MDLs

*In re: Fortra File Transfer Software Data Breach Litigation,* MDL No. 3090 (S.D. Fla.) – $27 million

*In re: Evolve Bank & Trust Customer Data Breach Litig.,* MDL No. 3127 (W.D. Tenn.) - $17.0 million

*In re: Snowflake, Inc., Data Breach Litigation,* MDL No. 3126 (D. Mont.) - Co-Lead Counsel

*In re: Consumer Vehicle Driving Data Tracking Collection,* MDL No. 3115 (N.D. Ga.) - Exec. Comm.

*In re Change Healthcare, Inc. Data Breach Litigation,* MDL No. 3108 (D. Minn.) - Exec. Comm.

*In re: PowerSchool Holdings, Inc. Customer Data Breach Litig.,* MDL No. 3149 (S.D. Cal.) - Exec. Comm.

# DATA BREACH AND PRIVACY

*In Re: AT&T Inc Customer Data Security Breach Litigation,* 3:24-cv-00757 (N.D. Tex.) - $177 million

*McNally et al. v. Infosys McAmish Systems, LLC,* 1:24-cv-00995 (N.D. Ga.) - $17.5 million

*Crowe, et al. v. Managed Care of North America, Inc.,* 0:23-cv-61065-AHS (S.D. Fla.) – Co-Lead Counsel

*Malinowski, et al. v. IBM Corp. and Johnson & Johnson,* 7:23-cv-08421 (S.D.N.Y.) – Co-Lead Counsel

*Gordon, et al. v. Zeroed-In Technologies, LLC, et al.,* 1:23-CV-03284 (D. Md.) – Co-Lead Counsel

*Harrell, et al. v. Webtpa Employer Services LLC,* 3:24-CV-01158 (N.D. Tex.) - $13.75 million

*Gambino, et al. v. Berry Dunn Mcneil & Parker LLC,* 2:24-CV-00146 (D. Me.) - $7.25 million

*Isaac v. Greylock McKinnon Associates, Inc.,* 1:24-CV-10797 (D. Mass.) - $600,000

*Rodriguez, et al. v. Caesars Entertainment, Inc.,* 2:23-CV-01447 (D. Nev.) - Steering Committee Chair

*Owens v. MGM Resorts International,* 2:23-cv-01480-RFB-MDC (D. Nev.) - $45 million

*Doyle v. Luxottica of America, Inc.,* 1:20-cv-00908-MRB (S.D. Ohio) - Executive Committee

*Doe, et al. v. Highmark, Inc.,* 2:23-cv-00250-NR (W.D. Penn.) - Executive Committee

*Silvers, et al. v. HCA Healthcare, Inc.,* 1:23-CV-01003-LPH (S.D. In.) - Executive Committee

*In re: 21st Century Oncology,* MDL No. 2737 (M.D. Fla. 2021) - $21.8 million

*In re: CaptureRx Data Breach,* 5:21-cv-00523 (W.D. Tex. 2022) - $4.75 million

*Lopez, et al. v. Volusion, LLC,* 1:20-cv-00761 (W.D. Tex. 2022) - $4.3 million

*Mathis v. Planet Home Lending, LLC,* 3:24-CV-00127 (D. Conn.) - $2.425 million

*In re loanDepot Data Breach Litigation,* 8:24-cv-00136 (C.D. Cal.) - $25 million

*Stadnik v. Sovos Compliance, LLC,* 1:23-CV-12100 (D. Mass.) - $3.5 million

*Turner v. Johns Hopkins, et al.,* 24-C-23-002983 (Md. Cir. Ct.) - $2.9 million

*Peterson v. Vivendi Ticketing US LLC,* 2:23-CV-07498 (C.D. Cal.) - $3.25 million

*Katz et al. v. Einstein Healthcare Network,* 02045 (Pa. Ct. C.P., Phila.) - $1.6 million

*Opris et al v. Sincera Reproductive Medicine et al,* 2:21-cv-03072 (E.D. Pa.) - $1.2 million

*Garza et al v. Healthalliance, Inc. et al,* 7245012023 (N.Y. Sup. Ct.) - $1.29 million

*McLean et al. v. Signature Performance, Inc. et al.,* 8:24-cv-00230 (D. Neb.) - $8.5 million

*Wahab et al. v. Boston Children's Health Phys., LLP,* 73692/2024 (N.Y. Sup. Ct.) - $5.15 million

# CONSUMER PROTECTION

*Ostendorf v. Grange Indemnity Ins. Co.,* 2:19-cv-00147-ALM-KAJ (E.D. Ohio 2020) - $12.6 million

*Paris, et al. v. Progressive Select Ins. Co., et al.,* 19-21760-CIV (S.D. Fla. 2023) - $38 million

*Spielman v. USAA, et al.,* 2:19-cv-01359-TJH-MAA (C.D. Ca. 2023) - $3 million

*Walters v. Target Corp.,* 3:16-cv-1678-L-MDD (S.D. Cal. 2020) - $8.2 million

*Papa v. Grieco Ford Fort Lauderdale, LLC,* 18-cv-21897-JEM (S.D. Fla. 2019) - $4.9 million

*In re Disposable Contact Lens Antitrust Litig.,* MDL 2626 (M.D. Fla.) - $88 million

*Vandiver v. MD Billing Ltd.,* 2023LA000728 (18th Jud. Dist. Ill. 2023) - $24 million

*Skrandel v. Costco Wholesale Corp.,* 9:21-cv-80826-BER (S.D. Fla. 2024) - $1.3 million

*Evans v. Church & Dwight Co., Inc.,* 1:22-CV-06301 (N.D. Ill. 2023) - $2.5 million

*In Re: Farm-Raised Salmon & Salmon Prod. Antitrust Litig.,* No. 1:19-cv-21551 (S.D. Fla. 2023) - $75 million *Perry v. Progressive Michigan, et al,* 22-000971-CK (Cir. Ct. Washtenaw) - Class Counsel

*In re Apple Simulated Casino-Style Games Litig.,* MDL No. 2958 (N.D. Cal.) - Executive Committee

*In re Google Simulated Casino-Style Games Litig.,* MDL No. 3001 (N.D. Cal.) - Executive Committee

*In re Facebook Simulated Casino-Style Games Litig.,* No. 5:21-cv-02777 (N.D. Cal.) - Exec. Committee

# MASS TORT

*In re Zantac Prods. Liab. Litig.,* MDL No. 2924 (S.D. Fla.) - Co-Lead Counsel

*In re: National Prescription Opiate Litigation,* No. MDL No. 2804 (N.D. Ohio) - $100 million

*In re: Juul Labs,* No. MDL No. 2913 (N.D. Cal.) - $26 million

*In re: Davenport Hotel Building Collapse,* LACE137119 (Dist. Ct. Scott Cty., Iowa) - Class Counsel

*In re: 3M Combat Arms Earplug Prod. Liab. Litig.,* MDL No. 2885 (N.D. Fla.) - Numerous

Plaintiffs *In re: Stryker Prod. Liab. Lit.,* 13-MD-2411 (Fla. Cir Ct.) - Numerous Plaintiffs

# JEFF OSTROW



**Managing Partner**
ostrow@kolawyers.com
954.332.4200

*Bar Admissions*
Florida Bar
District of Columbia Bar

*Court Admissions*
Supreme Court of the United States
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida
U.S. District Court, Northern District of Illinois
U.S. District Court, Eastern District of Michigan
U.S. District Court, Western District of Tennessee
U.S. District Court, Western District of Wisconsin
U.S. District Court, Western District of Kentucky
U.S. District Court, Northern District of New York
U.S. District Court, District of Colorado
U.S. District Court, Southern District of Indiana
U.S. District Court, Eastern District of Texas
U.S. District Court, District of Nebraska

*Education*
Nova Southeastern University, J.D. - 1997
University of Florida, B.A. – 1994

Jeff Ostrow is the Managing Partner of Kopelowitz Ostrow P.A. He established his own firm in 1997, immediately upon graduation from law school and has since grown KO to 30 attorneys with offices in South Florida, Philadelphia, and New York In addition to overseeing the firm's day-to-day operations and strategic direction, Mr. Ostrow practices full time in the area of consumer class actions. He is a Martindale-Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics, which is the highest possible rating by the most widely recognized attorney rating organization in the world.

Mr. Ostrow is an accomplished trial attorney who has experience representing both Plaintiffs and Defendants. He has successfully tried many cases to verdict involving multi-million-dollar damage claims in state and federal courts. He is currently court-appointed lead counsel or sits on plaintiffs' executive committees in multiple high profile nationwide multi-district litigation actions involving cybersecurity breaches and related privacy issues.

Additionally, he has spent the past 15 years serving as lead counsel in dozens of nationwide and statewide class action lawsuits against many of the world's largest financial institutions in connection with the unlawful assessment of fees. To date, his efforts have successfully resulted in the recovery of over $1 billion for tens of millions of bank and credit union customers, as well as monumental changes in the way they assess fees. Those changes have forever revolutionized an industry, resulting in billions of dollars of savings. In addition, Mr. Ostrow has served as lead class counsel in many consumer class actions against some of the world's largest airlines, pharmaceutical companies, clothing retailers, health and auto insurance carriers, technology companies, and oil conglomerates, along with serving as class action defense counsel for some of the largest advertising and marketing agencies in the world, banking institutions, real estate developers, and mortgage companies. A selection of

settled class actions in which Mr. Ostrow has participated are listed herein above.

Mr. Ostrow often serves as outside General Counsel to companies, advising them in connection with their legal and regulatory needs. He has represented many Fortune 500® Companies in connection with their Florida litigation. He has handled cases covered by media outlets throughout the country and has been quoted many times on various legal topics in almost every major news publication, including the Wall Street Journal, New York Times, Washington Post, Miami Herald, and Sun-Sentinel. He has also appeared on CNN, ABC, NBC, CBS, Fox, ESPN, and almost every other major national and international television network in connection with his cases, which often involve industry changing litigation or athletes in Olympic swimming, professional boxing, the NFL, NBA and MLB.

Mr. Ostrow received a Bachelor of Science in Business Administration from the University of Florida in 1994 and Juris Doctorate from Nova Southeastern University in 1997. He is a licensed member of The Florida Bar and the District of Columbia Bar, is fully admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the Ninth Circuit and Eleventh Circuit, the U.S. District Courts for the Southern, Middle, and Northern Districts of Florida, District of Colorado, Southern District of Indiana, Western District of Kentucky, Eastern District of Michigan, Northern District of Illinois, District of Nebraska, Northern District of New York, Western District of Tennessee, Eastern District of Texas, Western District of Wisconsin, Southern District of Indiana, Eastern District of Texas, and District of Nebraska. Mr. Ostrow is also member of several bar associations.

In addition to the law practice, he is the founder and president of ProPlayer Sports LLC, a full-service sports agency and marketing firm. He represents both Olympic Gold Medalist Swimmers, World Champion Boxers, and select NFL athletes, and is licensed by both the NFL Players Association as a certified Contract Advisor. At the agency, Mr. Ostrow handles all player-team negotiations of contracts, represents his clients in legal proceedings, negotiates all marketing and NIL engagements, and oversees public relations and crisis management. He has extensive experience in negotiating, mediating, and arbitrating a wide range of issues on behalf of clients with the NFL Players Association, the International Olympic Committee, the United States Olympic Committee, USA Swimming and the World Anti-Doping Agency. He has been an invited sports law guest speaker at New York University and Nova Southeastern University and has also served as a panelist at many industry-related conferences.

He is a lifetime member of the Million Dollar Advocates Forum. The Million Dollar Advocates Forum is the most prestigious group of trial lawyers in the United States. Membership is limited to attorneys who have had multi-million dollar jury verdicts. Additionally, he is consistently named as one of the top lawyers in Florida by Super Lawyers®, a publication that recognizes the best lawyers in each state. Mr. Ostrow is an inaugural recipient of the University of Florida's Warrington College of Business Administration Gator 100 award for the fastest growing University of Florida alumni- owned law firm in the world.

When not practicing law, Mr. Ostrow serves on the Board of Governors of Nova Southeastern University's Wayne Huizenga School of Business and is the Managing Member of One West LOA LLC, a commercial real estate development company with holdings in downtown Fort Lauderdale. He has previously sat on the boards of a national banking institution and a national healthcare marketing company. Mr. Ostrow is a founding board member for the Jorge Nation Foundation, a 501(c)(3) non-profit organization that partners with the Joe DiMaggio Children's Hospital to send children diagnosed with cancer on all-inclusive Dream Trips to destinations of their choice. Mr. Ostrow resides in Fort Lauderdale, Florida, and has 3 sons.



# DAVID FERGUSON

Partner

**Bar Admissions**
The Florida Bar

**Court Admissions**
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida

**Education**
Nova Southeastern University, J.D. - 1993
Nova Southeastern University, B.S. – 1990

**Email: ferguson@kolawyers.com**

David L. Ferguson is an accomplished trial attorney and chairs the firm's litigation department. He routinely leads high stakes litigation across a wide array of practice areas, including, but not limited to, employment law, complex business litigation, class actions, product liability, catastrophic personal injury, civil rights, and regulatory enforcement actions.

Mr. Ferguson is a Martindale-Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics, a testament to the fact that his peers (lawyers and judges in the community) have ranked him at the highest level of professional excellence. Mr. Ferguson is well regarded as a formidable advocate in court and for providing creative and insightful strategic advice, particularly in emergency and extremely complex situations.

While in law school, Mr. Ferguson served as a Staff Member of the Nova Law Review. He was also a member of the Moot Court Society and the winner of the Moot Court Intramural Competition.

**Representation of the Broward Sheriff's Office**

Since 2013, Mr. Ferguson has had the privilege of representing the Broward Sheriff's Office ("BSO") in over 150 matters involving many different types of disputes and issues, including: defense of civil rights lawsuits in state and federal court; negotiating collective bargaining agreements with unions; and arbitrations brought by unions or employees subjected to termination or other significant discipline. Mr. Ferguson has had many arbitration final hearings and state and federal jury trials for BSO representing the agency as well as the Sheriff and numerous Deputies individually.

**Class/Mass Actions**

Mr. Ferguson has experience in class actions against large banks and some of the world's largest companies, including technology companies and oil conglomerates.

Additionally, during his career Mr. Ferguson has defended many large companies in MDL's, and mass and class actions, including medical equipment manufacturers, pharmaceutical companies, an aircraft parts and engine manufacturer and defense contractor, nationwide retailers, and a massive sugar manufacturer.

## Large Fraud and Ponzi Cases

Mr. Ferguson has a great deal of experience litigating cases involving massive fraud claims, most often for victims, but also for select defendants. Mr. Ferguson's clients have included individual victims who have lost multiple millions of dollars in fraud schemes to large businesses with tremendous damages, including one international lending institution with damages in excess of $150 million. Additionally, Mr. Ferguson successfully represented several individuals and entities subjected to significant claims by a receiver and the United States Marshals Service in a massive billion-dollar Ponzi scheme involving a notorious Ft. Lauderdale lawyer and his law firm.

## Regulatory Agency Enforcement Actions

Mr. Ferguson has extensive experience defending individuals and entities in significant enforcement actions brought by regulatory agencies, including the CFTC, FTC, and SEC.

## Employment, Human Resources, and Related Matters

Mr. Ferguson has represented numerous business and individuals in employment and human resource related matters. Mr. Ferguson has represented several Fortune 50 companies, including Pratt & Whitney/UTC, Home Depot, and Office Depot in all phases of employment related matters. Mr. Ferguson has litigated virtually every type of discrimination and employment related claim, including claims based upon race, pregnancy, disability, national origin, religion, age, sexual preference, sexual harassment, worker's compensation, unemployment, FMLA leave, FLSA overtime, unpaid wages, whistleblower, and retaliation.

Mr. Ferguson primarily represents companies, but also represents select individuals who have claims against their present or former employers. In addition to the wide variety of employment claims discussed above, as plaintiff's counsel Mr. Ferguson has also handled federal False Claims Act (Qui Tam) and the Foreign Corrupt Practices Act claims brought by individuals.

## Business Disputes

Throughout his legal career, as counsel for plaintiffs and defendants, Mr. Ferguson has handled a myriad of commercial cases involving all types of business disputes, including claims for breach of partnership agreements, breach of shareholder or limited liability company operating agreements; dissolution of corporations and limited liability companies; appointment of receivers; breaches of fiduciary duty; conversion; constructive trust; theft; negligent or intentional misrepresentation or omissions; fraudulent inducement; tortious interference; professional negligence or malpractice; derivate actions, breach of contract, real estate disputes, and construction disputes.

## Noncompetition and Trade Secret Litigation

Mr. Ferguson routinely represents companies and individuals in commercial disputes involving unfair and deceptive trade practices, unfair competition and/or tortious interference with contracts or valuable business relationships. Often these cases involve the enforcement of noncompetition agreements and protection of valuable trade secrets. Mr. Ferguson has extensive experience representing businesses seeking to enforce their noncompetition agreements and/or protect trade secrets through suits for injunctive relief and damages and representing subsequent employers and individuals defending against such claims. He has obtained numerous injunctions for his clients and has also successfully defended against them numerous times, including getting injunctions dissolved that were entered against his clients without notice or prior to his representation. Mr. Ferguson has also obtained contempt sanctions and entitlement to punitive damages against individuals and entities who have stolen trade secrets from his clients.



# ROBERT C. GILBERT

Partner

**Bar Admissions**
The Florida Bar
District of Columbia Bar

**Court Admissions**
Supreme Court of the United States
U.S. Court of Appeals for the 11th Circuit
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida

**Education**
University of Miami School of Law, J.D. - 1985
Florida International University, B.S. - 1982

**Email:** *gilbert@kolawyers.com*

Robert C. "Bobby" Gilbert has over three decades of experience handling class actions, multidistrict litigation and complex business litigation throughout the United States. He has been appointed lead counsel, co-lead counsel, coordinating counsel or liaison counsel in many federal and state court class actions. Bobby has served as trial counsel in class actions and complex business litigation tried before judges, juries and arbitrators. He has also briefed and argued numerous appeals, including two precedent-setting cases before the Florida Supreme Court.

Bobby was appointed as Plaintiffs' Coordinating Counsel in *In re Checking Account Overdraft Litig.*, MDL 2036, class action litigation brought against many of the nation's largest banks that challenged the banks' internal practice of reordering debit card transactions in a manner designed to maximize the frequency of customer overdrafts. In that role, Bobby managed the large team of lawyers who prosecuted the class actions and served as the plaintiffs' liaison with the Court regarding management and administration of the multidistrict litigation. He also led or participated in settlement negotiations with the banks that resulted in settlements exceeding $1.1 billion, including Bank of America ($410 million), Citizens Financial ($137.5 million), JPMorgan Chase Bank ($110 million), PNC Bank ($90 million), TD Bank ($62 million), U.S. Bank ($55 million), Union Bank ($35 million) and Capital One ($31.7 million).

Bobby has been appointed to leadership positions is numerous other class actions and multidistrict litigation proceedings. He is currently serving as co-lead counsel in *In re Zantac (Ranitidine) Prods. Liab. Litig.*, 9:20-md-02924-RLR (S.D. Fla.), as well as liaison counsel in *In re Disposable Contact Lens Antitrust Litig.*, MDL 2626 (M.D. Fla.); liaison counsel in *In re 21st Century Oncology Customer Data Security Breach Litig.*, MDL 2737 (M.D. Fla.); and *In re Farm-Raised Salmon and Salmon Products Antitrust Litig.*, No. 19-21551 (S.D. Fla.). He previously served as liaison counsel for indirect purchasers in *In re Terazosin Hydrochloride Antitrust Litig.*, MDL 1317 (S.D. Fla.), an antitrust class action that settled for over $74 million.

For the past 18 years, Bobby has represented thousands of Florida homeowners in class actions to recover full compensation under the Florida Constitution based on the Florida Department of Agriculture's taking and destruction of the homeowners' private property. As lead counsel, Bobby argued before the Florida Supreme Court to establish the homeowners' right to pursue their claims; served as trial counsel in non-jury liability trials followed by jury trials that established the amount of full compensation owed to the homeowners for their private property; and handled all appellate proceedings. Bobby's tireless efforts on behalf of the homeowners resulted in judgments exceeding $93 million.

Bobby previously served as an Adjunct Professor at Vanderbilt University Law School, where he co-taught a course on complex litigation in federal courts that focused on multidistrict litigation and class actions. He continues to frequently lecture and make presentations on a variety of topics.

Bobby has served for many years as a trustee of the Greater Miami Jewish Federation and previously served as chairman of the board of the Alexander Muss High School in Israel, and as a trustee of The Miami Foundation.



# JONATHAN M. STREISFELD

Partner

### Bar Admissions
The Florida Bar

### Court Admissions
Supreme Court of the United States
U.S. Court of Appeals for the First, Second, Fourth, Fifth Ninth, and Eleventh Circuits
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Northern District of Florida
U.S. District Court, Northern District of Illinois
U.S. District Court, Western District of Michigan
U.S. District Court, Western District of New York
U.S. District Court, Western District of Tennessee

### Education
Nova Southeastern University, J.D. - 1997
Syracuse University, B.S. - 1994

### *Email:* **streisfeld@kolawers.com**

Jonathan M. Streisfeld joined KO as a partner in 2008. Mr. Streisfeld concentrates his practice in the areas of consumer class actions, business litigation, and appeals nationwide. He is a Martindale Hubbell AV® Preeminent™ rated attorney in both legal ability and ethics.

Mr. Streisfeld has vast and successful experience in class action litigation, serving as class counsel in nationwide and statewide consumer class action lawsuits against the nation's largest financial institutions in connection with the unlawful assessment of fees. To date, his efforts have successfully resulted in the recovery of over $500,000,000 for tens of millions of bank and credit union customers, as well as profound changes in the way banks assess fees. Additionally, he has and continues to serve as lead and class counsel for consumers in many class actions involving false advertising and pricing, defective products, data breach and privacy, automobile defects, airlines, mortgages, and payday lending. Mr. Streisfeld has also litigated class actions against some of the largest health and automobile insurance carriers and oil conglomerates, and defended class and collective actions in other contexts.

Mr. Streisfeld has represented a variety of businesses and individuals in a broad range of business litigation matters, including contract, fraud, breach of fiduciary duty, intellectual property, real estate, shareholder disputes, wage and hour, and deceptive trade practices claims. He also assists business owners and individuals with documenting contractual relationships and resolving disputes. Mr. Streisfeld has also provided legal representation in bid protest proceedings.

Mr. Streisfeld oversees the firm's appellate and litigation support practice, representing clients in the appeal of final and non-final orders, as well as writs of certiorari, mandamus, and prohibition. His appellate practice includes civil and marital and family law matters.

Previously, Mr. Streisfeld served as outside assistant city attorney for the City of Plantation and Village of Wellington in a broad range of litigation matters. As a member of The Florida Bar, Mr. Streisfeld served for many years on the Executive Council of the Appellate Practice Section and is a past Chair of the Section's Communications Committee.



# KEN GRUNFELD
Partner



### Bar Admissions
The Pennsylvania Bar
The New Jersey Bar

### Court Admissions
U.S. Court of Appeals for the Third, Fourth, Fifth, Ninth, Tenth and Eleventh Circuits
U.S. District Ct, Eastern District of Pennsylvania
U.S. District Ct, Middle District of Pennsylvania
U.S. District Ct, Western District of Pennsylvania
U.S. District Ct, District of New Jersey
U.S. District Ct, Eastern District of Michigan
U.S. District Ct, Western District of Wisconsin

### Education
Villanova University School of Law, J.D., 1999
University of Michigan, 1996

### Email: grunfeld@kolawyers.com

Ken Grunfeld is one of the newest KO partners, having just started working at the firm in 2023. Having worked at one of Philadelphia's largest and most prestigious defense firms for nearly a decade defending pharmaceutical manufacturers, national railroads, asbestos companies and corporate clients in consumer protection, products liability, insurance coverage and other complex commercial disputes while working, Mr. Grunfeld "switched sides" about 15 years ago.

Since then, he has become one of the city's most prolific and well-known Philadelphia class action lawyers. His cases have resulted in the recovery of hundreds of millions of dollars for injured individuals.

Mr. Grunfeld brings with him a wealth of pre-trial, trial, and appellate work experience in both state and federal courts. He has successfully taken many cases to verdict. Currently, he serves as lead counsel in a number of nationwide class actions. Whether by settlement or judgment, Mr. Grunfeld makes sure the offending companies' wrongful practices have been addressed. He believes the most important part of bringing a wrongdoer to justice is to ensure that it never happens again; class actions can be a true instrument for change if done well.

Mr. Grunfeld has been named a Super Lawyer numerous times throughout his career. He has been a member of the Philadelphia, Pennsylvania, and American Bar Associations, as well as a member of the American Association for Justice (AAJ). He was a Finalist for AAJ's prestigious Trial Lawyer of the Year Award in 2012 and currently serves as AAJ's Vice Chair of the Class Action Law Group. To his strong view that attorneys should act ethically, he volunteers his time as a Hearing Committee Member for the Disciplinary Board of the Supreme Court of Pennsylvania.

Mr. Grunfeld received his undergraduate degree from the University of Michigan. He is an active member of the Michigan Alumni Association, Philadelphia chapter and serves as a Michigan Alumni Student recruiter for local high schools. He received his Juris Doctor from the Villanova University School of Law.  He was a member of the Villanova Law Review and graduated Order of the Coif.

Ken is a life-long Philadelphian. He makes his home in Bala Cynwyd, Pennsylvania, where he resides with his wife, Jennifer, and his year-old twins.

# KRISTEN LAKE CARDOSO
Partner



### Bar Admissions
The Florida Bar
The State Bar of California

### Court Admissions
U.S. District Court, Southern District of Florida
U.S. District Court, Middle District of Florida
U.S. District Court, Central District of California
U.S. District Court, Eastern District of California
U.S. District Court, Northern District of Illinois
U.S. District Court, Eastern District of Michigan

### Education
Nova Southeastern University, J.D., 2007
University of Florida, B.A., 2004
**Email:** cardoso@kolawyers.com

Kristen Lake Cardoso is a litigation attorney focusing on consumer class actions and complex commercial litigation. She has gained valuable experience representing individuals and businesses in state and federal courts at both the trial and appellate levels in a variety of litigation matters, including contractual claims, violations of consumer protection statutes, fraud, breach of fiduciary duty, negligence, professional liability, real estate claims, enforcement of non-compete agreements, trade secret infringement, shareholder disputes, deceptive trade practices, and other business torts.

Currently, Ms. Cardoso serves as counsel in nationwide and statewide class action lawsuits concerning violations of state consumer protection statutes, false advertising, defective products, data breaches, and breaches of contract. Ms. Cardoso is actively litigating cases against major U.S. airlines for their failure to refund fares following flight cancellations and schedule changes, as well cases against manufacturers for their sale and misleading marketing of products, including defective cosmetics and nutritional supplements. Ms. Cardoso as also represented students seeking reimbursements of tuition, room and board, and other fees paid to their colleges and universities for in-person education, housing, meals, and other services not provided when campuses closed during the COVID-19 pandemic. Additionally, Ms. Cardoso has represented consumers seeking recovery of gambling losses from tech companies that profit from illegal gambling games offered, sold, and distributed on their platforms.

Ms. Cardoso is admitted to practice law throughout the states of Florida and California, as well as in the United States District Courts for the Southern District of Florida, Middle District of Florida, Central District of California, Eastern District of California Northern District of Illinois, and Eastern District of Michigan.

Ms. Cardoso attended the University of Florida, where she received her Bachelor's degree in Political Science, cum laude, and was inducted as a member of Phi Beta Kappa honor society. She received her law degree from Nova Southeastern University, magna cum laude. While in law school, Ms. Cardoso served as an Articles Editor for the Nova Law Review, was on the Dean's List, and was the recipient of a scholarship granted by the Broward County Hispanic Bar Association for her academic achievements. When not practicing law, Ms. Cardoso serves as a volunteer at Saint David Catholic School, including as a member of the school Advisory Board and an executive member of the Faculty Student Association. She has also served on various committees with the Junior League of Greater Fort Lauderdale geared towards improving the local community through leadership and volunteering.

# STEVEN SUKERT

Partner



**Bar Admissions**
The Florida Bar
The New York Bar

**Court Admissions**
United States District Court, Southern District of Florida
United States District Court, Middle District of Florida
United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States District Court, Northern District of Illinois
United States District Court, Central District of Illinois

**Education**
Georgetown University Law Center, J.D., 20018
Northwestern University, B.S., 2010

**Email: sukert@kolawyers.com**

Steven Sukert has experience in all aspects of complex litigation in federal and state court, including drafting successful dispositive motions and appeals, handling discovery, and arguing court hearings. Steven focuses his practice at KO on complex class actions and multi-district litigations in courts around the country, including in data privacy, bank overdraft fee, and other consumer protection cases.

Before joining KO, Steven gained experience at Gunster, Yoakley & Stewart, P.A. in Miami in high-stakes commercial cases often involving trade secret and intellectual property claims, consumer contract claims, and legal malpractice claims, as well as in international arbitrations. Steven co-authored an amicus brief in the Florida Supreme Court case Airbnb, Inc. v. Doe (Case No. SC20-1167), and helped organize the American Bar Association's inaugural International Arbitration Masterclass, in 2021.

Steven was born and raised in Miami. He returned to his home city after law school to clerk for the Honorable James Lawrence King in the U.S. District Court for the Southern District of Florida.

In 2018, Steven earned his J.D. from Georgetown University Law Center. While living in the nation's capital, he worked at the U.S. Department of Labor, Office of the Solicitor, where he won the Gary S. Tell ERISA Litigation Award; the Civil Fraud Section of the U.S Department of Justice, where he worked on large Medicare fraud cases and pioneered the use of the False Claims Act in the context of pharmaceutical manufacturers who engaged in price fixing; and the Lawyers' Committee for Civil Rights Under Law, where his proposal for writing an amicus brief in the Janus v. AFSCME U.S. Supreme Court case was adopted by the organization's board of directors.

Steven has a degree in Molecular Biology from Northwestern University. Prior to his legal career, he worked as a biomedical laboratory researcher at the Diabetes Research Institute in Miami.



# CAROLINE HERTER

Associate



### Bar Admissions
The Florida Bar

### Court Admissions
U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida
U.S. Bankruptcy Court, Southern District of Florida

### Education
University of Miami School of Law, J.D. - 2020
University of Miami, B.S. – 2016

### Email: Herter@kolawyers.com

---

Caroline Herter is a litigation attorney at the firm's Fort Lauderdale office.  Caroline focuses her practice on consumer class actions, mass torts, and white-collar commercial litigation in state and federal courts nationwide.  She has gained valuable experience representing individuals and businesses to hold wrongdoers accountable through claims involving personal injury, wrongful death, consumer fraud, products liability, breach of fiduciary duty, civil theft/conversion, corporate veil-piercing, fraudulent transfer, tortious interference, False Claims Act violations, and the like.

Before joining KO, Caroline worked at a boutique law firm in Miami where she represented plaintiffs in matters involving creditor's rights, insolvency, and asset recovery.  She now applies this experience throughout her practice at KO, often combining equitable remedies with legal claims to ensure the best chance of recovery for her clients.

Notable cases that Caroline has been involved in include *In Re: Champlain Towers South Collapse Litigation*, where she was a member of the team serving as lead counsel for the families of the 98 individuals who lost their lives in the tragic condominium collapse.  The case resulted in over $1 billion recovered for class members, the second-largest settlement in Florida history.  She also co-authored a successful petition for certiorari to the United States Supreme Court in *Olhausen v. Arriva Medical, LLC et al.*, a False Claims Act case involving the standard for determining a defendant's scienter, which led the high Court to reverse the Eleventh Circuit Court of Appeal's earlier ruling against her client.

Caroline earned her law degree from the University of Miami School of Law, summa cum laude, where she received awards for the highest grade in multiple courses.  During law school Caroline was an editor of the University of Miami Law Review and a member of the Moot Court Board.

Outside of her law practice, Caroline serves on the Board of Directors of the non-profit organization Americans for Immigrant Justice.

# COURTNEY MACCARONE

Partner

### Bar Admissions
New York
New Jersey

### Court Admissions
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, District of New Jersey
U.S. District Court, District of Colorado

### Education
Brooklyn Law School, J.D., *magna cum laude* – 2011
New York University, B.A., *magna cum laude* – 2008

### Email: maccarone@kolawyers.com

Courtney Maccarone is a New York-based Partner of Kopelowitz Ostrow P.A. Ms. Maccarone became a class action attorney to advocate for individuals who might otherwise have no voice or recourse against powerful corporations, and she has devoted her entire legal career to representing consumers. Since graduating from law school in 2011, she has focused exclusively on prosecuting consumer class actions, advocating for consumer rights in state and federal courts across the country, with a particular focus on cases relating to data privacy, deceptive and unfair trade practices, and defective products.

Ms. Maccarone attended New York University where she received her Bachelor's degree, magna cum laude, in 2008. She received her law degree from Brooklyn Law School, magna cum laude, in 2011. While attending Brooklyn Law School, Ms. Maccarone served as the Executive Symposium Editor of the Brooklyn Journal of International Law and was a member of the Moot Court Honor Society.

Ms. Maccarone has been recognized as a Super Lawyer "Rising Star" for the New York Metro area each year since 2014.

Ms. Maccarone lives on Long Island with her husband, two children, and rambunctious golden retriever.

— **EXHIBIT  3** —



# FIRM RESUME

**ELLZEY
KHERKHER
SANFORD
MONTGOMERY** LLP

# About the Firm

**We Win. Things Change**.
EKSM is a high-technology-savvy trial firm, trusted nationwide for delivering exceptional client service and results. With deep experience across complex class actions, data-breach and privacy disputes, cryptocurrency scams, personal injury, and antitrust litigation, we leverage real courtroom experience to pursue justice—no matter where the fight takes us. Our team is built for trial, driven by skilled advocates who navigate evolving digital landscapes and litigate across state lines, ensuring clients receive zealous representation powered by expertise, innovation, and an unwavering commitment to results.

# Locations

**TEXAS**
4200 Montrose St. Suite 200
Houston, TX 77006

**ARKANSAS**
10800 Financial Centre Pkwy,
Suite 510
Little Rock, AR 72211

**(713)-244-6363**

contact@eksm.com

# Areas of Practice

- Antitrust
- Arbitration
- Business Dispute
- Class Action
- Data Breach & Privacy
- Insurance Recovery
- Labor, Employment, Benefits, & Pension

- Mass Casualty Event
- Mass Tort
- Personal Injury
- Product Liability
- Property Damage
- Qui Tam & False Claims Act
- Shareholder & Securities

# Admitted Jurisdictions

Texas • Arkansas • New Mexico • Colorado • Wisconsin • Illinois • Michigan • Louisiana • Ohio • North Dakota • Oklahoma • California • Massachusetts • Nebraska



---

# Attorney Profiles

---

## Jarrett Lee Ellzey
*Partner*



**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in personal injury cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Jarrett is Board Certified in Civil Trial Law by the Texas Board of Legal Specialization and a member of the esteemed American Board of Trial Advocates. He is admitted to practice in in the state jurisdictions of Texas and New Mexico. Jarrett is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, and U.S. Bankruptcy Court for the District of New Mexico.

Jarrett boasts a remarkable record of trying a high volume of diverse cases, including securing an eight-figure verdict in only his second jury trial and notching over $23 million in verdicts during a successful five-year period. His work in a high-stakes commercial real estate dispute earned him recognition in the Texas Verdict Hall of Fame and showcased his prowess in navigating complex legal terrain.

Jarrett has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class). Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case

---



No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Jarrett has also worked on data breach class actions as local counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas).  Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

# Tom Kherkher
*Partner*



**Tom Kherkher** is the Founding Attorney of The Kherkher Law Firm and an Associate Attorney of Kherkher Garcia. He is doing what he loves everyday – fighting against injustice.

Before becoming a lawyer, Tom attended college at the University of California Santa Barbara, where he obtained his degree in a quick two and a half years. He then studied law at South Texas College of Law and graduated cum laude, again graduating in only two and a half years.

After graduating from law school and passing the Texas bar, Tom immediately founded his own law firm in Houston, Texas. He opened his law firm to fight for people and bring them justice. Tom explains, "The legal system is a place where I can make a real difference. Where I can give the little guy a voice. Where I can hold mega-corporations accountable for valuing profits over people." At EKSM, Tom and his staff work tirelessly and passionately to recover damages for individuals who have suffered from the negligence of others. Attorney Tom holds responsible parties accountable.

Hard work and persistence are attributes that helped Tom achieve success in and out of the legal profession. His successes are clear in the wins that he has had for his clients. Tom explains, "We



have an outstanding track record of success here. We are willing to take on the biggest and most complex cases. No matter how difficult the case, we will persist and work all avenues of attack throughout the entire legal process from start to finish. We strive for excellence in every aspect, and we do not hesitate to take cases to trial when needed."

Tom Kherkher is licensed to practice law in U.S. Southern District of Texas and all courts of the State of Texas and Louisiana.

# Josh Sanford
*Partner*



**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Josh was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club, and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

Josh has experience litigating FLSA matters in the following cases: *Samuel Rorie v. Woodstone Craft Pizza*, Case No. 5:20-cv-05106-TLB (W.D. Ark); *Wesley Kelley v. Invacor Solutions*, Case No. 4:20-cv-02013 (S.D. Tex); *Lashanna Girtmon v. Vera Lloyd Presbyterian Family Services*, Case No.4:20-cv-00762-DPM (E.D. Ark); *Carol Lehmkuhl v. Travel Nurse Across America,* Case No. 4:20-cv-00518-DPM (E.D. Ark); *Vicki Causey v. Bank OZK*, Case No. 4:20-cv-00687-DPM (E.D. Ark*); Cecilia Baker v. Summit Community Care*, Case No. 4:20-cv-00508-KGB (E.D. Ark); *Edward Ward v. Liberty Oilfield Services*, Case No. 5:20-cv-00531-OLG (W.D. Tex); *Daniel Soto v. Marquez Construction and Maintenance*, Case No. 7:20-cv-00101-DC-RCG (W.D. Tex); *William Fingerhut v. Pradco Outdoor Brands*, Case No. 2:20-cv-02062-PKH (W.D. Ark); *Kneuss (Laurie) v. Aces LLC*, Case No. 2:20-cv-00773-MHH (N.D. Ala); *Harris (Nelson) v. Ratner Steel*, Case No. 3:20-cv-00112-KGB (E.D. Ark); *Thomas Clark v. Southwest Energy*, Case No. 4:20-cv-00475-KGB (E.D. Ark); *Calvin Collins v. Pel-State Services*, Case No. 7:20-cv-00083-DC-RCG (W.D. Tex); *Amy Williams v. Coryell County Memorial Health Authority*, Case No. 6:20-cv-00223-ADA (W.D. Tex); *Andres Leal v. Cobb, Fendley & Associates, Inc.*, Case No. 5:20-cv-00372-OLG (W.D. Tex*); Kametric Burley v. Central Arkansas Area Agency on Aging*, Case No.



4:20-cv-00226-DPM (E.D. Ark); *Holmes (Roy) v. Stetson Courier*, Case No. 4:20-cv-00191-DPM (E.D. Ark); *Brigid Lewis v. Shine Solar LLC*, Case No. 5:20-cv-05038-ELW (W.D. Ark); *Chad McCann v. CCI Contractors*, Case No. 4:20-cv-00184z (E.D. Ark); *Kevin Simmons v. Arkansas Blue Cross and Blue Shield*, Case No. 4:20-cv-00137-KGB (E.D. Ark); *Queen Watson v. Patient Matters LLC*, Case No. 3:20-cv-00050-JM (E.D. Ark); *Nikki Vanhorn v. Community Builders Inc*, Case No. 4:20-cv-00118-DPM (E.D. Ark); *Rebekah Fleming v. Tanner's Neighborhood Bar and Grille*, Case No. 6:20-cv-06010-RTD (W.D. Ark); *Tyler Wolfe v. Affordable Rooter Service*, Case No. 4:20-cv-00156-LPR (E.D. Ark); *Johnathan Yasevich v. The Heritage Company*, Case No. 3:20-cv-00019-KGB (E.D. Ark); *Toquata Tappin v. Servicemaster Twin Cities,* Case No. 4:19-cv-00912-JM (E.D. Ark); *Crystal Daniels v. Quapaw Bath and Spa*, Case No. 6:19-cv-06149-RTD (W.D. Ark); *William Hallman v. Peco Foods*, Case No. 3:19-cv-00368-DPM (E.D. Ark); *Stephanie Withrow v. Vantage Point Behavioral Health*, Case No. 5:19-cv-05220-TLB (W.D. Ark); *Demarius Roberts v. Rreaf Residential*, Case No. 4:19-cv-00812-KGB (E.D. Ark); *Kimberly Dunlap v. Flash Market*, Case No. 4:20-cv-00005-BSM (E.D. Ark); *Leroy Botello v. Mission Cycle Sports*, Case No. 5:19-cv-01348-OLG (W.D. Tex); *Jamie Thomas v. Viskase*, Case No. 3:19-cv-00330-DPM (E.D. Ark); *Bianica Godwin v. KMAC*, Case No. 1:19-cv-01055-SOH (W.D.Ark); *Holly Treadway & Christian Manna v. Cash Savers*, Case No. 3:19-cv-00321-DPM (E.D. Ark); *Will Heslip v. Nixon Engineering*, Case No. 5:19-cv-01327-XR (W.D. Tex); *Stephanie Dollar v. Kirin Garden*, Case No. 4:19-cv-00730-LPR (E.D. Ark); *Brandon Dean v. Bradford Estates, LLC*, Case No. 4:19-cv-00748-BSM (E.D. Ark); *Trace Pate v. Jones Land Leveling*, Case No. 3:19-cv-00280-DPM (E.D. Ark); *Michael Mitchell v. Brown's Moving and Storage*, Case No. 4:19-cv-00783-LPR (E.D. Ark); *Anthony Woods v. Cenikor Foundation*, Case No. 22-20434 (S.D. Tex); *Cheryl Bolden v. Sharon Callahan-Hair Tech Studios*, Case No. 4:19-cv-00802-KGB (E.D. Ark); *Sonobia Parker v. Tenaris Hickman*, Case No. 3:20-cv-00005-DPM (E.D. Ark); *Daniel Ybarra v. Mulder Fire Protection, Inc.*, Case No. 5:19-cv-01302-JKP-RBF (W.D. Tex); *Edward Dennis v. Diamond Pet Foods*, Case No. 5:19-cv-00296-LPR, (E.D. Ark); *Marcus Munoz v. Ironclad Energy, LLC*, Case No. 5:19-cv-01251-DAE (W.D. Tex); *David Salmon v. XTO Energy*, Case No. 4:19-cv-00768-BSM (E.D. Ark); *Felisha Peel v. Independent Choices*, Case No. 4:19-cv-00795-BSM (E.D. Ark); *Teresa Wisneski v. Belmont Management*, Case No. 2:19-cv-02523-JAR-ADM (D. Kan); *Justin Craven v. Neeley's Towing and Recovery*, Case No. 4:19-cv-04115-SOH (W.D. Ark); *Kimillia Carswell v. Travel Inn of Hazen*, Case No. 4:19-cv-00612-LPR (E.D. Ark); *James Ewing v. Pizza Czar, Inc.,* Case No. 3:19-cv-00232-LPR (E.D. Ark); *Bonnie Norman v. Independent Case Management*, Case No. 4:20-cv-00492-DPM (E.D. Ark*); Charles Meyers v. Hughes Group*, Case No. 4:19-cv-00806-KGB (E.D. Ark); *Randal Huff v. Preferred Family Healthcare, Incorporated*, Case No. 3:19-cv-00193-BSM (E.D. Ark); *Nathan Andrews v. Producers Service Corp*, Case No. 2:19-cv-02514-EAS-KAJ (S.D. Ohi); *John Newsome v. QES Pressure Control, LLC,* Case No. 7:19-cv-00150-DC-RCG (W.D. Tex); *Albert Rodriguez v. Superior Real Estate Solutions, LLC*, Case No. 4:19-cv-00405-DPM (E.D. Ark); *Brent Wall v. Signal Hill Virtual Inspection Solutions*, Case No. 4:19-cv-00465-BSM (E.D. Ark); *Joshua Doss v. Custom Auto Service*, Case No. 4:19-cv-00296-KGB (E.D. Ark); *Jennifer Boone v. Marc Campbell Enterprises, Inc*, Case No. 4:19-cv-00271-LPR (E.D. Ark); *Robert Smart v. City of Hughes*, Case No. 2:19-cv-00047-KGB (E.D. Ark); *Tammy Carden v. The Logan Center*, Case No. 3:19-cv-00167-DPM (E.D. Ark); *David Brown v. Trinity Multifamily*, Case No. 4:19-cv-00617-LPR (E.D. Ark); *Jonathan Esparsen v. Ridley's Family Market*, Case No. 1:18-cv-01556-



RM-GPG (D. Col); *Louis Sheffield v. Stewart Builders*, Case No. 4:19-cv-01030 (S.D. Tex); *Terry Cothern vs. Reynolds Manufacturing*, Case No. 1:19-cv-03064 (N.D. Ill); *Sean Harrison vs. Dynasty Taxi Service*, Case No. 5:19-cv-05025-TLB (W.D. Ark); *Jonathan Jones v. Jhook Investments, Inc.*, Case No. 4:19-cv-00105-BSM (E.D. Ark); *Evanjelina Rodriguez vs. George's Poultry*, Case No. 5:19-cv-05035-ELW (W.D. Ark); *Donald Adkinson v. Tiger Eye Pizza, LLC and Ken Schroepfer*, Case No. 4:19-cv-04007-SOH (W.D. Ark); *Vincent Ross vs. Magnolia Flooring Mill*, Case No. 1:18-cv-01075-SOH (W.D. Ark); *Kasey Fox vs. TTEC*, Case No. 4:19-cv-00037-KGB (E.D. Ark); *Tiara Turner vs. Concentrix Corporation*, Case No. 1:18-cv-01072-SOH (W.D. Ark); *Norris Allen (NC) v. Express Courier*, Case No. 4:20-cv-00198 (S.D. Tex); *George Brandon, (SC) v. Express Courier*, Case No. 4:20-cv-00455 (S.D. Tex); *Carol Arroyo (TX) v. Express Courier*, Case No. 4:18-cv-00010 (S.D. Tex); *Paige Acklin (TN) v. Express Courier, Case* No. 4:20-cv-00162 (S.D. Tex); *Kevin Marshall (FL) v. Express Courier*, Case No. 4:20-cv-00796 (S.D. Tex); *Amanda Ryte (GA) v. Express Courier*, Case No. 4:20-cv-00238 (S.D Tex*);* *David Bell (KY) v. Express Courier*, Case No. 4:20-cv-00184 (S.D. Tex); *Hansel Carter v. Express Courier (LA)*, Case No. 4:19-cv-01124 (S.D. Tex); *Frank Barber (MO) v. Express Courier*, Case No. 4:20-cv-00271 (S.D. Tex); *Anthony Campbell (MS) v. Express Courier*, Case No. 4:20-cv-00713 (S.D. Tex); *Willie Nicks (OK) v. Express Courier*, Case No. 4:20-cv-00250 (S.D. Tex); *Jessie Bascomb (AL) v. Express Courier*, Case No. 4:20-cv-00420 (S.D. Tex); *Martin Barnette (AR) v. Express Courier*, Case No. 4:20-cv-00210 (S.D. Tex); *Juan Segovia v. Fuelco Energy, LLC*, Case No. 5:17-cv-01246-JKP (W.D. Tex); *Jesus Casarez v. Producers Service Corp*, Case No. 23-3247 (S.D. Ohi); *Vanessa York v. Velox Express*, Case No. 3:19-cv-00092-RGJ-CHL (W.D. Ken); *Craig Coates v. Dassault Falcon Jet*, Case No. 4:17-cv-00372-BSM (E.D. Ark); *Christopher Huey v. Trinity Multifamily*, Case No. 4:20-cv-00685-LPR (E.D. Ark); *Amy Robbins vs. Arkansas Aggregate*, Case No. 4:19-cv-00093-JJV (E.D. Ark); *Ian Dolphin vs. Two Men and a Truck*, Case No. 4:18-cv-00810-PSH (E.D. Ark); *Cynthia Galigher v. NEO Cabinets Inc*, Case No. 2:20-cv-02140-PKH (W.D. Ark); *Dana Dahl v. Bay Power*, Case No. 4:20-cv-07062-HSG (N.D. Tex); *Ethan Autrey v. Harrigan Lumber Co., Inc.*, Case No. 1:20-cv-00572-WS-MU (S.D. Ala); *Nukol Bailey v. Care Above All Care*, Case No. 4:20-cv-01058-KGB (E.D. Ark); *Sheila McCoy v. Elkhart Products Corporation*, Case No. 5:20-cv-05176-PKH (W.D. Ark); *John King v. Rockline Industries*, Case No. 2:20-cv-02188-PKH (W.D. Ark); *Teresa Tenorio v. Coast to Coast Carports*, Case No. 2:20-cv-02193-PKH (W.D. Ark); *Rene Castillo v. ISEC, Inc.*, Case No. 5:20-cv-01269-FB (W.D. Tex); *Dietrick Greenlaw v. B&M Management*, Case No. 4:20-cv-01286-DPM (E.D. Ark); *Anthony Hogan v. Hot Springs Nursing and Rehabilitation*, Case No. 6:20-cv-06130-RTD (W.D. Ark); *Brandon Ware v. Shake Shack*, Case No. 1:20-cv-07071 (N.D. Ill) *Mattie Powell v. French Quarter*, Case No. 6:20-cv-06145-SOH (W.D. Ark); Dusty Morton v. Acorn Forestry, Case No. 9:20-cv-00245-MJT (E.D. Tex); *Patrick Latronico v. VK Knowlton Construction*, Case No. 5:20-cv-01474-XR (W.D. Tex); *Charlotte Mahoney v. CHI Health*, Case No. 8:21-cv-00023-JFB-MDN (D. Nev); *William Quinn v. Spirit Manufacturing Inc*, Case No. 3:21-cv-00031-BSM (E.D. Ark); *Samantha Butler v. Superior Towing, Inc*., Case No. 1:21-cv-00659 (N.D. Ill); *Michael Troxel v. Gunite Pros LLC*, Case No. 1:21-cv-00057-WS-N (S.D. Ala); Jana Szarka v. Culver's, Case No. 1:21-cv-0084 (N.D. Ill); *Christopher Looney v. Weco, Inc*., Case No. 4:21-cv-00165-KGB (E.D. Ark); *Charles Wilks v. Faulkner County Sheriff's Department*, Case No. 4:21-cv-00163-KG (E.D. Ark); Carlos Tremols v. Juan Barcenas Insurance and Financial, Case No. 5:21-cv-05057-PKH (W.D. Ark); *Shawn Smith v. Premier Utilities and*



*Drilling*, Case No. 4:21-cv-00232-DP (E.D. Ark); *Misty Farmer v. Boone County Independent Living, Inc*., Case No. 3:21-cv-03027-TLB (W.D. Ark); *Christopher Church v. Cerro Wire LLC*., Case No. 5:21-cv-00988-HNJ (N.D. Ala); *Patricia Stewart v. Ashley Furniture and/or Red Mountain Retail Inc.*, Case No. 2:21-cv-00989-AKK (N.D. Ala); *Caralyn Friedly v. Union Bank & Trust Co*., Case No. 4:21-cv-03105-JMG-CRZ (D. Neb); *Sharonna Parker v. Coast to Coast Carports*, Case No. 2:21-cv-02110-PKH (W.D. Ark); *Daniel Loebsack v. Dufresne Spencer Group, LLC*., Case No. 4:21-cv-01884 (S.D. Tex); *Danny Calloway v. Boyne Resorts*, Case No. 1:21-cv-00521-JMB-SJB (W.D. Mic); *Stacy Wihebrink v. Life Strategies Counseling*, Case No. 4:21-cv-00573-DPM (E.D. Ark); *Donna Allshouse v. The Joshua Agency*, Case No. 1:21-cv-01032-SOH (W.D. Ark); *Alisa Park v. B & M Management*, Case No. 2:21-cv-00509-MHT-KFP (M.D. Ala); David Hortsman v. Ozinga Bros, Inc., Case No. 1:21-cv-04264 (N.D. Ill); *Edith Stanfield v. Lasalle Corrections*, Case No. 2:21-cv-01535-DJH (D. Ari); *Evan Tellor v. KMac Enterprises*, Case No. 1:21-cv-00110-ACL (E.D. Mis); *Michelle Hanus v. Harting, Inc*., Case No. 1:21-cv-05289 (N.D. Ill); *Harvie Johnson v. Driven Brands Shared Services*, Case No. 2:21-cv-02144-PKH (W.D. Ark); *Hope Ivey v. Royal BP Corp*, Case No. 5:21-cv-00367-TES (M.D. Geo); *Michael Hames v. Stetson Courier*, Case No. 3:21-cv-00218-KGB (E.D. Ark); John Norvell v. Dedman's Sanitation, Case No. 3:21-cv-00233-KGB (E.D. Ark); *Jack Daniel v. Pacific NW, LLC*, Case No. 2:21-cv-02187-MTL (D. Ari); *Landon Taunton v. Korens USA,* Case No. 3:21-cv-00844-ECM-SMD (M.D. Ala); *Cayla Jackson v. Prairie County Sheriff's Office*, Case No. 4:22-cv-00093-JM (E.D. Ark); *Kayla Pike v. GRKSTL Transportation Inc.*, Case No. 4:22-cv-04018-SOH (W.D. Ark); *Tierra Land v. Centerfold*, Case No. 6:21-cv-06153-SOH (W.D. Ark); *Kim Massey v. Jenkins Industries*, Case No. 4:22-cv-00148-KGB (E.D. Ark); Chris Mills v. Rocky Mountain Concrete Specialists, Case No. 1:22-cv-00396 (D. Col); Oscar Moreno Briz v. Protrans International, Inc., Case No. 7:22-cv-00144 (S.D. Tex); *Andrea Guynes v. Lakeside Community Committee*, Case No. 1:22-cv-00784 (N.D. Ill); *Alexa Andrade Acuna v. Visionquest*, Case No. 4:22-cv-00166-EJM (D. Ari); Hamonn Pratt v. SC Realty Services, Case No. 4:22-cv-00286-KGB (E.D. Ark); *Taylor Philo v. Degler Enterprise*, Case No. 5:22-cv-00240-BO-RJ (E.D. N.C.); *John Knight v. Sierra Tucson LLC*, Case No. 2:22-cv-00737-CDB (D. Ari); *Mark Carman v. Portsmouth Redevelopment and Housing Authority*, Case No. 2:22-cv-00313-AWA-RJK (E.D. Vir); *Theresa Smith v. Felder Services LLC*, Case No. 1:22-cv-00120-JB-B (S.D. Ala); *Rockell Bogan v. Ashley Health and Rehab*, Case No. 5:22-cv-05096-TLB (W.D. Ark); *Tynika Munn v. Sweetie Boy Transportation, LLC*, Case No. 3:22-cv-00512-REP (E.D. Vir); *Josephine Havey v. The Countertop Factory Southwest*, Case No. 4:22-cv-00242-SHR (D. Ari); *Taiwan Wallace v. Evergreen Packaging*, Case No. 4:22-cv-00337-KGB (E.D. Ark); *Allan Carson v. Peco Foods*, Case No. 3:22-cv-00113-KGB (E.D. Ark); *Ileana Medina v. Wild Thing LLC*, Case No. 1:22-cv-03546 (N.D. Ill); *Tony Manzo v. Engrained Cabinetry and Countertops*, Case No. 3:22-cv-08081-JJT (D. Ari); *Ine Nweke v. Aster Health Group Inc.,* Case No. 1:22-cv-02410 (N.D. Ill); *Dustin Hyde v. 316 Towing & Road Service Inc.*, Case No. 2:22-cv-00103-RWS (N.D. Geo); *Matthew Williams v. Nomad, LLC*, Case No. 1:22-cv-03544 (N.D. Ill); *Sarah Donica v. True Star Capital LLC*, Case No. 7:22-cv-00173-DC-RCG (W.D. Tex); *Seth Terry v. B&H Enterprises*, Case No. 6:22-cv-1668-AA (D. Ore); *William Fuelberth v. Godfather's Pizza*, Case No. 8:22-cv-00195-SMB(D. Neb); *John Monroe v. Clowers Enterprises Inc*., Case No. 6:22-cv-06094-SOH (W.D. Ark);



*Edwin Tarley Jr v. Environmental Specialist International Inc.*, Case No. 4:22-cv-00116-M-RJ (E.D.N.C.); *Nicholas Washington v. Pipelife Jetstream*, Case No. 5:22-cv-05165-TLB (W.D. Ark); *Joseph Weinman v. Spectrum Paint Company, Inc.*, Case No. 4:22-cv-00857-DPM (E.D. Ark); *DeShanta Brewster v. Mission Point Healthcare Services*, Case No. 2:22-cv-12220-MFL-KGA (E.D. Mic); Marquez Miller v. Razors Edge Pizza, Incorporated, Case No. 4:22-cv-00722-DPM (E.D. Ark); *Elander Woodall v. Evergreen Packaging*, Case No. 1:23-cv-00459 (N.D. Ill); *Iman Anderson v. Imani Lounge, LLC*, Case No. 1:22-cv-00652-KFP (M.D. Ala).

# Leigh S. Montgomery
## *Partner*



**Leigh S. Montgomery** has over sixteen years of plaintiff's litigation and trial experience, including substantial experience in the class action and appellate contexts. She is a founding member of EKSM, LLP and co-leads the litigation section of the firm. She is a founding member of EKSM and co-lead of the litigation team, along with Mr. Ellzey.

Leigh has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Recently, as counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Ms. Montgomery participated and assisted in recovering $40 million for the State of Texas after eleven years of litigation. Ms. Montgomery was a key litigator in the matter, handling major discovery hearings and dispositive motion briefing crucial to concluding the settlement.

Ms. Montgomery has experience litigating data breach matters in the following cases: *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions*, Case No. 1:24-cv-02483 (N.D. Ga.); *Tyler Blankenship v. Leonard's Express, Inc.*, Case No. 1:24-cv-00618 (W.D. N.Y); *Clayton v. PruittHealth, Inc.*, Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.*, Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport*, Case No. 1:24-cv-12042 (D. Mass.); *Antonio Valle, et al. v. First Commonwealth Federal Credit Union*, Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al. v. Pocahontas Medical Clinic, PA*, Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center*, Case No. 60CV-24-8301 (Pulaski County, AR); *Robert Dapello v. Riverside Resort & Casino*, Case No. 2:24-cv-01732 (D. Nev.); *Haskins v. Stillwater Mining Company*, Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital*, Case No. 24-cv-1622 (Galveston County, TX); *William Moore v. Johnson & Wales*



*University*, Case No. 1:24-cv-00409 (D. R.I.); *William Adams et al. v. Family Health Center*, Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker* v. Brockton Area Multi Services, Inc., Case No. 1:24-cv-11607 (D. Mass.); *Jacob Baggett v. State University of New York At Niagara et al.*, Case No. 1:24-cv-00645 (W.D. New York); *Michael Bodem v. Justice Resource Institute, Inc.*, Consolidated Case No. 1:24-cv-11856 (D. Mass.); *Guchait et al. v. Momin & Momin, PLLC*, Case No. 24-DCV-322363 (Ft. Bend County, TX); *Fares et al. v. C.K.S. Packaging, Inc.*, Case No. 1:24-cv-04586 (N.D. GA); *Michael Harrison et al. v. PECO Foods, Inc.*, Consolidated Case No. 7:24-cv-01034 (N.D. AL); *Chris Kidder v. American Addiction Centers,* Inc., Case No. 3-25-cv-00032 (Middle D TN); *Eduardo Guillen v. Akumin Operating Corp., f/k/a Akumin Corp.,* Case No. 0:25-cv-60088 (S.D. Fla.); *Danella Claytor v. TECTA America Corp*., Case No. 1:25-cv-00525 (N.D. IL); *Alberta Ruiz v. Stiizy, Inc.*, Case No. 25STCV01549 (Superior Court CA).

Ms. Montgomery has been appointed a leadership role in the following data security cases: *Atlantic Orthopaedic Specialists,* Case No. 2:24-cv-00696, (E.D. VA); *LaTisha Smalls et al, v Bon Securs Mercy Health, Inc.,* Case No.1:24-cv-594, (S.D. OH)*; Ted Christensen et al., v American Association of Colleges of Osteopathic Medicine d/b/a AACOM,* Case No. 8:25-cv-01239, (District of MD); *William Matiesak et al. v  Mystic Valley Elder Services, Inc.* Case No. 2481CV02873, (Commonwealth of Massachusetts)*; In Re Lighthouse Electric Company Data Breach Litigation,* Case No. 2:25-cv-00362, (W.D. PA)*; Matthew Egner et al., v Goodwill Industries of Southwest Oklahoma and North Texas, Inc.,* Case No. CJ-2025-189; (District Court of Comanche County, State of Oklahoma)*; In re Heritage South Credit Union Data Breach Litigation,* Case No. 61-CV-2025-900175.00, (Circuit Court for Talladega County, AL)*; Trevor Burge, et al v. Mason Construction, LLC,* Cause No. 24-DC-CV-2053 (District Court of Jefferson County, State of Texas).

Outside of the data breach context, Ms. Montgomery has an active nationwide wage and hour and class action practice. She has served as counsel in class actions matters from the filing of the complaint to final approval of the settlement, including briefing and arguing class certification. *See, e.g., Heath et al.  v. TFS Dining, LLC, et al;* Case No. 1:20-cv-899 (W.D. Tex.) (obtaining summary judgment on employee status and a final judgment on all damages after a jury trial); *Manasco et al. v Best in Town. d/b/a The Furnace et al;* Case No.: 2-21-cv-00381 (N.D. AL) (Partial summary judgment on major liability issues); *Johnson et al. v. Houston, LP, LLC, et al*.; Case No.: 4:20-cv-00663 (S.D. TX)(Summary Judgment on issue of employee misclassification and affirmative defenses, and fees awarded); *Garcia et al. v Toezpecunia, Inc;* Case No. 6:22-cv-00639, (D. Or.)(Summary judgment on all major liability issues, including willfulness determination).



# Benjamin Eisner
## *Associate Attorney*



**Benjamin Eisner** practices Class Action litigation, primarily regarding Data Breaches, especially violations of HIPAA, HITECH, and failure to comply with FTC Guidelines. Prior to joining EKSM Benjamin worked as an Assistant Briefing Attorney for Criminal Defense Appeals, where he gained a deep understanding of analyzing statutes for violations that have major repercussions for individuals. As one of EKSM's drafting attorneys Benjamin will apply his ability to analyze statutory violations by business entities in being able to bring justice and compensation to our clients.

After graduating from the University of Alabama in 2015 Benjamin made his way back to Houston and graduated from South Texas College of Law – Houston in 2024. Joining EKSM in 2025 after finishing a Legal Fellowship for The Randall O. Sorrels Legal Clinics. During his time at South Texas, he became a Certified Mediator in Texas, and excelled in IRS negotiations and settlements as part of the Low-Income Tax Clinic.

Through his various experiences and background Benjamin brings a well-rounded and robust knowledge of various aspects of the law to EKSM.

# Vanessa Kinney
## *Associate Attorney*



**Vanessa Kinney** has focused her practice primarily in employment law. Mrs. Kinney's wage and hour experience dates back to 2010, and she has experience in wage and hour cases from the inception of cases to trial, and all the way through the appeals process.

During her undergraduate years at the University of Arkansas, Mrs. Kinney excelled in her studies and was Brandon Burlsworth Memorial Scholarship recipient and magna *cum laude* graduate of the University of Arkansas' J. William Fulbright College of Arts and Sciences. While attending law school, Mrs. Kinney was the recipient of two further scholarships: the Shackleford Scholarship and the Harper and Mary Boyer Harb Scholarship.

Mrs. Kinney went on to graduate 8th in her class in 2007 from the University of Arkansas at Little Rock William H. Bowen School of Law. There, Mrs. Kinney was a member of

**ELLZEY
KHERKHER
SANFORD
MONTGOMERY** LLP

the *University of Arkansas at Little Rock Law Review*, and in the winter of 2006, the review published her article, "The Path Leads to Nowhere: The Supreme Court Re-examines the Trek Through the Political Thicket: Vieth v. Jubelirer, *541 U.S. 267 (2004)*, 28 UALR Law Rev. 251."

# Rebecca Matlock
*Associate Attorney*



**Rebecca Matlock** practices employment law litigation, primarily regarding the application of the Fair Labor Standards Act but also in the application of various state wage statutes including the Arkansas Minimum Wage Act and the Illinois Minimum Wage Law. Rebecca has experience in all types of labor law cases, including misclassification, minimum wage and overtime violations, tip credit violations, and "off-the-clock" violations. As one of EKSM 's drafting attorneys, Rebecca has developed knowledge in many of the technical applications and integrations of the FLSA and various labor laws.

Rebecca graduated from the UALR William H. Bowen School of Law in 2015 and joined the Sanford Law Firm the same year. At Bowen, she served as Executive Editor of the *UALR Law Review,* which published her article, "CONSTITUTIONAL LAW—Fifth Amendment and Takings—Courts and the Judicial Process Will Impede Orderly City Development by Limiting Local Governments' Use of Exactions in Development Planning. *Koontz v. St. Johns River Water Management District*, 133 S. Ct. 2586 (2013)," in Spring 2015.

As an undergraduate at Baylor University, Rebecca majored in News Editorial Journalism with minors in English and Religion. She wrote for the University newspaper, The Lariat, and worked as a teaching assistant in the English Department.

# Sean Short
*Associate Attorney*

**ELLZEY
KHERKHER
SANFORD
MONTGOMERY** LLP



**Sean Short** is a Little Rock native who practices primarily in employment law. He studied finance and accounting at Boston University. Before attending law school, Mr. Short has worked in New York City for a financial services firm. As a law student, he completed a clerkship in Washington, D.C. with the Department of Justice's Federal Tort Claims Act Section. Prior to joining EKSM, Sean worked in Bangkok, Thailand for a leading international law firm and a multi-national software development company.

## Anna Stiritz
*Associate Attorney*



**Anna Stiritz** is a talented veteran of evaluating employment law claims. Mrs. Stiritz has worked exclusively with our intakes department evaluating plaintiffs' data breach violations and employment claims. Prior to becoming a lawyer, Mrs. Stiritz graduated cum laude from Wheaton College with a B.A. in English. Later, Mrs. Stiritz went on to graduate from University of Arkansas at Little Rock Bowen School of Law.

## John Kristensen
*Of Counsel*



**John Kristensen** is Of Counsel at EKSM. He is an attorney licensed to practice before all Courts in the States of California and Massachusetts, and the founding partner at Kristensen Law Group.

Mr. Kristensen has offices in California and Massachusetts. He is an attorney licensed to practice in the States of California and Massachusetts. Mr. Kristensen is admitted to practice before the United States District Court for the Northern, Eastern, Southern, Central Districts of California, the United States District Court for the District of Colorado, the United States District Courts for the Eastern and Western District of Wisconsin, the District of Massachusetts, and the United States District Court for the District of Columbia, as well as the Seventh and Ninth Circuit Courts of Appeal.



Mr. Kristensen has tried multiple employment litigation cases, including against exotic dance clubs, and wrongful death trials wherein I have obtained numerous million-dollar settlements. He, along with EKSM attorneys, have also handled many matters in arbitration through final hearing.

Mr. Kristensen has litigated cases against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. His practice has included in multiple appellate cases where he has argued successfully before the California Courts of Appeal.

In 2017, Mr. Kristensen obtained what was then a record Title IX settlement against UC Regents. Mr. Kristensen was appointed Class Counsel in the matter of *Mankin v. Mountain West Research Center,* L.C., Case Number 2:13-cv-06447-DSF-AGR in the Central District of California. The class settlement in that matter was approved by Hon. Dale S. Fischer.

On August 7, 2019, Mr. Kristensen was appointed Class Counsel in the matter of *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the Southern District of New York by Magistrate Judge Pitman. Class certification was contested and an objection on the class certification, not his qualifications, was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report and recommendations in its entirety.

On October 23, 2019, in a contested motion for class certification in the Central District of California, Hon. George H. Wu appointed Mr. Kristensen as Class Counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, Case No. 19- CV-9414-GW(SSx) in the Central District of California.

Mr. Kristensen was appointed Class Counsel in the matter *Guzman v. Polaris Industries., et al.*, Case No. 8:19-cv-01543-FLA-KES in the Central District of California. He is the lead trial counsel in that case, which is set for trial on May 5, 2025. The case is based on Polaris' failing to test the roll cages on their off-road vehicles in compliance with the stated OSHA standard. The *Guzman* case was certified after a successfully overturning summary judgment in the Ninth Circuit,and obtaining a decision that any dismissal of UCL claims under *Sonner* are without prejudice, permitting Plaintiffs to re-file in State Court.

In the past four years alone, Mr. Kristensen obtained plaintiffs' verdict in the past four years of $8.9 million, $5.5 million in a business dispute where the only cause of action was intentional interference with contractual relations, and two employments cases tried in the Western District of Texas and Los Angeles Superior Court. Twice the jury found malice and the cases went to punitive damages.

— **EXHIBIT  4** —



Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual cases in courts throughout the United States

Our attorneys have a long history of obtaining major verdicts and settlements. We frequently lead, co-lead, or perform other leadership roles in class actions of national significance. Examples include the Office of Personnel Management (OPM) data breach litigation (in which one of our attorneys was appointed Liaison Counsel) and the Entran II product liability litigation (in which one of our attorneys served as Co-Lead Counsel and successfully resolved the case for $330 million).

## THE FIRM'S PRINCIPAL LAWYERS

**Gary E. Mason**
*Founding Partner*



Gary graduated magna cum laude, Phi Beta Kappa, from Brown University and Duke University Law School, where he was an editor of *Law and Contemporary Problems*. He then served as a law clerk for the Honorable Andrew J. Kleinfeld of the U.S. District Court for the District of Alaska. Gary was previously an Associate at Skadden Arps and a Partner at Cohen Milstein where he was the first Co-Chair of its Consumer Protection Practice Group. He is licensed to practice in the District of Columbia, State of Maryland, State of New York, and in numerous federal district courts across the country as well as the Second, Fourth, Fifth, Sixth, Seventh, Ninth and Federal Circuit Courts of Appeals, the U.S. Court of Federal Claims and the United States Supreme Court.

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 29 years he has represented plaintiffs. With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles. He also is recognized for his successful representation of persons injured by negligently discharged pollutants (e.g., *In re The Exxon Valdez*) and victims of wage theft. He has represented more than 2,000 Customs and Border Patrol Agents in a FLSA litigation against the federal government, more than 1,500 women injured by use of a defective tampon product, thousands of owners of animals injured by contaminated dog food, and over 23 million individuals whose personal data was compromised by the U.S. Office of Personnel Management data breach.

Gary was an early advocate for victims of security breaches and privacy violations, starting with the first settlement arising from a Google data breach (*In re Google Buzz*), the Department of Veterans Affairs stolen laptop case, and continuing in data breach cases to-date. Mr. Mason recently served as Liaison Counsel in a data breach case filed against the Office of Personnel Management. *In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, 266 F. Supp. 3d 1 (D.D.C. 2017) (final approval of a $63 million settlement fund granted Oct. 26, 2022). He recently served as one of the Co-Lead Counsel for the *Farley v. Eye Care Leaders* data breach matter related to the breach of over three million individuals' data, which was granted final approval on June 27, 2024, in the Middle District of North Carolina, No. 1:22-cv-00468, and one of the Co-Lead Counsel in *In re Planet Home Lending, LLC Data Breach*, No. 3:24-cv-00127, a data breach matter which was granted final approval in the District of Connecticut on November 18, 2024. He also serves as Co-Lead Counsel for the following pending cases: *Brim v. Prestige Care, Inc.*, No. 3:24-cv-05133 (W.D. Wash. Apr. 1, 2024); *Duran v. JPMorgan Chase & Co.*, No. 1:24-cv-03514 (S.D.N.Y. July 30, 2024); *Fazenbaker v. Cmty. Health Care, Inc.*, No. CUM-L-000036-24 (N.J. Super. Ct. Cumberland Cnty. Apr. 29, 2024); *Hernandez v. Ne. Orthopedics & Sports Med., PLLC*, No. 031353/2024 (N.Y. Sup. Ct. Rockland Cnty. July 23, 2024); *Hodge v. AHS Med. Holdings LLC*, No. 3:23-cv-01308 (M.D. Tenn. Mar. 15, 2024); *In re Tift Reg'l Health Sys., Inc. Data Breach Litig.*, No. 2023CV0313 (Ga. Super. Ct. Dec. 8, 2023); *Stinson v. Yum! Brands, Inc.*, No. 3:23-cv-00183 (W.D. Ky. June 6, 2024); and *Suhr v. D.C. Health Benefit Exchange Auth.*, No. 1:23-cv-00694 (D.D.C. July 13, 2023).

Gary has served in leadership positions in many consumer class actions in state and federal courts nationwide as well as in MDLs. Gary writes and speaks frequently on topics related to class action litigation. He was the 2012–2013 Co-Chair of the Class Action Litigation Group for the American Association for Justice and presently serves as the Chairman of its Rule 23 Task Group. He has repeatedly been named a Washington, DC Super Lawyer for Class Actions.

Gary lives in Bethesda, Maryland.

**Danielle L. Perry**
*Partner*



Danielle L. Perry is a partner at Mason LLP, and offers nearly a decade of class action litigation experience to the benefit of her clients. Graduating from the University of California, Berkeley in 2010 and from Loyola Law School, Los Angeles in 2013, Ms. Perry is licensed to practice in the State of California, District of Columbia, and in numerous federal district courts across the country as well as the U.S. Court of Federal Claims, and the Fifth, Seventh, and Federal Circuit Courts of Appeals. While Ms. Perry originally focused her career on employment law class actions, after her first few years of practice she expanded her experience and resume to cover numerous data breach and consumer class actions as well. Ms. Perry, either as an individual or as a member of her firm, has been named Class Counsel or appointed to leadership positions in numerous data breach class actions including: *Alexander v. Salud Fam. Health, Inc.*, No. 2023CV030580 (Colo. 19th Dist. Ct. Weld Cnty. Nov. 13, 2023) (appointed Co-Lead Counsel Aug. 14, 2023); *Andersen v. Oak View Grp., LLC*, No. 2:24-cv-00719 (C.D. Cal.) (appointed Co-Lead Class Counsel May 15, 2024); *Anderson*

*v. Fortra, LLC*, No. 0:23-cv-533 (D. Minn.) (appointed Executive Committee Counsel Apr. 28, 2023); *Askew v. Gas South, LLC*, No. 22106661 (Ga. Super. Ct. Cobb Cnty. Jan. 19, 2024) (appointed Co-Lead Counsel Oct. 6, 2023); *Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa. July 24, 2024) (appointed to Plaintiffs' Steering Committee Mar. 30, 2023);; *Colston v. Envision Credit Union*, No. 2022CA1476 (Fla. 2d Jud. Cir. Ct. Leon Cnty. Apr. 14, 2023) (appointed Class Counsel Jan. 13, 2023); *Culp v. Fitzgibbon Hosp.*, No. 23SA-CV00020 (Mo. Cir. Ct. Saline Cnty. Sept. 20, 2024) (appointed Class Counsel May 29, 2024); *Dekenipp v. Gastroenterology Consultants, P.A.*, No. 202161470 (Tex. 295th Dist. Ct. Harris Cnty. Oct. 21, 2022) (appointed Class Counsel June 3, 2022); *Fernandez v. 90 Degree Benefits, LLC*, No. 2:22-cv-00799 (E.D. Wis. Nov. 17, 2023) (appointed Co-Lead Counsel July 21, 2023); *In re Flagstar Dec. 2021 Data Sec. Incident Litig.*, No. 4:22-cv-11385 (E.D. Mich.) (appointed to Plaintiffs' Executive Committee May 24, 2023); *In re MedStar Health Data Sec. Incident Litig.*, No. 1:24-cv-01335 (D. Md.) (appointed Co-Lead Counsel Nov. 7, 2024); *In re NCB Mgmt. Servs., Inc. Data Breach Litig.*, No. 2:23-cv-1236 (E.D. Pa.) (appointed to Plaintiffs' Steering Committee June 5, 2023); *Payton v. Fam. Vision of Anderson, P.A.*, No. 2023CP0401636 (S.C. Ct. C.P. Anderson Cnty.) (appointed Co-Lead Class Counsel Sept. 11, 2023); *Pessia v. Warren Gen. Hosp.*, No. 501 (Pa. 37th Jud. Dist. Ct. Warren Cnty.) (appointed Co-Lead Class Counsel Jan. 29, 2024); *Rasmussen v. Uintah Basin Healthcare*, No. 2:23-cv-00322 (D. Utah) (appointed Co-Lead Counsel June 16, 2023); *Rodriguez v. Mena Reg'l Health Sys.*, No. 2:23-cv-02002 (W.D. Ark.) (appointed Co-Lead Counsel Apr. 20, 2023); *Rohrer v. Oak Valley Hosp. Dist.*, No. CV-23-005612 (Cal. Super. Ct. Stanislaus Cnty.) (appointed Co-Lead Counsel Nov. 14, 2023) (preliminary approval granted July 16, 2024); and *Woods v. Albany ENT & Allergy Servs., P.C.*, No. 904730-23 (N.Y. Sup. Ct. Albany Cnty. Oct. 11, 2024) (appointed Co-Lead Counsel July 10, 2023). *Gleason v. Methodist Hosps. of Dallas*, No. DC-22-14875 (Tex. Dist. Ct. Dallas Cnty.) (appointed Co-Lead Counsel Jan. 27, 2025).

Ms. Perry also has extensive experience providing support to appointed committees in MDL cases across the country. *See, e.g., In re Deva Concepts Prods. Liab. Litig.*, No. 1:20-cv-01234 (S.D.N.Y. Jan. 3, 2022) (Mason LLP served as court-appointed Co-Lead Counsel and Ms. Perry undertook significant work for clients and class members with extensive hair loss, leading client interviews, drafting pleadings, and preparing settlement and settlement approval papers); *In re Hill's Pet Nutrition, Inc. Dog Food Prods. Liab. Litig.*, No. 2:19-md-02887, MDL No. 2887 (D. Kan. Oct. 7, 2021) (Mason LLP served as court-appointed Co-Lead Counsel and Ms. Perry played a significant role for clients and class members who purchased dog food with sometimes lethal amounts of vitamin D, participating in client intake, discovery, and preparing settlement and settlement approval papers); *In re Marriott Int'l Inc., Customer Data Sec. Breach Litig.*, No. 8:19-md-02879 (D. Md.) (Ms. Perry contributed to the plaintiff interview process and drafting of the consolidated amended complaint in data breach case); *In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, 266 F. Supp. 3d 1 (D.D.C. 2017) (Mason LLP served as Liaison Counsel, and Ms. Perry has completed research assignments in support of and at the request of Lead Counsel in data breach case). Additionally, Ms. Perry has also been appointed to the Leadership Development Committee in *In re SoClean, Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, where she works closely with Lead Counsel in all areas of litigation and fights for consumers' rights pertaining to the purchase of defective and/or unsafe products. No. 2:22-mc-00152, MDL No. 3021 (W.D. Pa. Apr. 27, 2022).

Outside of work, Ms. Perry enjoys being in the sun and on the water, is trying not to kill her garden, and is constantly planning future home renovations. Ms. Perry lives outside of Annapolis, Maryland.

**Lisa A. White**
*Senior Attorney*



Lisa A. White is a writer and researcher at heart, known for her attention to detail, optimism, and creative approach to legal problem-solving. Most of Lisa's work is in the federal court system, both in the District Courts and Circuit Courts of Appeals. She is licensed to practice in the State of Tennessee, and in numerous federal district courts across the country as well as the Seventh and Ninth Circuit Courts of Appeals.

Lisa's primary areas of practice are data breach litigation, product defect, product misrepresentation, and wage and hour class actions. Her role at Mason LLP frequently involves investigating and researching potential cases and claims prior to a complaint being filed, as well as drafting responsive pleadings, and leading the detailed research tasks that are required for and during litigation. In addition, she is actively involved in Mason LLP's mediations, from drafting premediation requests and mediation statements to participating in mediated resolutions to cases.

Prior to joining Mason LLP, Lisa practiced at another plaintiffs' class action firm, where she advocated for employees who were improperly paid, especially in the airline industry. She also worked on lawsuits related to defective products and deceptive advertising. She was frequently called on to research and draft appellate briefs.

Lisa returned to law school after completing her Bachelor's and Master's in Sociology from The University of Tennessee. She then worked for the University's Center for Literacy Studies and taught for a number of years at universities. She completed the coursework for her Ph.D. in American Studies at The College of William and Mary, then opted to go to law school—a lifelong goal. Lisa is a graduate of The University of Tennessee College of Law. While at The University of Tennessee College of Law, Lisa was a Co-Coordinator of the Tennessee Innocence Project, and was the Research Editor for the Tennessee Journal of Law and Policy. While a law student, she practiced in both the Domestic Violence Clinic and the Advocacy Clinic. Lisa has published peer-reviewed papers in three academic fields: law, sociology, and history.

Lisa and her family are avid travelers, and she has visited all seven continents. In addition, for three years, she worked remotely practicing class action law while living in Greymouth, New Zealand.

**Theo B. Bell**
*Attorney*



Theodore B. Bell ("Theo") is Of Counsel at Mason LLP. Theo is an experienced attorney with over 25 years of litigation experience. Theo is admitted to practice law in both Illinois and Michigan and various federal courts around the country. Before recently joining Mason LLP, Mr. Bell's prior work experience included over 12 years at a mid-sized nationwide class action firm where Mr. Bell focused his practice mainly on antitrust, as well as consumer and securities class actions. Theo's previous work experience also includes working at a firm that focused on representing class action opt-outs in antitrust cases, another firm that represented workers' compensation insurance carriers where he focused his practice on litigating premium fraud cases in federal court, as well as a general practice firm where Theo gained extensive experience litigating state court cases in a wide array of civil practice areas.

Notable cases that Mr. Bell has worked on include:

- *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, No. 2:10-cv-14360 (E.D. Mich. Sept. 30, 2019) (antitrust price-fixing case involving most-favored-nation agreements—$29.9 million class settlement);
- *In re Dairy Farmers of Am. Cheese Antitrust Litig.*, No. 1:09-cv-03960 (N.D. Ill. Sept. 30, 2015) (antitrust price-fixing case involving manipulation of cheese and milk futures to raise prices of dairy products—$46 million class settlement);
- *McDonough v. Toys "R" Us*, No. 2:06-cv-00242 (E.D. Pa. July 7, 2021) (antitrust case involving retail price maintenance—$35.5 million class settlement);
- *In re Sulfuric Acid Antitrust Litig.*, No. 1:03-cv-04576 (N.D. Ill. Dec. 22, 2011) (antitrust price-fixing case involving output restrictions—class settlements totaling over $6 million);
- *In re Groupon Derivative Litig.*, No. 1:12-cv-05300 (N.D. Ill. Apr. 7, 2017) (shareholder derivative suit involving materially false and misleading statements concerning Groupon's business operations and financial condition prior to Groupon's IPO—settlement obtained substantial beneficial corporate-governance reforms); and
- *Messner v. Northshore Univ. Health Sys.*, 669 F.3d 802 (7th Cir. 2012) (illegal monopolization and attempted monopolization through hospital mergers—Theo was part of the appellate team that successfully obtained reversal of the U.S. District Court's denial of class certification).

Theo is a graduate of The University of Michigan, where he earned his Bachelor's degree in Sociology, and the University of Detroit Mercy School of Law where Mr. Bell earned his law degree.

**Ra O. Amen**
*Associate Attorney*



Ra, a native of the California Bay Area, graduated from Stanford University with a degree in economics and from Emory University School of Law, with honors, where he was a Notes and Comments Editor for the Bankruptcy Developments Journal. Ra was previously an Associate at Hunton Andrews Kurth LLP and Morgan & Morgan's Complex Litigation Group. He is licensed to practice in the State of Georgia and the United States District Court for the Northern District of Georgia.

Ra has over seven years of complex litigation experience, specializing in consumer class actions, data breach and other privacy litigation. Ra was recently appointed as one of the Co-Lead Class Counsel in *In re Nations Direct Mortg., LLC Data Breach Litig.*, No. 2:24-cv-00595 (D. Nev. Oct. 2, 2024) (data breach affecting over 83,000 individuals) and to the Leadership Development Committee in *Geleng v. Ind. Living Sys., LLC*, No. 1:23-cv-21060 (S.D. Fla. Sept. 28, 2023) (data breach affecting over four million individuals). Ra was also an integral part of the team that recovered a $190 million settlement for the class in *In re Cap. One Inc. Customer Data Sec. Breach Litig.*, No. 1:19-md-02915 (E.D. Va. Sept. 13, 2022) (data breach affecting 98 million individuals), where his discovery and briefing efforts helped facilitate said settlement.

Ra is also a former Peace Corps. Morocco volunteer and an avid guitarist having performed with, recorded with, and opened for a number of Grammy-nominated artists.

**Salena J. Chowdhury**
*Associate Attorney*



Salena Chowdhury is an associate attorney at Mason LLP. She is a graduate of the University of Tennessee College of Law. She also attended the University of Tennessee at Knoxville for her bachelor's where she majored in political science with a concentration in public administration and a minor in psychology. Salena has been admitted to the Illinois bar and to the District of Columbia bar.

Salena has had a passion for law since she was a kid. While Salena was still in high school, she began working at her first law firm. She continued to work at various law firms gaining a diverse area of legal experience throughout her undergraduate studies and law school.

Since joining Mason LLP Salena has gained experience in mediations, data breach, product defect, product misrepresentation, and wage & hour class actions. She is known for her quick learning curve and adaptability to challenges. Her role at Mason LLP is expanding as she takes on new responsibilities in major cases.

Salena comes from a large diverse family background. She values the time spent with her family. She enjoys outdoor activities like 4-wheeling, soccer, and playing with her dogs. Additionally, she loves to travel and to learn about other cultures.

# NOTABLE CLASS ACTION CASES

**Antitrust**

*In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-md-01827, MDL No. 1827 (N.D. Cal. Dec. 18, 2012) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market).

**Products**

*Ersler v. Toshiba Am., Inc.*, No. 1:07-cv-02304 (E.D.N.Y. Feb. 24, 2009) (settlement of claims arising from allegedly defective television lamps).

*Hurkes Harris Design Assocs., Inc. v. Fujitsu Comput. Prods. of Am., Inc.*, No. 812127 (Cal. Super. Ct. Santa Clara Cnty. Mar. 2004) (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives).

*In re SoClean, Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, No. 2:22-mc-00152, MDL No. 3021 (W.D. Pa. Apr. 27, 2022) (Gary Mason appointed Co-Lead Counsel Mar. 25, 2022, and Danielle Perry appointed to the Leadership Development Committee Apr. 27, 2022).

*In re Deva Concepts Prods. Liab. Litig.*, No. 1:20-cv-01234 (S.D.N.Y. Jan. 3, 2022) (Gary Mason appointed Co-Lead Counsel July 30, 2020; $5.2 million settlement).

*In re Hill's Pet Nutrition, Inc., Dog Food Prods. Liab. Litig.*, No. 2:19-md-02887, MDL No. 2887 (D. Kan. Oct. 7, 2021) (Gary Mason appointed Co-Lead Counsel July 13, 2019; $12.5 million settlement).

*Mink v. Maytag Corp.*, No. 03L47 (Ill. Cir. Ct. St. Clair Cnty. 2005) (class action settlement for owners of Maytag Neptune washing machines).

*Smid v. Nutranext, LLC*, No. 20L0190 (Ill. Cir. Cit. St. Clair Cnty. July 29, 2020) (Gary Mason appointed Class Counsel Apr. 16, 2020; $6.7 million settlement).

*Stalcup v. Thomson, Consumer Elecs., Inc.* (Ill. Cir. Ct. Madison Cnty. May 24, 2004) ($100 million class settlement of claims that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified).

*Turner v. Gen. Elec. Co.*, No. 2:05-cv-00186 (M.D. Fla. Sept. 13, 2006) (national settlement of claims arising from allegedly defective refrigerators) (Gary Mason appointed Class Counsel Dec. 22, 2005).

**Automobiles**

*Berman v. Gen. Motors LLC*, No. 2:18-cv-14371 (S.D. Fla. Oct. 5, 2018) (Co-Lead Counsel; national settlement for repairs and reimbursement of repair costs incurred in connection with Chevrolet Equinox excessive oil consumption).

*Baugh v. Goodyear Tire & Rubber Co.* (Ill. Cir. Ct. Madison Cnty. 2002) (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds; Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program).

*Falk v. Nissan N. Am., Inc.*, No. 4:17-cv-04871 (N.D. Cal. May 18, 2020) (Co-Lead Counsel in litigation alleging damages from defective transmissions; national settlement extending warranty for 1.5 million vehicles).

*In re Gen. Motors Corp. Speedometer Prods. Liab. Litig.*, No. 2:07-cv-00291, MDL No. 1896 (W.D. Wash. Jan. 23, 2009) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*Lubitz v. Daimler Chrysler Corp.*, No. L-4883-04 (N.J. Super. Ct. Bergen Cnty. 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey).

**Civil Rights**

*Bruce v. Cnty. of Rensselaer*, No. 1:02-cv-00847 (N.D.N.Y. Sept. 24, 2004) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses).

*In re Black Farmers Discrimination Litig.*, No. 1:08-mc-00511 (D.D.C. Oct. 27, 2011) ($1.25 billion settlement fund for black farmers who alleged U.S. Department of Agriculture discriminated against them by denying farm loans).

**Commercial**

*In re Outer Banks Power Outage Litig.*, No. 4:17-cv-00141 (E.D.N.C. Sept. 21, 2018) (Co-Lead Counsel; $10.35 million settlement for residents, businesses, and vacationers on Hatteras and Ocracoke Islands who were impacted by a 9-day power outage).

**Construction Materials**

*Cordes v. IPEX, Inc.*, No. 1:08-cv-02220 (D. Colo. Oct. 7, 2009) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee).

*Elliott v. KB Home N.C. Inc.*, No. 08 CVS 21190 (N.C. Super. Ct. Wake Cnty. Apr. 17, 2017) (Lead Counsel; class action settlement for those whose homes were constructed without a weather-resistant barrier).

*Galanti v. Goodyear Tire & Rubber Co*., No. 03-cv-00209 (D.N.J. Nov. 23, 2004) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*Helmer v. Goodyear Tire & Rubber Co*., No. 1:12-cv-00685-RBJ, 2014 WL 3353264 (D. Colo. July 9, 2014) (class action arising from allegedly defective radiant heating systems; Colorado class certified).

*Hobbie v. RCR Holdings II, LLC*, No. 2:10-cv-01113, MDL No. 2047 (E.D. La. 2012) ($30 million settlement for remediation of 364-unit residential high-rise constructed with Chinese drywall).

*In re Allura Fiber Cement Siding Prods. Liab. Litig.*, No. 2:19-md-02886 (D.S.C.) (class action arising from allegedly defective cement board siding; Court-appointed Lead Counsel).

*In re Atlas Roofing Corp. Chalet Shingle Prods. Liab. Litig.*, No. 1:13-md-02495, MDL No. 2495 (N.D. Ga. July 24, 2019) (Co-Lead Counsel; class action arising from allegedly defective shingles).

*In re Chinese Manufactured Drywall Prods. Liab. Litig.*, No. 2:09-md-02047, MDL No. 2047 (E.D. La. 2012) (appointed Co-Chair, Insurance Committee) (litigation arising out of defective drywall).

*In re Elk Cross Timbers Decking Mktg., Sales Pracs. & Prod. Liab. Litig.*, No. 15-cv-0018, MDL No. 2577 (D.N.J. 2017) (Lead Counsel; national settlement to homeowners who purchased defective GAF decking and railings).

*In re Exterior Insulation Finish Sys. (EIFS) Prods. Liab. Litig.*, MDL No. 1132 (E.D.N.C.) (represented over 100 individual homeowners in lawsuits against homebuilders and EIFS manufacturers).

*In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Mktg., Sales Pracs. Litig.*, No. 1:16-md-2743 (E.D. Va.) (Co-Lead Counsel; Durability case; $36 million national class action settlement for member who purchased a certain type of laminate flooring).

*In re MI Windows & Doors, Inc., Prods. Liab. Litig.*, No. 2:12-mn-00001, MDL No. 2333 (D.S.C. July 22, 2015) (Co-Lead Counsel; national class action settlement for homeowners who purchased defective windows).

*In re Pella Corp. Architect & Designer Series Windows Mktg., Sales Pracs. & Prods. Liab. Litig.*, MDL No. 2514 (D.S.C.) (class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel).

*In re Synthetic Stucco Litig.*, No. 5:96-CV-287-BR(2) (E.D.N.C. Oct. 19, 1998) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Windsor Wood Clad Window Prods. Liab. Litig.*, No. 2:16-md-02688 (E.D. Wis. July 11, 2018) (National class action settlement for homeowners who purchased defective windows; Court-appointed Lead Counsel).

*In re Zurn Pex Plumbing Prods. Liab. Litig.*, No. 0:08-md-01958, MDL No. 1958 (D. Minn. Feb. 27, 2013) (class action arising from allegedly plumbing systems; member of Executive Committee; settlement).

*Posey v. Dryvit Sys., Inc.*, No. 17,715-IV (Tenn. Cir. Ct. 2002) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants).

*Smith v. Floor & Decor Outlets of Am., Inc.*, No. 1:15-cv-4316 (N.D. Ga.) (Co-Lead Counsel; National class action settlement for homeowners who purchased unsafe laminate wood flooring).

*Staton v. IMI South* (Ky. Cir. Ct.) (Co-Lead Counsel; class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*Sutton v. Fed. Materials Co.*, No. 07-CI-00007 (Ky. Cir. Ct.) (Co- Lead Counsel; $10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

## Environmental

*Bell v. WestRock, CP, LLC*, No. 3:17-cv-829-JAG (E.D. Va. 2020) (Co-Lead Counsel in litigation alleging nuisance from wood dust from paper mill; class certification motion pending; class certified; $700,000 settlement).

*In re Swanson Creek Oil Spill Litig.*, No. 8:00-cv-01429-PJM (D. Md. 2002) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

*Nnadili v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C. 2008) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

## Fair Labor Standards Act (FLSA) / Wage and Hour

*Craig v. Rite Aid Corp.*, No. 08-2317 (M.D. Pa. 2013) (FLSA collective action and class action settled for $20.9 million).

*Lew v. Pizza Hut of Md., Inc.*, No. CBB-09-CV-3162 (D. Md. 2011) (FLSA collective action, statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages).

*Stillman v. Staples, Inc.*, No. 2:07-cv-00849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million).

## **Financial**

*Penobscot Indian Nation v U.S. Dep't of Housing & Urban Dev.*, No. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Roberts v. Fleet Bank (R.I.), N.A.*, No. 00-6142 (E. D. Pa. 2003) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.").

## **Insurance**

*Nichols v. Progressive Direct Ins. Co.*, No. 2:06-cv-146 (E.D. Ky. 2012) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million).

*Young v. Nationwide Mut. Ins. Co.*, No. 11-5015 (E.D. Ky. 2014), *class certified and affirmed on appeal*, 693 F.3d 532 (6th Cir. 2012) (series of class actions against multiple insurance companies arising from unlawful collection of local taxes on premium payments; settlements with all defendants for 100% refund of taxes collected).

## **Privacy / Data Breach**

*Alexander v. Salud Fam. Health, Inc.*, No. 2023CV030580 (Colo. 19th Dist. Ct. Weld Cnty. Nov. 13, 2023) (Danielle Perry appointed Co-Lead Counsel Aug. 14, 2023).

*Alvarado v. JDC Healthcare Mgmt., LLC*, No. DC-22-03137 (Tex. 95th Jud. Dist. Ct. Dallas Cnty. Aug. 22, 2023) (Gary Mason appointed Co-Lead Counsel Aug. 25, 2022).

*Andersen v. Oak View Grp., LLC*, No. 2:24-cv-00719 (C.D. Cal.) (Danielle Perry appointed Co-Lead Class Counsel May 15, 2024).

*Anderson v. Fortra, LLC*, No. 0:23-cv-533 (D. Minn.) (Danielle Perry appointed Executive Committee Counsel Apr. 28, 2023).

*Askew v. Gas South, LLC*, No. 22106661 (Ga. Super. Ct. Cobb Cnty. Jan. 19, 2024) (Danielle Perry appointed Co-Lead Counsel Oct. 6, 2023).

*Bailey v. Grays Harbor Cnty. Pub. Hosp. Dist.*, No. 20-2-00217-14 (Wash. Super. Ct. Grays Harbor Cnty. Sept. 21, 2020) (Gary Mason appointed Class Counsel May 27, 2020).

*Baksh v. Ivy Rehab Network, Inc.*, No. 7:20-cv-01845-CS (S.D.N.Y. Jan. 27, 2021) (appointed Class Counsel Sept. 23, 2020).

*Bandy v. TOC Enters., Inc.*, No. 3:23-cv-00598 (M.D. Tenn. Mar. 14, 2024) (Lisa White and Danielle Perry appointed Class Counsel Nov. 7, 2023).

*Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa. July 24, 2024) (Danielle Perry appointed to Plaintiffs' Steering Committee Mar. 30, 2023).

*Brim v. Prestige Care, Inc.*, No. 3:24-cv-05133 (W.D. Wash.) (Gary Mason appointed Co-Lead Counsel Apr. 1, 2024) (preliminary approval granted Dec. 2, 2024).

*Carr v. Beaumont Health*, No. 2020-181002-NZ (Mich. Cir. Ct. Oakland Cnty. Oct. 29, 2021) (data breach class action involving 112,000 people) (appointed Class Counsel June 23, 2021).

*Cece v. St. Mary's Health Care Sys., Inc.*, No. SU20CV0500 (Ga. Super. Ct. Athens-Clarke Cnty. Apr. 4, 2022) (data breach class action involving 55,652 people) (Danielle Perry appointed Class Counsel Dec. 15, 2021).

*Chacon v. Nebraska Med.*, No. 8:21-cv-00070-RFR-CRZ (D. Neb. Sept. 15, 2021) (data breach settlement) (appointed Class Counsel June 4, 2021).

*Chatelain v. C, L & W PLLC d/b/a Affordacare Urgent Care Clinics*, No. 50742-A (Tex. 42d Jud. Dist. Ct. Taylor Cnty. Feb. 24, 2021) (data breach class action settlement valued at over $7 million) (appointed Class Counsel Nov. 5, 2020).

*Colston v. Envision Credit Union*, No. 2022CA1476 (Fla. 2d. Jud. Cir. Ct. Leon Cnty. Apr. 14, 2023) (Danielle Perry appointed Class Counsel Jan. 13, 2023).

*Culp v. Fitzgibbon Hosp.*, No. 23SA-CV00020 (Mo. Cir. Ct. Saline Cnty. Sept. 20, 2024) (Danielle Perry appointed Class Counsel May 29, 2024).

*Darrin v. Huntington Ingalls Indus.*, No. 4:23-cv-00053 (E.D. Va. Sept. 12, 2024) (Gary Mason appointed Co-Lead Counsel July 6, 2023).

*Dekenipp v. Gastroenterology Consultants, P.A.*, No. 202161470 (Tex. 295th Jud. Dist. Ct. Harris Cnty. Oct. 21, 2022) (claims made settlement and 18 months credit monitoring for class of 162,000 patients) (Danielle Perry appointed Class Counsel June 3, 2022).

*Farley v. Eye Care Leaders*, No. 1:22-cv-468 (M.D.N.C. June 27, 2024) (Gary Mason appointed Co-Lead Counsel Oct. 3, 2022).

*Fazenbaker v. Cmty. Health Care, Inc.*, No. CUM-L-000036-24 (N.J. Super. Ct. Cumberland Cnty.) (Gary Mason appointed Co-Lead Class Counsel Apr. 29, 2024).

*Fernandez v. 90 Degree Benefits, LLC*, No. 2:22-cv-00799 (E.D. Wis. Nov. 17, 2023) (Mason LLP appointed Class Counsel July 21, 2023).

*Gates v. W. Wash. Med. Grp.*, No. 23-2-08498-31 (Wash. Super. Ct. Snohomish Cnty.) (Gary Mason appointed to Plaintiffs' Executive Committee Mar. 7, 2024).

*Green v. EmergeOrtho, P.A.*, No. 22-CVS-3533 (N.C. Super. Ct. Durham Cnty. July 19, 2024) (Mason LLP appointed Class Counsel Feb. 23, 2024).

*Guy v. Convergent Outsourcing, Inc.*, No. 2:22-cv-01558 (W.D. Wash. July 19, 2024) (Gary Mason appointed Co-Lead Counsel Dec. 21, 2022).

*Hall v. AspenPointe, Inc.*, No. 2020CV32175 (Colo. 4th Dist. Ct. El Paso Cnty. Oct. 31, 2022) (Mason LLP appointed Co-Lead Class Counsel Mar. 15, 2021).

*Haney v. Charter Foods N., LLC*, No. 2:23-cv-00046 (E.D. Tenn.) (Lisa White and Mason LLP appointed Liaison Counsel June 7, 2024).

*Heath v. Ins. Techs. Corp.*, No. 3:21-cv-01444 (N.D. Tex. Jan. 4, 2023) (Gary Mason appointed Class Counsel Mar. 21, 2022).

*Heath v. Steel River Sys., LLC*, No. 2023-LA-000006 (Ill. 15th Jud. Cir. Ct. Whiteside Cnty. Jan. 8, 2024) (Mason LLP appointed Class Counsel Aug. 25, 2023).

*Hernandez v. Ne. Orthopedics & Sports Med., PLLC*, No. 031353/2024 (N.Y. Sup. Ct. Rockland Cnty.) (Gary Mason appointed Co-Lead Counsel July 23, 2024).

*Hodge v. AHS Mgmt. Co., Inc.*, No. 23-cv-01308 (M.D. Tenn.) (Gary Mason appointed Co-Lead and Lisa White appointed Liaison Counsel Mar. 15, 2024) (preliminary approval granted Oct. 9, 2024).

*In re Adobe Sys. Inc. Priv. Litig.*, No. 5:13-cv-05226 (N.D. Cal. Aug. 14, 2015) (settlement requiring enhanced cybersecurity measures and audits) (Gary Mason appointed to Plaintiffs' Steering Committee Mar. 13, 2014).

*In re Ambry Genetics Data Breach Litig.*, No. 8:20-cv-00791 (C.D. Cal. Mar. 6, 2023) (Gary Mason appointed to Plaintiffs' Steering Committee Aug. 24, 2020; $12 million settlement).

*In re Central Ind. Orthopedics Data Incident Litig.*, No. 18C03-2203-PL-000026 (Ind. Cir. Ct. Delaware Cnty. Aug. 18, 2023) (Mason LLP appointed Class Counsel Apr. 24, 2023).

*In re Dept. of Veterans Affs. (VA) Data Theft Litig.*, No. 1:06-cv-00506, MDL No. 1796 (D.D.C. 2009) (Co-Lead Counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations).

*In re Flagstar Dec. 2021 Data Sec. Incident Litig.*, No. 4:22-cv-11385 (E.D. Mich.) (Danielle Perry appointed to Plaintiffs' Executive Committee May 24, 2023).

*In re Google Buzz Priv. Litig.*, No. 5:10-cv-00672 (N.D. Cal. 2010) (court-appointed Lead Class Counsel; $8.5 million cy pres settlement).

*In re Nations Direct Mortg., LLC Data Breach Litig.*, No. 2:24-cv-00595 (D. Nev.) (Ra Amen appointed Co-Lead Class Counsel Oct. 2, 2024).

*In re NCB Mgmt. Servs., Inc. Data Breach Litig.*, No. 2:23-cv-1236 (E.D. Pa.) (Danielle Perry appointed to Plaintiffs' Steering Committee June 5, 2023).

*In re Planet Home Lending, LLC Data Breach*, No. 3:24-cv-00127 (D. Conn. Nov. 18, 2024) (Gary Mason appointed Co-Lead Counsel Mar. 1, 2024) (preliminary approval granted May 13, 2024).

*In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, No. 15-1393 (ABJ), MDL No. 2664, 266 F. Supp. 3d 1 (D.D.C. 2017) (Gary Mason appointed Interim Liaison Counsel Jan. 28, 2016; $63 million settlement fund granted Oct. 26, 2022).

*In re Tift Reg'l Health Sys., Inc. Data Breach Litig.*, No. 2023CV0313 (Ga. Super. Ct. Tift Cnty.) (Gary Mason appointed Co-Lead Counsel Dec. 8, 2023).

*Jackson-Battle v. Navicent Health, Inc.*, No. 2020-CV-072287 (Ga. Super. Ct. Bibb Cnty. Aug. 4, 2021) (data breach case involving 360,000 patients) (appointed Class Counsel Apr. 21, 2021).

*K.B. ex rel. Blank v. East Tenn. Children's Hosp. Assoc., Inc.*, No. C2LA0081 (Tenn. Cir. Ct. Anderson Cnty. Dec. 19, 2023) (Mason LLP appointed Class Counsel July 7, 2023).

*Kemp v. NorthStar Emerg. Med. Servs., Inc.*, No. 63-CV-2023-900249.00 (Ala. Cir. Ct. Tuscaloosa Cnty. June 5, 2024) (Mason LLP appointed Class Counsel Feb. 16, 2024).

*Kenney v. Centerstone of America, Inc.*, No. 3:20-cv-01007 (M.D. Tenn. Aug. 2021) (settlement involving over 63,000 class members) (appointed Class Counsel May 7, 2021).

*Klemm v. Md. Health Enters. Inc.*, No. C-03-CV-20-022899 (Md. Cir. Ct. Balto. Cnty. Dec. 2, 2021) (appointed Class Counsel Aug. 12, 2021).

*Krenk v. Murfreesboro Med. Clinic & SurgiCenter*, No. 75CCI-2023-CV-81005 (Tenn. 16th Jud. Dist. Cir. Ct. Rutherford Cnty.) (Danielle Perry appointed to Plaintiffs' Executive Counsel Committee Sept. 19, 2023).

*Lee v. Tex. Ear, Nose & Throat Specialists, PLLC*, No. 202184322 (Tex. 113th Jud. Dist. Ct. Harris Cnty. Dec. 7, 2023) (Gary Mason and Danielle Perry appointed Class Counsel June 7, 2023).

*Martinez v. NCH Healthcare Sys., Inc.*, No. 2020-CA-000996 (Fla. 20th Jud. Cir. Ct. Collier Cnty. Oct. 5, 2021) (appointed Class Counsel June 21, 2021).

*Morales v. Cano Health LLC*, No. 2020-013998-CA-01 (Fla. 11th Jud. Cir. Ct. Miami-Dade Cnty. Nov. 16, 2021) (appointed Class Counsel Aug. 19, 2021).

*Mowery v. Saint Francis Healthcare Sys.*, No. 1:20-cv-00013-SRC (E.D. Mo. Dec. 2020) (Gary Mason appointed Class Counsel Aug. 17, 2020).

*Nelson v. Idaho Cent. Credit Union*, No. CV03-20-00831 (Idaho 6th Jud. Dist. Ct. Bannock Cnty. June 1, 2021) (appointed Class Counsel Jan. 19, 2021).

*Nierman v. Schneck Med. Ctr.*, No. 36D01-2206-CT-000013 (Ind. Super. Ct. Jackson Cnty. Aug. 23, 2023) (Gary Mason appointed Co-Lead Counsel Aug. 18, 2022).

*North v. Hunt Mem'l Hosp. Dist.*, No. 89642 (Tex. 196th Jud. Dist. Ct. Hunt Cnty. Dec. 17, 2021) (appointed Class Counsel Apr. 26, 2021).

*Pascute v. Amotec, Inc.*, No. CV23975539 (Ohio C.P. Ct. Cuyahoga Cnty. Feb. 22, 2024) (Danielle Perry appointed Class Counsel Nov. 3, 2023).

*Payton v. Fam. Vision of Anderson, P.A.*, No. 2023CP0401636 (S.C. Ct. C.P. Anderson Cnty.) (Danielle Perry appointed Co-Lead Counsel Sept. 11, 2023).

*Pessia v. Warren Gen. Hosp.*, No. 501 (Pa. 37th Jud. Dist. Ct. Warren Cnty.) (Danielle Perry appointed Co-Lead Class Counsel Jan. 29, 2024).

*Phillips v. Bay Bridge Admins., LLC*, No. 1:23-cv-00022 (W.D. Tex. July 30, 2024) (Gary Mason appointed to Plaintiffs' Interim Executive Committee Apr. 24, 2023).

*Rasmussen v. Uintah Basin Healthcare*, No. 2:23-cv-00322 (D. Utah) (Danielle Perry appointed Co-Lead Counsel June 16, 2023).

*Richardson v. Overlake Hosp. Med. Ctr.*, No. 20-2-07460-8 SEA (Wash. Super. Ct. King Cnty. Sept. 10, 2021) (data breach class action involving approximately 109,000 individuals) (Danielle Perry appointed Class Counsel June 11, 2021).

*Rodriguez v. Mena Reg'l Health Sys.*, No. 2:23-cv-02002 (W.D. Ark.) (Danielle Perry appointed Co-Lead Counsel Apr. 20, 2023) (preliminary approval pending).

*Rohrer v. Oak Valley Hosp. Dist.*, No. CV-23-005612 (Cal. Super. Ct. Stanislaus Cnty.) (Danielle Perry appointed Co-Lead Counsel Nov. 14, 2023) (preliminary approval granted July 16, 2024).

*Sharber v. FMC Servs., LLC*, No. 111219-D-CV (Tex. 320th Jud. Dist. Ct. Potter Cnty.) (Gary Mason appointed Co-Lead Counsel Nov. 16, 2022).

*Stinson v. Yum! Brands, Inc.*, No. 3:23-cv-00183 (W.D. Ky.) (Gary Mason appointed Co-Lead Counsel June 6, 2024).

*Suhr v. D.C. Health Benefit Exchange Auth.*, No. 1:23-cv-00694 (D.D.C.) (Gary Mason appointed Co-Lead Counsel July 13, 2023).

*Toussaint v. HanesBrands, Inc.*, No. 1:22-cv-00879 (M.D.N.C.) (Gary Mason appointed Class Counsel Nov. 5, 2024) (preliminary approval granted Nov. 5, 2024).

*Tucker v. Marietta Area Health Care*, No. 2:22-cv-00184 (S.D. Ohio Dec. 7, 2023) (Gary Mason appointed Co-Lead Counsel Dec. 9, 2022).

*Vasquez v. Our Lady of the Lake Univ. of San Antonio*, No. 2023CI07981 (Tex. 73d Jud. Dist. Ct. Brexar Cnty. Nov. 1, 2024) (Gary Mason appointed Class Counsel July 11, 2024).

*Watkins-Fields v. SSS Educ., Inc.*, No. 2:23-cv-23154 (D.N.J. Sept. 12, 2024) (Gary Mason appointed Co-Lead Counsel June 27, 2024).

*Woods v. Albany ENT & Allergy Servs., P.C.*, No. 904730-23 (N.Y. Sup. Ct. Albany Cnty. Oct. 11, 2024) (Danielle Perry appointed Co-Lead Counsel July 10, 2023).

— **EXHIBIT  5** —



# MILBERG.

## FIRM RESUME



Milberg PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Florida, Georgia, Illinois, New Jersey, New York, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands.

Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> - THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients — both large and small — to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of experienced appellate advocates and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation

In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation

In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation

In re: Blackbaud Inc., Customer Data Breach Litigation

In re: Paragard IUD Products Liability Litigation

In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation

In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation

In re: Allergan Biocell Textured Breast Implant Products Liability Litigation

In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation

In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation

In re: Ortho Evra Products Liability Litigation

In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation

In re: Kugel Mesh Hernia Patch Products Liability Litigation

In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

In re: Stand 'N Seal Products Liability Litigation

In re: Chantix (Varenicline) Products Liability Litigation

In re: Fosamax (alendronate Sodium) Products Liability Litigation

In re: Benicar (Olmesartan) Products Liability Litigation

In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation

In re: Risperdal and Invega Product Liability Cases

In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation

In re: Incretin-based Therapies Product Liability Litigation

In re: Reglan/Metoclopromide

In re: Levaquin Products Liability Litigation

In re: Zimmer Nexgen Knee Implant Products Liability Litigation

In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation

In re: Propecia (Finasteride) Products Liability Litigation

In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)

In re: Fluoroquinolone Product Liability Litigation

In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation

In re: Recalled Abbott Infant Formula Products Liability Litigation

Home Depot, U.S.A., Inc. v. Jackson

Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

## $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement

W.R. Grace & Co.

## $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

## $775 Million Settlement

Washington Public Power Supply System Securities Litigation

## $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# LOCATIONS

### PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

### CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

### FLORIDA
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131

### ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

### NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

### NEW YORK
100 Garden City Plaza, Suite 408
Garden City, New York 11530

### TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

### WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

### WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

### NETHERLANDS

### UNITED KINGDOM

