# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YES COMMUNITIES, LLC,<br><br>　　　　　Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

## NOTICE OF FIRM NAME CHANGE

Pursuant to D.C.COLO.LAttyR 5(c), please take notice that Gary E. Mason, counsel of record for Plaintiffs in the above-captioned action has changed his law firm affiliation.

All future service of documents in this matter should be sent to:

Gary E. Mason
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com

I have updated my personal profile information in the PACER/ECF system.

Dated: February 19, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Gary E. Mason*
　　　　　　　　　　　　　　　　　　　　　Gary E. Mason
　　　　　　　　　　　　　　　　　　　　　**MASON & PERRY LLP**
　　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Avenue NW, Suite 640
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　gmason@masonllp.com

　　　　　　　　　　　　　　　　　　　　　*Class Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Gary E. Mason*
Gary E. Mason

2