IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00692-PAB-NRN

_____

Civil Case No. 25-cv-00692-PAB-NRN

    (Consolidated with Civil Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-PAB-NRN)

_____

Civil Case No. 25-cv-00692-PAB-NRN

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

_____

Civil Case No. 25-cv-00698-PAB-NRN

TERRY WILKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

    Defendant.

_____

Civil Case No. 25-cv-00728-PAB-NRN

TERESA STARKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

YES COMMUNITIES, LLC,

Defendant.

_____

Civil Case No. 25-cv-00819-PAB-NRN

BRENTON KAY, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

_____

Civil Case No. 25-cv-00937-PAB-NRN

JASMIN BURNS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

YES COMMUNITIES, LLC,

     Defendant.

_____

## MINUTE ORDER

_____

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Docket No. 51].  Plaintiffs attach to their motion the proposed notices that will be sent to class members.  *See* Docket No. 51-1 at 41-52.

     The Court suggests the following changes to the notices.  In the postcard notice, in the section entitled "Who is included in the Settlement?," the Court suggests modifying "their Private Information" to "your Private Information."  *See id.* at 42.  This same change would be made in the long-form notice.  *See id.* at 47.  Furthermore, the Court suggests modifying the phrase "Class Members may elect to receive three (3) years of one bureau of credit monitoring offered through IDX" to read "Class Members may elect to receive three (3) years of credit monitoring through IDX for one credit bureau."  *See id.* at 42, 48.

     The Court will remove requirements (c)-(f) for written objections.  *See id.* at 50. The Court does not find a basis for these requirements.

The parties shall indicate their positions regarding the Court's proposed modifications on or before **July 21, 2026**.

DATED July 16, 2026.