# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PAB-NRN, 25-cv00819-PAB-NRN, and 25-cv-00937-PAB-NRN) |

**DECLARATION OF DUE DILIGENCE**

I, Richard Simmons, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the President of Analytics Consulting LLC (hereinafter "Analytics"),[1] located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. I am responsible for overseeing the settlement administration in the above-captioned litigation. I am over 21 years of age and am authorized to make this declaration on behalf of Analytics and myself. The following statements are based on my personal knowledge and information provided by other experienced Analytics employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2. Analytics is one of the leading providers of class and collective action notice and claims management programs in the nation. It is my understanding that Analytics' class action consulting practice, including the design and implementation of legal notice campaigns, is the oldest in the country. Through my work, I have personally overseen court-ordered class and collective notice programs in more than 3,000 matters.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement.

## BACKGROUND

3. On July 22, 2026, Analytics was engaged to provide settlement administration services in the *O'Leary v. YES Communities, LLC,* Settlement. In this capacity, Analytics was charged with (a) establishing and maintaining a related settlement fund account; (b) establishing and maintaining a calendar of administrative deadlines and responsibilities; (c) printing and mailing the Notices of Class Action Settlement; (d) receiving and validating Requests for Exclusion, Objections and Claims submitted by Settlement Class Members; (e) processing and mailing payments to Settlement Class Members and Class Counsel; (f) establishing a dedicated Settlement Post Office Box; (g) creating and maintaining Dedicated Toll-Free Number with an interactive voicemail help line and Settlement Website to provide Settlement Class Members with information concerning the Settlement and claims process; and (h) performing other tasks as the Parties mutually agree or the Court orders Analytics to perform.

## NOTICE PROGRAM

### Data and Case Setup

4. On July 23, 2026, Analytics received the Court-approved Long Form Notice ("Class Notice"), Postcard Notice, and Claim Form. The Class Notices advised Settlement Class Members of their right to request exclusion from the Settlement, object to the Settlement or file a Claim Form and the implications of each such action. The Class Notice advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how they could obtain additional information.

5. On July 27, 2026, Analytics received a mailing list ("Class List") from Counsel for Defendant. The data file contained 10,675 records, including names and last-known mailing addresses for Settlement Class Members.

6. Analytics identified 51 duplicate Settlement Class Member records and excluded them from the mailing list.

7. This resulted in 10,624 Settlement Class Members.

8. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Postcard Notices to Settlement Class Members with missing or incorrect email addresses.

9. On January 12, 2026, Analytics designated a post office box with mailing address Yes Communities LLC Data Incident, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002, in order to receive Requests to Opt-Out, Claim Forms, objections, and correspondence from potential Settlement Class Members.

10. On August 20, 2026, Analytics established a toll-free phone number (866) 307-8556, for potential Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system. As of October 5, 2026, the IVR system has received eleven (11) calls.

11. On August 12, 2026, Analytics created a dedicated Settlement Website entitled www.YESCommunitiesDataIncident.com. The Settlement "went live" on August 20, 2026, and contains a summary of the Settlement, important dates and deadlines, contact information for the Settlement

Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including Settlement Agreement, Preliminary Approval Order, Claim Form, and Long Form Notice, and allowed potential Settlement Class Members an opportunity to file a Claim Form online.

12. The phone number, website, and email box were included in the Class Notices.

13. The Long Form Notice and Claim Form are available for download at the Settlement Website, and are attached as **Exhibits 1** and **2**, respectively. The Settlement Agreement and Preliminary Approval Order are also available on the Settlement Website.

**The Notice Program**

14. On August 21, 2026, Analytics mailed the approved Postcard Notice to the most current mailing address of 10,624 Settlement Class Members via USPS First Class Mail. A true and correct copy of the Postcard Notice is attached hereto as **Exhibit 3**.

15. Of the 10,624 Postcard Notices attempted for delivery, 1,764 Postcard Notices were returned as undeliverable by the Post Office. Sixty-four (64) Postcard Notices were returned with a forwarding address and were remailed to the forwarding address on October 5, 2026.

16. For each Postcard Notice that was returned by the USPS as undeliverable and *without* a forwarding address, Analytics performs an advanced address search using Experian, a reputable research tool. Analytics uses the Settlement Class Member's name and prior address to attempt to identify a current address. The Experian research is still underway.

## NOTICE PROGRAM REACH

17. As of October 5, 2026, 1,746 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding address.

18. Based on the foregoing, following all Postcard Notice mailings, Analytics has reason to believe that direct notice likely reached 8,860 of the 10,624 potential Settlement Class Members, or

approximately 83.40% of the potential Settlement Class. This reach rate is consistent with other court-approved best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[3]

**EXCLUSIONS AND OBJECTIONS**

19. Class Members can exclude themselves from the proposed settlement by mailing a written statement requesting exclusion from the Class to Analytics, postmarked by October 21, 2026. To date, zero (0) exclusion requests have been received by Analytics.

20. Class Members can object to the proposed settlement by mailing a written statement objecting to the settlement to Analytics, postmarked by October 21, 2026. To date, zero (0) objections have been received by Analytics.

**CLAIM ACTIVITY**

21. Settlement Class Members must return a valid Claim Form postmarked by November 5, 2026, in order to receive a settlement payment from the proposed settlement.

22. To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, potential Settlement Class Member were provided a unique "Claim Number" on their respective notices as part of the Claims Review Process. The Claim Number is required for potential Settlement Class Members to file a Claim Form online.

23. As of October 5, 2026, Analytics has received one (1) Claim Form through the mail and 330 Claim Forms filed electronically through the Settlement Website, for a total of three hundred and

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[3] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation: A Pocket Guide for Judges, at 27 (3d ed. 2010).

thirty-one (331) Claim Forms received. The claims rate is currently 3.12% and is expected to increase as the Claims Deadline approaches.

24. Analytics is still in the process of reviewing and validating Claim Forms. To date, nine (9) timely Claim Forms are currently partially deficient due to insufficient supporting documentation for out-of-pocket losses, but each is currently valid for at least one other Settlement Benefit. All nine (9) claims are going through the deficiency process. The deadline to submit a corrected Claim Form is November 5, 2026.

## NOTICE AND ADMINISTRATIVE EXPENSES

25. Analytics' work in connection with this matter will continue with the completion of claims processing, the issuance and mailing of the settlement checks and digital payments, and to do the necessary tax reporting for the settlement fund.

26. The current estimated cost for Settlement Administration, including both notice and claims administration, is $19,192.

## CAFA NOTICE

27. On February 20, 2026, Analytics served the CAFA notice by courier upon the Attorney General of the United States and the Attorneys General of 22 States, provided in the CAFA Distribution List by the Defendant.

## CERTIFICATION

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 6, 2026, in Chanhassen, Minnesota.

Dated: October 6, 2026

Richard Simmons

# EXHIBIT 1

# NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

## If YES Communities, LLC Notified You Of A Data Incident, You May Be Eligible For Benefits From A Class Action Settlement.

*This is not a solicitation from a lawyer, junk mail, or an advertisement.*
*A court authorized this Notice.*

This notice summarizes the proposed settlement reached in a lawsuit entitled *O'Leary v. YES Communities, LLC*, Case No. 1:25-cv-692 pending in the United States District Court for the District of Colorado ("Action"). For the precise terms and conditions of the settlement, please see the Settlement Agreement available at www.YESCommunitiesDataIncident.com or by contacting the Claims Administrator at 866-307-8556.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE
TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**This Notice explains the nature of the lawsuit and claims being settled, your legal rights, and the benefits to the Settlement Class.**

**This notice may affect your rights – please read it carefully.**

- A Settlement has been reached in the class action lawsuit against YES Communities, LLC ("YES Communities") concerning a data incident that occurred between December 9 and 11, 2024, in which YES Communities experienced a system breach during which hackers targeted and accessed Defendant's network systems, some of which contained Private Information. YES Communities does not in any way acknowledge, admit to, or concede any of the allegations made in any of the complaints or in the Complaint, and expressly disclaims and denies any fault or liability, or any charges of wrongdoing that have been or could have been asserted in the Complaint.
- If you received this Notice, you have been identified as a part of the Settlement Class. More specifically, you are a part of the Settlement Class because you have been identified as a living individual in the United States or its territories, who was sent notice by Defendant that your Private Information was impacted in the Data Incident. Some limited exclusions apply and can be found in the Settlement Agreement available at www.YESCommunitiesDataIncident.com and in Section 1 below.
- All Settlement Class Members can receive the following benefits from the Settlement: (a) Cash Payment A – Documented losses: up to $2,500 cash compensation for documented losses, (b) Cash Payment B – Lost Time: cash payment of $20.00 per hour for up to four (4) hours of time spent resolving issues related to the Data Incident, or (c) Cash Payment C – Alternate Cash: $50.00 cash compensation as the alternative to Cash Payment A and Cash Payment B.
- In addition to a Cash Payment, all Settlement Class Members may elect to receive three (3) years of credit monitoring through IDX for one credit bureau. This shall be available to any Settlement Class Member regardless of whether they previously received a credit monitoring product related to the Data Incident or otherwise.
- **The deadline to submit a claim is November 5, 2026.**

| YOUR LEGAL RIGHTS & OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim** | **You must submit a valid Claim to get monetary relief or credit monitoring from this Settlement.**<br>Claim Forms must be submitted online by **November 5, 2026**, or, if mailed, postmarked no later than **November 5, 2026.** |
| **Do Nothing** | If you do nothing, you remain in the Settlement.<br>You give up your rights to sue and you will not get any money. |
| **Exclude Yourself** | **Get out of the Settlement. Get no money. Keep your rights.**<br>This is the only option that allows you to keep your right to sue about the claims in this Lawsuit. You will not get any money or credit monitoring from the Settlement.<br>Your request to exclude yourself must be postmarked no later than **October 21, 2026.** |
| **File an Objection** | Stay in the Settlement, but tell the Court why you think the Settlement should not be approved.<br>Objections must be postmarked no later than **October 21, 2026**. |
| **Go to a Hearing** | You can ask to speak in Court about the fairness of the Settlement, at your own expense. *See* Question 18 for more details.<br>The Final Approval Hearing is scheduled for November 20, 2026, at 10:00 AM, and will be held at 901 19th St, Denver, CO 80294, in Courtroom A701. |

## WHAT THIS NOTICE CONTAINS

**Basic Information** .................................................. **Page 4**

1. How do I know if I am affected by the Lawsuit and Settlement?
2. What is this case about?
3. Why is there a Settlement?
4. Why is this a class action?
5. How do I know if I am included in the Settlement?

**The Settlement Benefits** .................................................. **Pages 5-6**

6. What does this Settlement provide?
7. How to submit a Claim.
8. What am I giving up as part of the Settlement?
9. Will the Class Representatives receive compensation?

**Exclude Yourself** .................................................. **Page 6-7**

10. How do I exclude myself from the Settlement?
11. If I do not exclude myself, can I sue later?
12. What happens if I do nothing at all?

**The Lawyers Representing You** .................................................. **Page 7**

13. Do I have a lawyer in the case?
14. How will the lawyers be paid?

**Objecting to the Settlement** .................................................. **Page 7-8**

15. How do I tell the Court that I do not like the Settlement?
16. What is the difference between objecting and asking to be excluded?

**The Final Approval Hearing** .................................................. **Page 8**

17. When and where will the Court decide whether to approve the Settlement?
18. Do I have to come to the hearing?
19. May I speak at the hearing?

**Do Nothing** .................................................. **Page 9**

20. What happens if I do nothing?

**Get More Information** .................................................. **Page 9**

21. How do I get more information about the Settlement?

# BASIC INFORMATION

## 1. How do I know if I am affected by the Lawsuit and Settlement?

You are a part of the Settlement Class if you have been identified as a living individual in the United States who was sent notice by Defendant that your Private Information was impacted in the Data Incident.

The Settlement Class excludes: (a) all persons who are directors and officers of Defendant; (b) governmental entities; and (c) the Judge assigned to the Action, that Judge's immediate family, and Court staff.

This Notice explains the nature of the lawsuit and claims being settled, your legal rights, and the benefits to the Settlement Class.

## 2. What is this case about?

This case is known as *O'Leary v. YES Communities, LLC*, Case No. No. 1:25-cv-692, pending in the United States District Court for the District of Colorado. The persons who sued is called the "Plaintiff," and the company they sued, YES Communities, LLC, is known as the "Defendant" in this case.

Plaintiffs filed the Lawsuit against Defendant, on behalf of themselves and anyone whose Private Information was potentially impacted as a result of the Data Incident.

On or about December 11, 2024, Defendant became aware of anomalous activity within its computer network, which involved certain files being encrypted by ransomware. With the assistance of a third-party forensic specialist engaged through counsel, a forensic investigation was conducted, which determined that between December 9 and 11, 2024, Defendant experienced a ransomware attack that resulted in unauthorized access to its systems and theft of unencrypted Private Information belonging to 10,675 individuals located in the United States or its territories. That information includes name, Social Security number, driver's license number, passport number, state ID card number, financial and credit/debit account information, visa/work eligibility documentation, employee identification number/tax ID number, non-US national identification number, and date of birth. On or about February 24, 2025, Defendant began sending notification letters to impacted individuals. This Lawsuit was subsequently filed asserting claims against Defendant relating to this Data Incident. Defendant denies any wrongdoing.

## 3. Why is there a Settlement?

By agreeing to settle, both sides avoid the cost, disruption, and distraction of further litigation. The Plaintiffs, Defendant, and their attorneys believe the proposed Settlement is fair, reasonable, and adequate and, thus, in the best interests for Settlement Class Members. The Court did not decide in favor of the Plaintiffs or Defendant. Full details about the proposed Settlement are found in the Settlement Agreement available at www.YESCommunitiesDataIncident.com.

## 4. Why is this a class action?

In a class action, one or more people called a "Class Representative" sue on behalf of all people who have similar claims. All of these people together are the "Settlement Class" or "Settlement Class Members."

## 5. How do I know if I am included in the Settlement?

You are included in the Settlement Class if you have been identified as a living individual in the United States or its territories, who was sent notice by Defendant that your Private Information was impacted in the Data Incident. Some limited exclusions apply and can be found in the Settlement Agreement available at www.YESCommunitiesDataIncident.com and in Section 1 above. If you are not sure whether you are included as a Settlement Class Member, or have any other questions about the

Settlement, visit www.YESCommunitiesDataIncident.com, call toll-free at 866-307-8556, or write to YES Communities Data Incident, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002.

## THE SETTLEMENT BENEFITS

### 6. What does this Settlement provide?

The proposed Settlement will provide the following benefits to Settlement Class Members:

**Cash Payment A – Documented Loss:** All Settlement Class Members are eligible to submit a claim for up to $2,500.00 per Settlement Class Member upon presentment of reasonable documentation of losses related to fraud and/or identity theft as a result of the Data Incident. Documented expenses include, by way of example, unreimbursed losses relating to fraud or identity theft: if (i) the loss is an actual, documented, and unreimbursed monetary loss; (ii) the loss was more likely than not caused by the Data Incident; and (iii) the loss was incurred after the date of the Data Incident. To receive payment for documented losses, a Settlement Class Member must complete and submit a Claim Form and include documentation in support of the Claim. Except as expressly provided herein, personal certifications, declarations, or affidavits from the Settlement Class Member do not constitute proper documentation, but may be included to provide clarification, context, or support for other submitted reasonable documentation. Settlement Class Members shall not be reimbursed for expenses if they have been reimbursed for the same expenses by another source, including compensation provided in connection with any credit monitoring and identity theft protection product.

**Cash Payment B – Lost Time:** Settlement Class Members who spent time remedying issues related to the Data Incident may receive reimbursement in the amount of $20.00 per hour for up to four hours of time (for a total of $80.00). Settlement Class Members must attest to the amount of time spent. If a Settlement Class Member fails to identify how many hours of time spent on the Claim Form, the Settlement Administrator may interpret such a Claim as a submission for one hour of time.

**Cash Payment C – Alternate Cash:** As an alternative to Cash Payment A – Documented Losses and Cash Payment B – Lost Time, all Settlement Class Members may elect to receive Cash Payment C - Alternate Cash which is a cash payment in the amount of $50.00. There is no documentation required to claim this benefit.

**Credit Monitoring:** In addition to a Cash Payment, all Settlement Class Members may elect to receive three (3) years of credit monitoring through IDX for one credit bureau. This shall be available to any Settlement Class Member regardless of whether they previously received a credit monitoring product related to the Data Incident or otherwise.

**Note:** Defendant shall be solely responsible for the payment of all Settlement Administration Costs. The Settlement Administrator and Defendant will enter into a separate agreement related to the payment of the Settlement Administration Costs.

### 7. How to submit a claim.

All claims will be reviewed by the Claims Administrator for completeness and plausibility. You must file a Claim Form to receive benefits from the proposed Settlement. Claim Forms must be submitted online by **November 5, 2026**, or postmarked no later than November 5, 2026. You can submit an online claim or download a Claim Form at www.YESCommunitiesDataIncident.com, or you can call the Claims Administrator toll-free at **866-307-8556** for a Claim Form.

### 8. What am I giving up as part of the Settlement?

If you stay in the Settlement Class, you will be eligible to receive benefits, but you will not be able to sue YES Communities, LLC, and each entity which is controlled by, controlling or under common control with Defendant and their respective past, present, and future direct and indirect heirs, assigns, associates, corporations, investors, owners, parents, subsidiaries,

affiliates, insurers, reinsurers, divisions, officers, directors, shareholders, members, agents, servants, employees, partners, predecessors, successors, managers, administrators, executors, and trustees (collectively "Released Parties") regarding the claims in this case.

The Settlement Agreement, which includes all provisions and definitions about settled claims, releases, and Released Parties, is available at www.YESCommunitiesDataIncident.com.

The only way to keep the right to sue is to exclude yourself (*see* Question 10), otherwise you will be included in the Settlement Class, and, if the Settlement is approved, you give up the right to sue for the claims in this case.

### 9. Will the Class Representatives receive compensation?

Yes. Class Counsel, on behalf of the Class Representatives, will seek service awards of up to $2,500 each, to compensate them for their services and efforts in bringing the Lawsuit. The Court will make the final decision as to the amount, if any, to be paid to the Class Representatives.

## EXCLUDE YOURSELF

### 10. How do I exclude myself from the Settlement?

If you do not want to be included in the Settlement, you must send a timely written request for exclusion. The exclusion request must be personally signed by the Settlement Class Member and contain the requestor's name, address, telephone number, and email address, and include a statement indicating a request to be excluded from the Settlement. Mass or Class opt-outs by an attorney or other representative of a group of Settlement Class Members will not be accepted. Any Settlement Class Member who does not timely and validly request to opt-out shall be bound by the terms of this Agreement even if that Settlement Class Member does not submit a Valid Claim.

Your written request for exclusion must be postmarked no later than **October 21, 2026**, and mailed to:

YES Communities LLC Data Incident
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002

If you exclude yourself, you will not be able to receive any cash benefit or credit monitoring from the Settlement, and you cannot object to the Settlement at the Final Approval Hearing. You will not be legally bound by anything that happens in the Lawsuit, and you will keep your right to sue Defendant on your own for the claims that this Settlement resolves.

### 11. If I do not exclude myself, can I sue later?

No. If you do not exclude yourself from the Settlement, and the Settlement is approved by the Court, you forever give up the right to sue the Released Parties (listed in Question 8) for the claims this Settlement resolves.

### 12. What happens if I do nothing at all?

If you do nothing, you will be bound by the Settlement if the Court approves it, you will not get any money or credit monitoring services from the Settlement, you will not be able to start or proceed with a lawsuit, or be part of any other lawsuit against the Released Parties (listed in Question 8) about the settled claims in this case at any time.

## THE LAWYERS REPRESENTING YOU

### 13. Do I have a lawyer in the case?

Yes. The Court has appointed Kopelowitz Ostrow P.A., Strauss Borrelli PLLC, Eksm LLP, Mason LLP, and Milberg PLLC. (called "Class Counsel") to represent the interests of all Settlement Class Members in this case. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 14. How will the lawyers be paid?

Class Counsel will apply to the Court for an award of combined attorneys' fees, costs, and expenses in an amount not to exceed $217,000. A copy of Class Counsel's Motion for Attorneys' Fees, Costs, Expenses, and Service Award for Class Representative will be posted on the Settlement Website, www.YESCommunitiesDataIncident.com, before the Final Approval Hearing. The Court will make the final decisions as to the amounts to be paid to Class Counsel and may award less than the amount requested by Class Counsel.

## OBJECTING TO THE SETTLEMENT

### 15. How do I tell the Court that I do not like the Settlement?

If you want to tell the Court that you do not agree with the proposed Settlement or some part of it, you must file an objection with the Court telling it why you do not think the Settlement should be approved.

For a written objection to be considered by the Court, the objection must also set forth:

a) the objector's full name, mailing address, telephone number, and email address (if any);

b) all grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel; a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);

c) a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and

d) the objector's signature (an attorney's signature is not sufficient).

Your Objection must be filed with, or mailed to, the Clerk of the Court no later than **October 21, 2026**.

**United States District Court for the District of Colorado**
**Alfred A. Arraj Courthouse**
**901 19th Street**
**Denver, CO 80294**

In addition, you must concurrently mail or hand deliver a copy of your objection to Class Counsel, Defendant's Counsel, and the Settlement Administrator at the addresses on the next page, postmarked no later than **October 21, 2026**.

| CLASS COUNSEL | | |
|---|---|---|
| Jeff Ostrow<br>**Kopelowitz Ostrow P.A.**<br>1 West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>ostrow@kolawyers.com | Raina Borrelli<br>**Strauss Borrelli PLLC**<br>One Magnificent Mile<br>980 N Michigan Avenue, Suite 1610<br>Chicago IL, 60611<br>raina@straussborrelli.com | Leigh S. Montgomery<br>**EKSM, LLP**<br>4200 Montrose Blvd., Suite 200<br>Houston, TX 77006<br>lmontgomery@eksm.com |
| Gary E. Mason<br>**Mason LLP**<br>5335 Wisconsin Avenue, NW<br>Suite 640<br>Washington, DC 20015<br>gmason@masonllp.com | Gary M. Klinger<br>**Milberg, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com | |
| **DEFENDANT'S COUNSEL** | | |
| Carolyn Purwin Ryan<br>**Mullen Coughlin LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>cpurwinryan@mullen.law | | |
| **SETTLEMENT ADMINISTRATOR** | | |
| YES Communities LLC Data Incident<br>c/o Analytics Consulting LLC<br>P.O. Box 2002<br>Chanhassen, MN 55317-2002 | | |

If you do not submit your objection with all requirements, or if your objection is not received by **October 21, 2026**, you will be considered to have waived all Objections and will not be entitled to speak at the Final Approval Hearing.

### 16. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

## THE FINAL APPROVAL HEARING

### 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on November 20, 2026, at 10:00 AM and will be held at 901 19th St, Denver, CO 80294, in Courtroom A701. The hearing may be moved to a different date, time, or location without additional notice, so it is recommended that you periodically check www.YESCommunitiesDataIncident.com for updated information.

At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, adequate, and is in the best interests of Settlement Class Members, and if it should be finally approved. If there are valid objections, the Court will

consider them and will listen to people who have asked to speak at the hearing if the request was made properly. The Court will also consider the award of attorneys' fees, costs, and expenses to Class Counsel and the request for a Service Award to the Class Representatives.

## 18. Do I have to come to the hearing?

No. You are not required to come to the Final Approval Hearing. However, you are welcome to attend the hearing at your own expense.

If you submit an Objection, you do not have to come to the hearing to talk about it. If your objection was submitted properly and on time, the Court will consider it. You also may pay your own lawyer to attend the Final Approval Hearing, but that is not necessary. However, you must follow the requirements for making objections in Question 15, including the requirements for making appearances at the hearing.

## 19. May I speak at the hearing?

Yes. You can speak at the Final Approval Hearing, but you must ask the Court for permission. To request permission to speak, you must file an objection according to the instructions in Question 15, including all the information required for you to make an appearance at the hearing. You cannot speak at the hearing if you exclude yourself from the Settlement.

# DO NOTHING

## 20. What happens if I do nothing?

If you do nothing, you will not get any money from the Settlement, you will not be able to sue for the claims in this case, and you release the claims against Defendants and the Released Parties described in Question No. 8.

# GET MORE INFORMATION

## 21. How do I get more information about the Settlement?

This is only a summary of the proposed Settlement. If you want additional information about this lawsuit, including a copy of the Settlement Agreement, the Complaint, the Court's Preliminary Approval Order, Class Counsel's Motion for Attorneys' Fees, Costs, Expenses, and Service Award for Class Representative, and more, please visit www.YESCommunitiesDataIncident.com or call 866-307-8556. You may also contact the Claims Administrator at:

YES Communities LLC Data Incident
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR LITIGATION TO THE CLERK OF THE COURT, THE JUDGE, DEFENDANT, OR DEFENDANT'S COUNSEL.**

# EXHIBIT 2

Your claim must be submitted online or postmarked by: NOVEMBER 5, 2026

# CLAIM FORM FOR YES COMMUNITIES, LLC DATA INCIDENT SETTLEMENT

*O'Leary v YES Communities, LLC*
Case No. 1:25-cv-692-PAB-NRN
United Stated District Court for the District of Colorado

**YES Communities Data Incident**

**USE THIS FORM ONLY IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS TO MAKE A CLAIM FOR COMPENSATION FOR UNREIMBURSED LOSSES**

## GENERAL INSTRUCTIONS

If you received Notice of this Settlement, you have been identified as a living individual in the United States who was sent notice by Defendant that your Private Information was impacted in the Data Incident.

Please refer to the Settlement Notice (Long Notice) posted on the Settlement Website www.YESCommunitiesDataIncident.com, for more information on submitting a Claim.

**To receive any benefits, you must submit the Claim Form below by November 5, 2026.**

**Cash Payment A – Documented Loss:** All Settlement Class Members are eligible to submit a claim for up to $2,500.00 per Settlement Class Member upon presentment of reasonable documentation of losses related to fraud and/or identity theft as a result of the Data Incident. Documented expenses include, by way of example, unreimbursed losses relating to fraud or identity theft: if (i) the loss is an actual, documented, and unreimbursed monetary loss; (ii) the loss was more likely than not caused by the Data Incident; and (iii) the loss was incurred after the date of the Data Incident. To receive payment for documented losses, a Settlement Class Member must complete and submit a Claim Form and include documentation in support of the Claim. Except as expressly provided herein, personal certifications, declarations, or affidavits from the Settlement Class Member do not constitute proper documentation, but may be included to provide clarification, context, or support for other submitted reasonable documentation. Settlement Class Members shall not be reimbursed for expenses if they have been reimbursed for the same expenses by another source, including compensation provided in connection with any credit monitoring and identity theft protection product.

**Cash Payment B – Lost Time:** Settlement Class Members who spent time remedying issues related to the Data Incident may receive reimbursement in the amount of $20.00 per hour for up to four hours of time (for a total of $80.00). Settlement Class Members must attest to the amount of time spent. If a Settlement Class Member fails to identify how many hours of time spent on the Claim Form, the Settlement Administrator may interpret such a Claim as a submission for one hour of time.

**Cash Payment C – Alternate Cash:** As an alternative to Cash Payment A – Documented Losses and Cash Payment B – Lost Time, all Settlement Class Members may elect to receive Cash Payment C - Alternate Cash which is a cash payment in the amount of $50.00. There is no documentation required to claim this benefit.

**Credit Monitoring:** In addition to a Cash Payment, all Settlement Class Members may elect to receive three (3) years of credit monitoring through IDX for one credit bureau. This shall be available to any Settlement Class Member regardless of whether they previously received a credit monitoring product related to the Data Incident or otherwise.

Please read the claim form carefully and answer all questions. Failure to provide required information could result in a denial of your claim.

This Claim Form may be submitted electronically via the Settlement Website at www.YESCommunitiesDataIncident.com or completed and mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

YES Communities Data Incident
c/o Analytics Consulting LLC
PO Box 2002
Chanhassen, MN 55317-2002

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Claims Administrator if your contact information changes after you submit this form.

First Name | Last Name

Street Address

City | State | Zip Code

Email Address (optional) | Telephone Number

## II. PROOF OF CLASS MEMBERSHIP

☐ Check this box to certify that you were a person to whom YES Communities, LLC mailed notice of the Settlement.

Enter the Claim Number and PIN provided on your Postcard Notice:

Claim Number

PIN

## III. CREDIT MONITORING

☐ Check this box if you wish to receive three (3) years of credit monitoring through IDX for one credit bureau.

## IV. CASH PAYMENT A - DOCUMENTED LOSSES

All Settlement Class Members are eligible to submit a claim for up to $2,500.00 per Settlement Class Member upon presentment of reasonable documentation of losses related to fraud and/or identity theft as a result of the Data Incident. Documented expenses include, by way of example, unreimbursed losses relating to fraud or identity theft: if (i) the loss is an actual, documented, and unreimbursed monetary loss; (ii) the loss was more likely than not caused by the Data Incident; and (iii) the loss was incurred after the date of the Data Incident. To receive payment for documented losses, a Settlement Class Member must complete and submit a Claim Form and include documentation in support of the Claim. Except as expressly provided herein, personal certifications, declarations, or affidavits from the Settlement Class Member do not constitute proper documentation, but may be included to provide clarification, context, or support for other submitted reasonable documentation. Settlement Class Members shall not be reimbursed for expenses if they have been reimbursed for the same expenses by another source, including compensation provided in connection with any credit monitoring and identity theft protection product.

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| ☐ Losses related to fraud and/or identity theft as a result of the Data Incident | ☐☐ – ☐☐ – ☐☐<br>M M D D Y Y | $ ☐☐☐☐ . ☐☐ |

Provide a written description of your documented loss expenses:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Provide a written explanation of your actual, documented identity theft and/or fraud, why it was more likely than not caused by the Data Incident, and your reasonable efforts to avoid, or seek reimbursement for, the loss:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**YOU MUST SUBMIT DOCUMENTATION OF THE FRAUD AND/OR IDENTITY THEFT AND YOUR DOCUMENTED LOSS EXPENSES.**

**Examples of Supporting Documentation of Loss:** *Bank statements, credit card statements, letters from the IRS or other tax authorities, letters from state unemployment agencies, and police reports.*

## V. CASH PAYMENT B - LOST TIME

Settlement Class Members who spent time remedying issues related to the Data Incident may receive reimbursement in the amount of $20.00 per hour for up to four hours of time (for a total of $80.00).

Hours claimed (up to 4 hours – check one box): ☐ 1 Hour ☐ 2 Hours ☐ 3 Hours ☐ 4 Hours

☐ I swear under penalty of perjury that, to the best of my knowledge and belief, any claimed lost time was spent related to the Data Incident.

## VI. CASH PAYMENT C - ALTERNATE CASH PAYMENT

☐ Check this box if you wish to receive a cash payment.

As an alternative to Cash Payment A – Documented Losses and Cash Payment B – Lost Time, all Settlement Class Members may elect to receive Cash Payment C - Alternate Cash, which is a cash payment in the amount of $50.00. There is no documentation required to claim this benefit.

You are not entitled to this Alternative Cash Payment if you have made a claim under Sections IV and/or V.

## VII. PAYMENT SELECTION

Please select **one** of the following payment options, which will be used should you be eligible to receive a settlement payment:

☐ **PayPal** - Enter your PayPal email address: ______________________________

☐ **Venmo** - Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle** - Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __ - __ __ __ - __ __ __ __ or Email Address: ______________________________

☐ **Virtual Prepaid Card** - Enter your email address: ______________________________

☐ **Physical Check** - Payment will be mailed to the address provided in Section I above.

## VIII. ATTESTATION & SIGNATURE

**I declare under penalty of perjury under the laws of the United States and any applicable state or jurisdiction that the information provided in this Claim Form, and any supporting documentation submitted, is true and correct to the best of my knowledge. I further attest, under penalty of perjury, that any hours I have claimed for Lost Time were in fact spent responding to the Data Incident. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim can be deemed complete and valid.**

| ______________________ | ______________________ | ______________________ |
|---|---|---|
| Signature | Printed Name | Date Signed |

# EXHIBIT 3

**<u>Why am I receiving this notice?</u>** A Settlement has been reached in a class action lawsuit against YES Communities, LLC ("YES Communities") concerning a data incident on or about December 11, 2024, in which it experienced a ransomware attack that resulted in unauthorized access to its systems and theft of unencrypted Private Information. YES Communities denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the Action to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available at www.YESCommunitiesDataIncident.com.

**<u>Who is included in the Settlement?</u>** You are included in the Settlement Class if you have been identified as a living individual in the United States who was sent notice by Defendant that your Private Information was impacted in the Data Incident.

**<u>What are the Settlement benefits?</u>** All Class Members may elect to receive three (3) years of credit monitoring through IDX for one credit bureau, cash compensation up to $2,500 for documented losses, cash payment of $20.00 per hour for up to four (4) hours spent resolving issues related to the Data Incident, or $50.00 cash compensation as the alternative to the other cash payments.

**<u>How do I receive a benefit?</u>** Class Members may submit Claim Forms at www.YESCommunitiesDataIncident.com using the Claim Number and PIN found at the front of this postcard or download a paper Claim Form from the website and mail it to the Claims Administrator at the address on the Claim Form. **Claims must be submitted online or postmarked by November 5, 2026.**

**<u>Who represents me?</u>** The Court has appointed Kopelowitz Ostrow P.A., Strauss Borrelli PLLC, EKSM LLP, Mason LLP, AND Milberg PLLC to represent you.

**<u>What if I don't want to participate in the Settlement?</u>** If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 21, 2026**, or you will not be able to sue YES Communities for the claims made in this lawsuit. If you exclude yourself, you cannot get benefits from this Settlement. If you want to object to the Settlement, you may file an objection by **October 21, 2026**. The Settlement Agreement, available on the Settlement website at www.YESCommunitiesDataIncident.com, explains how to exclude yourself or object.

**<u>When will the Court decide whether to approve the Settlement?</u>** The Court will hold a hearing in this case on November 20, 2026, at 10:00 AM and will be held in Courtroom A 701 at the US District Court – District of Colorado, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for $217,000.00 to cover attorneys' fees and costs of litigation, as well as a $2,500.00 service award to the named Plaintiffs. You may attend the hearing at your own cost, but you do not have to.

**THIS NOTICE IS ONLY A SUMMARY.**
**VISIT WWW.YESCOMMUNITIESDATAINCIDENT.COM**
**OR SCAN THIS QR CODE FOR COMPLETE INFORMATION.**

YES Communities Data Incident
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002

***O'Leary v YES Communities, LLC***
Case No. 1:25-cv-692-PAB-NRN

**IF YOUR PRIVATE INFORMATION MAY HAVE BEEN IMPACTED IN A DATA INCIDENT SUFFERED BY YES COMMUNITIES, LLC, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.**

For more information about the proposed class action settlement, including how to submit a claim, exclude yourself, or submit an objection, please visit **www.YESCommunitiesDataIncident.com** or call toll-free **866-307-8556**.

*A court has authorized this Notice.*

*This is not a solicitation from a lawyer.*
*You are not being sued.*

Postal Service: Please Do Not Mark Barcode

Claim Number: 1111111 - PIN: a!b@c#d$

ABC1234567890

JOHN Q CLASSMEMBER
123 MAIN ST
ANYTOWN, ST 12345