AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Colorado

MICHELLE O'LEARY on behalf of herself and all others similarly situated,
*Plaintiff*
v.
YES COMMUNITIES, LLC
*Defendant*

Case No. 1:25-cv-00692

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michelle O'Leary .

Date: 10/26/2026

*/s/ Leigh S. Montgomery*
*Attorney's signature*

Leigh S. Montgomery TX Bar No. 24052214
*Printed name and bar number*

4200 Montrose Blvd., Ste. 200 Houston, TX 77006
*Address*

Service@eksm.com
*E-mail address*

(888) 350-3931
*Telephone number*

(888) 276-3455
*FAX number*