**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00692

MICHELLE O'LEARY on behalf of herself and all
Others similarly situated,

Plaintiff(s),

v.

YES COMMUNITIES, LLC,

Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Defendant, Yes Communities.

DATED at Devon, Pennsylvania, this 10th day of November, 2026.

Carolyn Purwin Ryan PA Bar No. 208360
Name of Attorney

Mullen Coughlin LLC
Firm Name

426 W. Lancaster Avenue, Suite 200
Office Address

Devon, PA 19426
City, State, ZIP Code

(267) 930-3636
Telephone Number

cpurwinryan@mullen.law
Primary CM/ECF E-mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November 2026I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on file:

*s/Carolyn Purwin Ryan*