**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MICHELLE O'LEARY, on behalf of herself and all others similarly situated,

Plaintiff,

v.

YES COMMUNITIES, LLC,

Defendant.

Case No. 25-cv-00692-PAB-NRN

(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS)

# JOINT MOTION FOR LEAVE TO APPEAR VIA VIDEOCONFERENCE AT THE NOVEMBER 20, 2026 FINAL FAIRNESS HEARING

NOW COME Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), by and through counsel, to hereby jointly request leave to appear at the upcoming November 20, 2026 Final Fairness Hearing remotely via videoconference, and in support state as follows:

1. The Court has set an in-person Final Fairness Hearing for November 20, 2026.

2. The Parties respectfully request that their respective counsel be permitted to appear at the hearing remotely via videoconference, or by such electronic means as the Court may direct.

3. The Parties make this application jointly and with the consent of all parties.

4. This request is not presented for any improper purpose or delay and good cause exists to grant this request including that permitting counsel to appear remotely is appropriate and will promote the efficient administration of this matter such that all counsel shall participate fully without prejudice to any party or interference to the Court's consideration of the settlement.

5. Counsel for all parties are experienced at conducting conferences remotely, including final fairness hearings, and have successfully participated in such hearings via

videoconference in the past.

6. The Parties therefore respectfully seek the Court's express permission for counsel to appear remotely at the scheduled hearing.

7. The Parties will comply with any conditions, procedures, or technological requirements imposed by the Court concerning the remote appearance.

WHEREFORE, the Parties respectfully request that this Honorable Court grant the Parties' Joint Motion for Leave to Appear Via Videoconference at the November 20, 2026 Final Fairness Hearing and permit all counsel participating in the hearing to appear remotely by such electronic platform designated by the Court.

Dated: November 10, 2026

**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
lmontgomery@eksm.com

**STRAUSS BORRELLI PLLC**
Raina C. Borrelli
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

**MULLEN COUGHLIN LLC**

*/s/ Carolyn Purwin Ryan*
Carolyn Purwin Ryan
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-1529
cpurwinryan@mullen.law

*Attorneys for Defendant*

**MASON LLP**
Gary E. Mason
Danielle L. Perry
Lisa A. White
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

*/s/ Carolyn Purwin Ryan*
Carolyn Purwin Ryan