**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YES COMMUNITIES, LLC,<br><br>Defendant. | Case No. 25-cv-00692-PAB-NRN<br><br>(Consolidated with Case Nos. 25-cv-00698-PAB-NRN, 25-cv-00728-PABNRN, 25-cv-00819-PAB-NRN, and 25-cv-00937-KAS) |

**[PROPOSED] ORDER**

Having reviewed the Joint Motion to for Leave to Appear Via Videoconference at the November 20, 2026 Final Fairness Hearing, filed by Plaintiffs Michelle O'Leary, Teresa Starks, Terry Wilkins, Brenton Kay, and Jasmin Burns, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant YES Communities, LLC ("Defendant") (collectively, the "Parties"), and finding good cause for the same, the Joint Motion is **GRANTED**. The Court shall circulate to all counsel of record information to participate in the November 20, 2026 Final Fairness Hearing remotely via videoconference.

**SO ORDERED.**

Dated: __________________, 2026

______________________________
Philip A. Brimmer
United States District Judge