IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.: 25-cv-00692-PAB-NRN
Courtroom Deputy: Sabrina Grimm

Date: November 20, 2026
Court Reporter: Janet Coppock

| *Parties:* | *Counsel:* |
| --- | --- |
| MICHELLE O'LEARY, on behalf of herself and all others similarly situated,<br><br>Plaintiff, | Leigh Montgomery |
| v. | |
| YES COMMUNITES, LLC,<br><br>Defendant. | Carolyn Ryan |

## COURTROOM MINUTES

**VTC FAIRNESS HEARING**

**10:25 a.m. Court in session.**

Appearance of counsel.

Discussion regarding claims rate and data breach settlement.

**ORDERED:** Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards to Class Representatives [57] is GRANTED. The Court will issue a written order.

**ORDERED:** Plaintiff's Motion for Final Approval of Class Action Settlement and Memorandum in Support is GRANTED. The Court will issue a written order.

**10:40 am. Court in recess.**

Hearing concluded.
Total time in court: 00:15